IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

THOMAS JESSE WARD,            )
                                 )
       Petitioner,           )
                                 )   Case No. CIV-23-146-JFH
       vs.                 )
                                 )
DAVID BUSS, WARDEN,       )
                                 )
       Respondent.      )

Appendix to Brief in Support of Petition for Habeas Corpus

Volume 3 of 12
A0633 to A0787

**APPENDIX INDEX OF BRIEF IN SUPPORT OF THOMAS JESSE
WARD'S PETITION FOR HABEAS CORPUS (No. )**

| Appendix Pages | Description |
|---|---|
| **Oklahoma v. Ward and Fontenot, No. 84-183, Preliminary Hearing Transcript Excerpts** ||
| A0001 – A0005 | Oklahoma v. Ward and Fontenot, No. 84-183, Preliminary Hearing Transcript Excerpts, Testimony of Janet Weldon (01/07/1985) |
| A0006 – A0012 | Oklahoma v. Ward and Fontenot, No. 84-183, Preliminary Hearing Transcript Excerpts, Testimony of Dennis Smith (01/15/1985) |
| A0013 – A0015 | Oklahoma v. Ward and Fontenot, No. 84-183, Preliminary Hearing Transcript Excerpts, Testimony of Odell Bruno Titsworth (01/15/1985) |
| A0016 – A0020 | Oklahoma v. Ward and Fontenot, No. 84-183, Preliminary Hearing Transcript Excerpts, Testimony of Terri (McCarthy) Holland (01/16/1985) |
| **Oklahoma v. Ward and Fontenot, No. 84-183, Trial Transcript Excerpts** ||
| A0021 – A0026 | Oklahoma v. Ward and Fontenot, No. 84-183, Trial Transcript Excerpts, Testimony of Janet Weldon (09/11/1985) |
| A0027 – A0030 | Oklahoma v. Ward and Fontenot, No. 84-183, Trial Transcript Excerpts, Testimony of Mike Baskin (09/16/1985) |
| A0031 – A0034 | Oklahoma v. Ward and Fontenot, No. 84-183, Trial Transcript Excerpts, Testimony of Terri (McCarthy) Holland (09/18/1985) |
| **Oklahoma v. Ward, No. 88-208, Pre-Trial Hearing Transcript Excerpts** ||
| A0035 – A0055 | Oklahoma v. Ward, No. 88-208, Hearing Transcript Excerpts (12/29/1988) |
| A0056 – A0082 | Oklahoma v. Ward, No. 88-208, Hearing Transcript Excerpts (04/28/1989) |
| A0083 – A0110 | Oklahoma v. Ward, No. 88-208, Hearing Transcript Excerpts (05/30/1989) |
| **Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts** ||
| A0111 – A0120 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Allen Tatum (06/01/1989) |
| A0121 – A0135 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of David Dixon (06/01/1989) |
| A0136 – A0138 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Bruce Johnson (06/01/1989) |
| A0139 – A0141 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Floyd Trivel (06/01/1989) |
| A0142 – A0148 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Dr. Richard Thomas Glass (06/01/1989) |
| A0149 – A0158 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Dr. Larry Balding (06/01/1989) |

**APPENDIX INDEX OF BRIEF IN SUPPORT OF THOMAS JESSE WARD'S PETITION FOR HABEAS CORPUS (No. )**

| Appendix Pages | Description |
|---|---|
| A0159 – A0186 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Karen Wise (06/01/1989) |
| A0187 – A0204 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Jack Paschall (06/02/1989) |
| A0205 – A0220 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Jim Moyer (06/02/1989) |
| A0221 – A0236 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Lenny Timmons (06/02/1989) |
| A0237 – A0246 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of David Timmons (06/02/1989) |
| A0247 – A0255 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Gene Whelchel (06/05/1989) |
| A0256 – A0261 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Arthur Truman Scroggins (06/05/1989) |
| A0262 – A0265 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Mary Scroggins (06/05/1989) |
| A0266 – A0269 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Harvey Phillips (06/05/1989) |
| A0270 – A0272 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Monroe Atkeson (06/05/1989) |
| A0273 – A0275 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of O.E. McAnally (06/05/1989) |
| A0276 – A0280 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Steve Haraway (06/05/1989) |
| A0281 – A0289 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of James Watts (06/05/1989) |
| A0290 – A0293 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Richard Holkum (06/05/1989) |
| A0294 – A0309 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Janet Weldon (06/05/1989) |
| A0310 – A0315 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Pat Virgin (06/05/1989) |
| A0316 – A0319 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Paula Brown (06/06/1989) |
| A0320 – A0325 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Agnus Lumpmouth (06/06/1989) |

## APPENDIX INDEX OF BRIEF IN SUPPORT OF THOMAS JESSE
## WARD'S PETITION FOR HABEAS CORPUS (No. )

| Appendix Pages | Description |
|---|---|
| A0326 – A0331 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Billy Hammons (06/06/1989) |
| A0332 – A0355 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Mike Baskin (06/06/1989) |
| A0356 – A0387 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Tape Recording of 10/12/1984 Statement by Thomas Jesse Ward (06/06/1989) (for full statement, see A1853 – A1920) |
| A0388 – A0413 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Mike Baskin (06/06-07/1989) (cont.) |
| A0414 – A0419 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Gordon Douglas Calhoun (06/07/1989) |
| A0420 – A0422 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Dennis Smith (06/07/1989) |
| A0423 – A0459 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Excerpts of Tape Recording of 01/09/1985 Statement by Thomas Jesse Ward (06/07/1989) |
| A0460 – A0488 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Dennis Smith (06/07-08/1989) (cont.) |
| A0489 – A0504 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Rusty Featherstone (06/09/1989) |
| A0505 – A0541 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Tape Recording of 10/18/1984 Statement by Thomas Jesse Ward (06/09/1989) |
| A0541 – A0542 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Rusty Featherstone (06/09/1989) (cont.) |
| A0543 – A0551 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Gary Rogers (06/12/1989) |
| A0552 – A0580 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Thomas Jesse Ward (06/12/1989) |
| A0581 – A0586 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Robert Cavins (06/13/1989) |
| A0587 – A0589 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Janette Arlene Roberts (06/13/1989) |
| A0590 – A0593 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Testimony of Stacey Deprater-Brashier (06/13/1989) |
| A0594 – A0623 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, State's Closing Statement (06/15/1989) |

**APPENDIX INDEX OF BRIEF IN SUPPORT OF THOMAS JESSE**
**WARD'S PETITION FOR HABEAS CORPUS (No. )**

| Appendix Pages | Description |
|---|---|
| A0624 – A0627 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Verdict (06/16/1989) |
| **Oklahoma v. Ward, No. 88-208, Sentencing Hearing Transcript** | |
| A1921 – A1925 | Oklahoma v. Ward, No. 88-208, Sentencing Hearing Transcript Excerpts (07/10/1989) |
| **Exhibits to Application for Post-Conviction Relief** | |
| A0628 – A0629 | Photos of Trial Exhibits – Red Shirt and Red Earring |
| A0630 – A0632 | Ward v. Oklahoma, No. F-90-0017, Summary Opinion (01/07/1994) |
| A0633 – A1519 | The OSBI File |
| A1520 – A1521 | OSBI Reports of Interviews with Jim Bob Howard |
| A1522 – A1564 | Report of Investigation by Medical Examiner (01/22/1986) |
| A1565 – A1566 | Fontenot v. Oklahoma, No. F-88-571, Order (12/01/1992) |
| A1567 – A1572 | Karen Wise Affidavit (09/23/2009) |
| A1573 – A1574 | Randy Stane Declaration (06/18/2010) |
| A1575 – A1577 | OSBI Interviews with Randy Stane and Jim Bob Howard (02/02/2010) |
| A1578 – A1579 | Jim Bob Howard Declaration (11/11/2010) |
| A1580 – A1583 | David Yockey Declaration (11/22/2013) |
| A1584 – A1585 | Ted Frye Affidavit (10/05/2009) |
| A1586 – A1587 | Danny Barrett Affidavit (09/23/2009) |
| A1588 – A1591 | Sara Bonnell Declaration (11/24/2015) |
| A1592 – A1593 | Odell Titsworth Affidavit (01/23/2014) |
| A1594 – A1596 | Stacey Shelton Affidavit (11/11/2009) |
| A1597 – A1599 | John McKinnis Affidavit (07/16/2014) |
| A1600 – A1601 | Darlene Adams Affidavit (04/25/2013) |
| A1602 | Anthony W. Johnson Affidavit (04/25/2013) |
| A1603 – A1606 | James D. Watts Affidavit (07/20/2013) |
| A1607 – A1608 | Richard Holkun Affidavit (05/09/2013) |
| A1609 – A1610 | Karen & Larry Scroggins Declaration (12/09/2013) |
| A1611 – A1664 | Dr. Richard Leo Declaration (11/24/2013) |
| A1665 – A1668 | Richard Kerner Affidavit (10/27/2009) |
| A1669 – A1671 | Don Wyatt Affidavit (12/03/2013) |

### APPENDIX INDEX OF BRIEF IN SUPPORT OF THOMAS JESSE WARD'S PETITION FOR HABEAS CORPUS (No. )

| Appendix Pages | Description |
|---|---|
| A1672 – A1674 | George Butner Affidavit (06/14/2013) |
| A1675 – A1676 | Thomas Ward Affidavit (10/13/2015) |
| A1677 – A1714 | Steve Capps Affidavit (10/30/2009) |
| A1715 – A1753 | Pontotoc County Records of Billy Charley Assault Charges (09/19/1994) |
| A1754 – A1774 | Ottawa County Records of Billy Charley Arrest (01/09/2006) |
| A1775 | Glen Dale Gore Interview (Dated Report) |
| A1776 | Glen Dale Gore Interview (Undated Report) |
| A1777 – A1804 | Fritz v. City of Ada, No. 194, Order on Motion for Summary Judgment (02/07/2012) |
| A1805 – A1840 | Fontenot v. Rios, No. 16-cv-69, Excerpts of William N. Peterson Deposition Transcript (06/14/2017) |
| A1841 – A1852 | Fontenot v. Rios, No. 16-cv-69, Excerpts of Chris Ross Deposition Transcript (06/14/2017) |
| **Errata** | |
| A1853 – A1920 | Oklahoma v. Ward, No. 88-208, Trial Transcript Excerpts, Tape Recording of 10/12/1984 Statement by Thomas Jesse Ward (full statement) |
| A1921 – A1925 | Oklahoma v. Ward, No. 88-208, Sentencing Hearing Excerpts, (07/10/1989) |

CASE NUMBER: CR # 094          CHARGE: Robbery / Missing Person

SUBJECT: UNK

VICTIM: DONNA DENICE HARAWAY

RA: ADA PD                    CA: GARY LIPES

| | | |
|---|---|---|
| HARAWAY, Steve  51 | | J's Convenience Store  64 |
| Lynch, Gerald Donald  55 | | Okmulgee Vocational |
| Lyons, Janet  51 | | Technical  57 |
| Ch_____, ___ | | Kandos Mexican Restaurant  56 |
| POORMAN, Gene | | We-Pak-um Store |
| Timmons _____ ___  56? | | Apple Creek Apartment |
| Timmons _____ ____  59 | | Complex  94 |
| TURNER, Sheila Dawn  56 | | |
| Virgin, Bob  57 | | |
| Whitchel, Dan  62 | | |
| Winn, Karen _____  57 | | |
| FALLS, John H. | | |
| Sorrell, Albert Roy  63 | | |
| Sorrell, _____ Dee  L. | | |
| Sorrell, Delores Jean  63 | | |
| Sorrell, Elmer Martin  66 | | |
| Tacchio, Bill Frank  93 | | |
| Beige, Mar...  94 | | |
| Donna (LNU)  95 | | |
| Ed.' Bessie  95 | | |
| East, Gary  95 | | |
| East, Georgia  95 | | |
| East, Jerry Dwane  96 | | |
| East, Oleta  95 | | |
| Eminger, Marvin  94 | | |
| Jenkins, Quinten  94 | | |

OSBI  0001

CASE NUMBER: CC89-094   CHARGE: Robbery / Missing Person

SUBJECT: UNK

VICTIM: Donna Denice HARAWAY

SA: Adr PD   CASE AGENT: GARY ROGERS

| | | | | |
|---|---|---|---|---|
| ATKESON, MONROE | 6 | Willett, Jamie Jan | 17 | McAnally's Convenience Store |
| GUESS, Leslie | 8 | White, Barbara Juanita | 51 | Charlies Rogers Bar 14 |
| Timmons, Lennie | 6 | Haraway, Dayne | 36 | First City Bank 16 |
| WELLS, Robert | 8 | Hill, Bill Dale | 50 | Howard Johnson Motor Lodge 21 |
| Whelchel, Gene | 6 | Vanlenwood | 3 | Orframe, USS Jonas 17 |
| Akers, Becky | 21 | Carter, Jerry | 41 | Johnson, Jeffery 14 |
| AKERS, Floyd Ray | 21 | Anderson, Danny | 48 | Kathy (LNU) 14 |
| AMERICAN Express | 15 | Barber, Brian | 51 | Oklahoma State Bank 1 |
| BARBER, RE | 17 | Barber, Leslie J (mu+) | 51 | Veteran's Administration 17 |
| Blackwood, Brad Charlie | | Barber, Mark A. | 51 | Williams Exploration 16 |
| Brian (LNU) | 17 | Chandler, Russell Oliver | 49 | Western Sizzlin Restaurant 12 |
| Brown, Kevin | 15 | Ford, A.C. | 47 | |
| Bryan (LNU) | 20 | Derman, Richard | 49 | |
| DeGraw, Floyd | 21 | Harber, Kathy | 50 | |
| Dunn, Benjamin | 15 | Hill, Billy Dale | 47 | |
| Eden, Ray | 21 | Hill, Norma | 47 | |
| Elliott "Jody" Jordon | 15 | Jones, Jerry | 48 | |
| Elles, Donna | | King, Jana | 47 | |
| Dooduren Pat | 12 | Jordon, Dora (LNU) | 51 | |
| Marie Brian | 17 | Mahaffey, Michelle | 48 | |
| Michael (LNU) | 17 | McKennan, Darrell | 36 | |
| Miller, Mary Ann | | Milligan, Jerry | 49 | |
| Newman, Carol | 21 | Oliver, Seaman | 51 | |
| | 57 | Parsons, Gary Cody | 48 | |
| | 57 | Janison, Jerald | 54 | |
| Jim (LNU) | | Schroeder, Jerry | 48 | |
| Stapp | | | | |

OSBI  0002

# COMPLAINT FORM

NOTE: HANDPRINT NAMES LEGIBLY — HANDWRITING SATISFACTORY FOR REMAINDER

| SUBJECTS NAME AND ALIASES | | ADDRESS | | | CHARACTER OF CASE | |
|---|---|---|---|---|---|---|
| UNKNOWN SUBJECT(S) | | | | | ROBBERY AND MISSING PERSON | |
| RACE | SEX | DOB | HEIGHT | WEIGHT | HAIR | EYES |
| | M____ F____ | | | | | |

| VICTIMS NAME AND ALIASES | | ADDRESS | | | COUNTY OF OCCURRENCE | |
|---|---|---|---|---|---|---|
| DONNA DENICE HARAWAY | | ADA, OKLAHOMA | | | PONTOTOC | |
| RACE | SEX | DOB | HEIGHT | WEIGHT | HAIR | EYES |
| WHITE | F X | | 5'5" | 110 | SANDY | BROWN |

| COMPLAINANT | COMPLAINANT'S ADDRESS & TELEPHONE NO. | COMPLAINT RECEIVED | |
|---|---|---|---|
| MIKE HASKINS DETECTIVE | POLICE DEPT.—ADA, OKLA (405) 332-4466 | ☐ PERSONAL   ☑ TELEPHONIC | |
| | | DATE 04-29-84 TIME 1330 Hrs | |

FACTS OF COMPLAINT

SUSPECT NO. 1                                        PAGE 1 OF 2 PAGES

    White Male, 22 - 24 Years of Age
    5'8" to 5'10"
    Blonde Hair, Ear lobe length
    Wearing blue jeans, tennis shoes
    and white tee shirt.

SUSPECT NO. 2

    White Male, 25 - 24 Years of Age
    6'
    Light brown shoulder length hair
    Slim build
    Wearing a white shirt, faded
    jeans and tennis shoes

    On April 29, 1984, at 1330 hours, HASKINS reported
that HARAWAY was reported missing at about 2030 hours, April
28, 1984, from her job, clerk at McAnally's Convenience
Store, 2727 East Arlington, Ada, Oklahoma.  The cash register
was found open and $167 was missing.  HARAWAY clerked alone.

                                                          D&A: GARY ROGERS

                                                  EL: 05/21/84

                                                  CA NO: CR #84-098

                                                  M NO: _____

                                                  ASSIGNED BY: B. G. JONES

ACTION RECOMMENDED:

       B. G. JONES                                             DATE: 04/30/84
        AGENT

OSBI  0003

CR #84-094
COMPLAINT FORM
CHARACTER OF CASE - ROBBER AND MISSING PERSON
SUBJECT(S) - UNKNOWN
VICTIM      - DONNA DENICE HARAWAY
PAGE TWO

Two men were seen at another convenience store
across the street from McAnally's about ten minutes before
the robbery.  They were driving an early model Chevrolet
pickup truck with light gray primer color, narrow bed with
oversized tires on rear.  The rear end was jacked up.

A potential customer met HARAWAY accompanied by
two white males leave McAnally's as the customer entered
the store.  One male walked closely to HARAWAY and she got
into a pickup truck, on the driver's side, that fit the
description of the one above.

The Ada Police are treating this as a robbery and
kidnapping.  HASKINS requested OSBI assistance.

OSBI  0004

# OKLAHOMA STATE BUREAU OF INVESTIGATION

## INVESTIGATIVE REPORT

PAGE 1 OF 2

| Case: CR #84-094 | Reporting Date: MAY 7, 1984 | Reporting Agent(s): JOE HOGAN | | | Reviewed By: [signature] |
|---|---|---|---|---|---|
| Offense: ROBBERY AND MISSING PERSON | | Case Agent: GARY ROGERS | Office: MRO | Typed By: kc | Date: 05-07-84 |
| Subject: (S) UNKNOWN SUBJECT(S) (V) DONNA DENICE HARAWAY | | Activity: INTERVIEW OF MONROE ATKESON | | | |

On April 30, 1984, Agent JOE HOGAN interviewed MONROE ATKESON, White Male, Date of Birth: ████████ Number: ████████ ATKESON provided the following information:

Since April 1983, DONNA DENICE HARAWAY had been employed at McAnally's Convenience Store and since September of 1983, ATKESON had been the manager of the store. ATKESON described HARAWAY as a "a great employee" and HARAWAY'S work hours were Sunday 2:30 P.M. to 9:00 P.M., Thursday 2:30 P.M. to 10:00 P.M. and Friday and Saturday 2:30 P.M. to 11:00 P.M..

At about 2100 hours on April 28, 1984, ATKESON was at his home when he received a telephone call from GEO WHELCHEL. WHELCHEL told ATKESON that the cash register at the McAnally Store was open, the store had been robbed and there was no employee inside the store. DONNA was the employee who was scheduled to be at the store.

ATKESON drove to the store where he saw WHELCHEL three or four men and an Ada Police Officer. ATKESON searched inside and outside the store then ATKESON telephoned DONNA'S husband, STEVE HARAWAY.

ATKESON compared the cash register tape to the amount of money inside the cash register and determined that the cash register was short $167.76. The last item registered on the cash register tape was for seventy-five cents and ATKESON believed that the item was a tall boy beer because ATKESON knew of no other item in the store that sold for seventy-five cents.

WHELCHEL told ATKESON that someone who WHELCHEL did not know had put five dollars worth of gasoline in their vehicle and WHELCHEL told them that there was not a store employee present. WHELCHEL said that the person drove away from

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0005

CR #84-094
OFFENSE - ROBBERY AND MISSING PERSON
SUBJECT - UNKNOWN SUBJECT(S)
VICITIM - DONNA DENICE HARAWAY
PAGE TWO

the store without paying for the gasoline.

There was $440 in twenty dollar bills and twenty-
five, one dollar bills in a bank bag beneath the cash
register counter and there were three, one dollar bills and
two quarters on top of the bag. The bag did not appear to
have been disturbed. A pair of gloves, normally used by
DONNA to stock the beer/soda cooler, lay on top of the
counter. DONNA attended East Central University and her
books lay open on top of the counter.

STEVE told ATKESON that a Vietnam Veteran had been
harassing DONNA and DONNA had received several obscene tele-
phone calls. ATKESON had seen the veteran that STEVE spoke
of and ATKESON described the veteran as a white male, six
feet, 190 pounds, black hair, brown eyes, mustache, light
complexion, usually drove a white Chevrolet Chevette and
bought a soft drink. ATKESON believed that the veteran
attended a rehabilitation school in Okmulgee.

ATKESON had seen a gray 1957 Chevrolet pickup truck
several times at the convenience store. The truck had Texas
license plates and was driven by a twenty-three - twenty-four
year old white male. The man was about five feet, six inches
tall, 150 - 160 pounds, black hair, brown eyes, medium com-
plexion, possibly part Mexican and the man never had much
money. The truck was a step side truck with large tires and
ATKESON described the truck as, "pretty slick."

ATKESON had twice seen the man in the convenience
store. The first time, the man had sixty-three cents and
wanted ATKESON to pay the difference in the cost for a twelve
ounce Coors Light beer which cost seventy-five cents. The
second time, the man did not have any money and the man said
that he was from Sulphur. The man asked ATKESON to buy him
two Coors Light beer.

OSBI  0006

**OKLAHOMA STATE BUREAU OF INVESTIGATION**

INVESTIGATIVE REPORT

PAGE 1 OF 2

| Case: CR #84-094 | Reporting Date: MAY 7, 1984 | Reporting Agent(s): JOE HOGAN | | | Reviewed By 79 5-8-84 |
|---|---|---|---|---|---|
| Offense: ROBBERY AND MISSING PERSON | | Case Agent: GARY ROGERS | Office: MRO | Typed By: kc | Date: 05-07-84 |
| Subject: UNKNOWN SUBJECT(S) | | Activity: INTERVIEW OF HARVEY PHILLIPS | | | |
| (V) DONNA DENICE HARAWAY | | | | | |

On April 30, 1984, Agents JOE HOGAN and GARY ROGERS interviewed HARVEY PHILLIPS, Sergeant, Police Department, Ada, Oklahoma    PHILLIPS provided the following information:

At about 2050 hours on April 28, 1984, PHILLIPS was at the Ada Police Station when Dispatcher KYLE GIBBS received a telephone call reporting that there was not an employee inside McAnally's Convenience Store on Broadway in Ada. GIBBS told the caller that he would notify the Pontotoc County Sheriff's Office because the store was outside the Ada city limits.

About two minutes later, GIBBS received another telephone call and the caller reported that there had been a mistake and the caller reported that no employee was inside the McAnally Convenience Store on Arlington Street in Ada. PHILLIPS got into a police cruiser and drove toward the McAnally Store on Arlington Street on the east side of Ada.

After about ten minutes, PHILLIPS arrived at the store where he saw GENE WHELCHEL, DANNIE TIMMONS and two men who PHILLIPS did not know. TIMMONS told PHILLIPS that when TIMMONS and WHELCHEL had arrived at the store, they did not find any store employee inside the store so WHELCHEL telephoned the McAnally Store on Broadway in Ada, Store Manager MONROE ATKESON and the Ada Police Department.

PHILLIPS saw that the store's cash register drawer was open and there were no five, ten or twenty dollar bills in the register. There were one dollar bills and coins inside the register and there was a brown vinyl purse and keys behind the cash register counter. The store's interior appeared orderly and WHELCHEL told PHILLIPS that neither WHELCHEL nor TIMMONS had disturbed anything inside the store except the telephone.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0007

A0639



CR #84-094
OFFENSE - ROBBERY AND MISSING PERSON
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE TWO


        At about 2100 hours, ATKESON arrived at the store
and ATKESON audited the cash register.  ATKESON said the
register was short $167 not including a five dollar sale
which was registered on a gasoline pump.  PHILLIPS looked
inside the brown vinyl purse and found an Oklahoma Driver's
License for DONNA DENICE HARAWAY.  There was a small
Plymouth or Dodge car parked near the east side of the
store and PHILLIPS later learned from DONNA'S husband,
STEVE HARAWAY, that the car was owned by DONNA.

OSBI  0008



DATE OF RELEASE _____

OKLAHOMA STATE BUREAU OF INVESTIGATION
IDENTIFICATION DIVISION
P.O. BOX 11497
OKLAHOMA CITY, OKLAHOMA

OSBI 280 419

FBI #614 241 K1

Page

The following OSBI record is furnished for Official Use Only. Information shown on this identi-
fication record represents data furnished OSBI by fingerprint contributors. Where Disposition
Data is not shown or further explanation of charge or disposition is desired, communicate with
agency contributing those fingerprints. This information is complete and accurate to the maxi-
mum extent feasible as of the date of dissemination. It should not be considered valid ninety
days after its release. Use and further dissemination of this information is restricted.
CIVIL AND CRIMINAL PENALTIES EXIST FOR MISUSE.

| CONTRIBUTOR FINGERPRINT | NAME AND NUMBER | ARRESTED OR RECEIVED | CHARGE | DISPOSITION |
|---|---|---|---|---|
| SO Bisbee AZ | Leslie Guess 4912 | 12-23-74 | DWI | $165.00 bond |
| SO Bisbee AZ | Lesis Lee Guess 4912 | 2-1-75 | DWI Driv on susp revoked or refused lic | 3yrs susp sent fined $250 + $25 surcharge |
| SO Bisbee AZ | Leslie L Guess 0094-77 | 8-1-77 | prob vio | deft did viol cond of prob 8-22-77 crt did not revoke prob but modified the same deft incarcerated on hardship basis in Cochise CJ from 8-1-77 thru 11-4-77 together with add cond |
| PD M Sweet OK | Leslie Lee Guess 18951 | 7-19-81 | 1390-A with Deadly Weapon 2LCL-Driving Under the Influ |  |

STATE BUREAU

OSBI 0099

A0641





OSBI 0011

A0643

# OKLAHOMA STATE BUREAU OF INVESTIGATION

## INVESTIGATIVE REPORT

PAGE ____ OF ____

| Case: CR 84 094 | Reporting Date: 5-3-84 | Reporting Agent(s): J. Roberts | | Reviewed By |
|---|---|---|---|---|
| Offense: Robbery/Kidnapping | Case Agent: G. Rogers | Office: MRO | Typed By: hk | Date: 5-4-84 |
| Subject: Victim: Donna Haraway Subject: Unknown | Activity: Elimination of Investigative Lead on suspects vehicle. | | | |

On May 1, 1984, Okla County Dpty. RANDY SMITH advised he had been stopped while on patrol by a citizen who had seen the vehicle involved in the abduction of DONNA HARAWAY.

ROBERT WELLS, ████████████████ telephone ████████, advised he saw the pick-up that morning, Tuesday, May 1, at 1120 hours at S.E. 15th and Post Rd. The pick-up bearing Okla license ████████ is registered to LESLIE GUESS, ████████████████████ and Title # R130792.

LESLIE GUESS' Okla Drivers License ████████ which expires March 1936, identifies him as White, Male, Date of Birth ████████, 5'10, ██ height, 160 lb., in weight, and address of ████████████████. A copy of GUESS OSBI criminal record # 260419 is included in this report.

On May 1, 1984, Agents PRATT AND JORDAN located the pick-up at 5304 Peeble Lane. They verified the license tag ████████ was on a pick-up; however the pick-up was a ████ Ford, black with Grey primer spots.

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0012

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE _1_ OF _15_

| Case: CR #84-094 | Reporting Date: May 11, 1984 | Reporting Agent(s) GARY DAVIS | Reviewed By |
| --- | --- | --- | --- |
| Offense: KIDNAPPING/ROBBERY | Case Agent GARY ROGERS | Office MRO | Typed By bm | Date 5/16/84 |
| Subject: UNKNOWN | Activity Investigation and Interviews | | |

VICTIM:  DONNA DENISE HARAWAY

On April 28, 1984, at approximately 2040 hours, DONNA DENISE HARAWAY, WF, 24yoa, DOB: ████, 5'5", 110 lbs., blonde hair, was robbed and abducted from McAnally's Convenience Store in Ada, Oklahoma. Two white male subjects, driving in a late '60 or early '70 Chevrolet pickup, rough condition, light color, with gray primer spots, are possible suspects in this abduction and robbery.

Suspect #1 is described as WM, early 20's, 6'-6'2", slender build, sandy brown hair, shoulder length, slightly wavy, green or blue eyes, fair complexion, noticeable arm hair, wearing a light blue t-shirt and blue jeans.

Suspect #2 is described as WM, early 20's, 5'8", medium athletic build, light blonde hair, collar length, straight, fair complexion, slight acne on cheeks, wearing white jersey type t-shirt and faded blue jeans.

On May 3, 1984, Deputy Inspector DEWADE LANGLEY contacted Special Agent GARY DAVIS and requested that Agent DAVIS contact Special Agent GARY ROGERS to receive information in regard to conducting an interview of a subject in custody in Amarillo, Texas.

On May 3, 1984, Agent GARY ROGERS informed Agent DAVIS that FLOYD LEE DEGRAW, WM, 6'2", 180 lbs., brown hair, hazel eyes, was in custody in Amarillo, Texas, after being arrested in a stolen car from Michigan, and that the time of arrest, DEGRAW had identification belonging to a lady in Ada, Oklahoma. Agent ROGERS informed Agent DAVIS that Randall County, Texas, Deputy JOEL RICHARDSON, Telephone #806/352-3215, or #806/655-2373, would have the details and information in regard to the arrest of DEGRAW. Agent ROGERS requested that Agent DAVIS interview DEGRAW and determine where DEGRAW was on Saturday, April 28, 1984, at approximately 2000 hours and to obtain photographs, major case prints from DEGRAW, and to determine how DEGRAW came into possession of the lady's identification from Ada, Oklahoma. The identification is of a

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0013

CR #84-094
Investigation and Interviews
Page 2

person unrelated to the victim in this case.

On May 4, 1984, A, at DAVIS traveled to Canyon,
Texas, to interview FLOYD LEE DEGRAW.  Agent DAVIS read
DEGRAW his Miranda Rights from a card in possession of Agent
DAVIS, and DEGRAW provided the following information after
being advised of his rights:

DEGRAW identified himself as FLOYD LEE DEGRAW,
WM, DOB: ███████ 6'2", 178 lbs., hazel eyes, brown hair,
with several tattoos.  Some of the tattoos are as follows:
"FD" right lower outside arm; "WJ" left outer lower arm; "BA"
upper left arm; a drawing of an eagle on upper right arm;
"JONI" right groin area.  His social security number is
███████ POB: Detroit Michigan.  He is divorced and has
one son.  DEGRAW stated that his hair is normally a lighter
brown than it is at this time.  DEGRAW's father is FLOYD
DEGRAW, deceased, mother is BARBARA JUANITA WHITE, ████████
████████  His ex-wife is BECKY
AKERS, son is FLOYD R/Y AKERS, age ████████ ████ DEGRAW
stated that he has felony charges in West Virginia, and has
served three years for malicious wounding and is not wanted
at this time.

DEGRAW stated he left home (his mother's address in
████████) on March 31, 1984, and traveled to
Detroit, Michigan, by bus.  DEGRAW started out hitchhiking
and then decided to take a bus to Detroit, Michigan.  DEGRAW
stayed in Detroit for a few weeks, staying with a CAROL
NEWMAN on ████████ which is located off of ████████
DEGRAW also stayed with PAUL EDEN who was living at ████████
████████  DEGRAW then stayed
with BENJAMIN DUNN in Detroit.  DEGRAW described DUNN as being
a 'queer".  DEGRAW took DUNN's 1984 Renault and drove it from
Detroit toward Memphis, Tennessee.

DEGRAW picked up a hitchhiker at Toledo, Ohio, and
the hitchhiker, JEFF JOHNSON, had a friend who lived in
Memphis, Tennessee, by the name of GORDY.  GORDY's telephone
answer, which DEGRAW had w... ...town, is ████████  DEGRAW
and JOHNSON stayed at GORDY house rest of the day on
Friday, April 27, 1984.  DEGRAW and JOHNSON left GORDY's
house about midnight on that Frid

DEGRAW stated that JOHNSON had been planning on
going to Florida and DEBRAW was just driving around, possibly
going to Florida, but they decided to go to California as
JOHNSON had never been west and DEGRAW had never been to
California.

From Memphis, Tennessee, DEGRAW and JOHNSON traveled
I-40 all the way to California.  DEGRAW was stopped by the

OSBI  0014

CR #84-094
Investigation and Interviews
Page 3

police somewhere in Arkansas, but DEGRAW did not receive a
traffic ticket.  The officer made the hitchhiker, JEFF
JOHNSON, drive as JOHNSON had a Mississippi driver's
license and DEGRAW did not have a driver's license as he
had 2 * it on a DWI charge.

JOHNSON had told DEGRAW that he had just gotten
.son in Michigan approximately a month ago.  While
. . . . . Los Angeles, California, DEGRAW stated that they
me . got off I-40.  DEGRAW also stated that he had received
. traffic ticket in California for speeding on April 30,
1984.  DEGRAW stated that as he traveled from Memphis to
Los Angeles, he had picked up a man and woman hitchhiker
who were coming from Florida.  The man and woman were picked
up on I-40 and DEGRAW believes he picked them up around the
Pampa, Texas, area.  DEGRAW stated that prior to leaving
Arkansas they had stopped at Little Rock, Arkansas to buy
gasoline and DEGRAW was asleep before ..... ... into Oklahoma
and did not wake until they were leaving Oklahoma.  JOHNSON
was driving the car at this time and when DEGRAW woke up,
he asked JOHNSON where they were and JOHNSON said they were
just leaving Oklahoma.  DEGRAW stated that the Renault they
were driving could travel about 300 miles on one tank of gas,
and DEGRAW stated that he was not sure where they bought
gasoline in Oklahoma.  DEGRAW further stated that it took
four days to drive from Detroit to California, and the route
they took they drove across Texas to Gallop, New Mexico, and
at a big truckstop in Gallop, New Mexico, along I-40, DEGRAW
let the man and woman off.  The man and woman were both
white and in their mid 40's and were not carrying any luggage.
They were going to Las Vegas, Nevada, as the female had a
brother who lived in Las Vegas and they were going to get
work.  DEGRAW denies ever being in Oklahoma before and stated
that JOHNSON said he had never been west before.  DEGRAW
stated that he and JOHNSON stayed in rest areas for a few
minutes at a time and that they were stopped at "little
stores to get sandwich makings.  DEGRAW is sure JOHNSON
never left I-40 because of the way JOHNSON drove, that when
he took the exit ramp off the interstate, he would go at a
high speed, and DEGRAW knows this would have woken him up,
therefore, he is sure they did not leave I-40 at any time in
Oklahoma.

DEGRAW denies that he or JOHNSON had any weapons
and they both carried their personal clothing in the same
bag which was a brown "satchel".  DEGRAW described the
satchel as being like a brown gym bag that belonged to
JOHNSON.  DEGRAW also stated that after he and JOHNSON split
in Los Angeles, California, he (DEGRAW) took his clothing out
of JOHNSON's bag and put it in a box in the trunk of the car.
DEGRAW stated that he and JOHNSON split in California because
he and JOHNSON got into a fight and JOHNSON hit DEGRAW in

OSBI  0015

CR #84-094
Investigation and Interviews
Page 4

the side of the head with a full can of beer and DEGRAW
had hit JOHNSON several times with his fist.

DEGRAW stated that they arrived in California
on April 30th, the same day he received the traffic citation,
and after they split, DEGRAW left California on that same
day.  DEGRAW stated that he traveled I-40 from California
and that he had picked up an Indian male hitchhiker with a
sleeping bag and a "gym bag."  The Indian male said his name
was TIM and that he was from Raleigh, North Carolina,
traveling from the state of Washington where his mother
lived and was going back to Raleigh, North Carolina, where
his father lives.  DEGRAW picked this Indian male up in
New Mexico close to the Texas/New Mexico state line.

DEGRAW then picked up another hitchhiker between
New Mexico state line and Amarillo, Texas.  This hitchhiker's
name was BRYAN and he was a white male going to Florida.
BRYAN had a green army duffle bag and was wearing a pair of
blue jeans which were bloody.  BRYAN told DEGRAW that he had
gotten into a fight with a female and that she had cut his
finger, and BRYAN had scratches all over him.  DEGRAW made
BRYAN change his clothing, and BRYAN then put on a pair of
coveralls.

DEGRAW described JEFF JOHNSON as being 6'2", 190 lbs.,
brown short wavy hair, and had a tattoo of an eagle
on his lower arm, but he does not remember which arm, and
JOHNSON talked like a "high class college person."  JOHNSON
was a body builder and weight lifter.  JOHNSON wore blue jeans,
a jean jacket, and tennis shoes.  DEGRAW is certain that he
would have woken up if JOHNSON had left the interstate or had
gone into Ada, Oklahoma.  DEGRAW stated that the items in
the car from Oklahoma would have to have been in possession
of one of the hitchhikers, either BRYAN or TIM.  TIM did have
a woman's credit card.  The card had three green or red
diamonds on it.  DEGRAW then stated the name of the card
was Diamond Shamrock or something.  Tim tried to get DEGRAW
to use the credit card, but DEGRAW refused.  TIM said he had
found the credit card.

DEGRAW described TIM as being an IM, in his
5'4", 100 lbs. black hair down to shoulder blades.  He
wore a baseball cap and the cap is still in the car and TIM
wore a flannel shirt type jacket and grayish blue hue
corduroy pants, and a blue slip-on tennis shoes, not the type
with shoestrings.

DEGRAW described BRYAN as a WM, short, approximately
150-160 lbs., stocky, mustache, wore tennis shoes,
blue jeans, had light colored hair about ear length, and BRYAN
had talked about being in Oklahoma not too long ago.

OSBI  0016

A0648

CR #84-094
Investigation and Interviews
Page 5

DEGRAW stated that he himself wore eithe. blue
jeans or corduroy pants and his size is 31/32 or 32/34,
that he could wear both, and that his shirts were medium
size and his shoes were either size 10 or 10 1/2.  DEGRAW
stated that he wears a baseball cap and sometimes wears
a bandana, sometimes blue in color and sometimes red in
color, and he usually wears a Timex watch, but was not
wearing one when he made this trip.  DEGRAW also stated
that he had two shirts, one striped long sleeve shirt, and
one t-shirt, blue in color, he thought.  He thought the
t-shirt had a rat on it.  DEGRAW had one pair of blue jeans
with very acid on them and one pair of light blue
cotton pants, and he was wearing a pair of black boots.

DEGRAW denies ever riding in a pickup or driving
a pickup between Detroit and California.  DEGRAW thinks that
on Saturday, April 28, 1984, they were in Arkansas.  DEGRAW
sold two guitars; one was an electric guitar and the other
was a flat guitar, at a service station off I-40 in Little
Rock, Arkansas.  DEGRAW stated that he sold these two guitars
to a truck driver for 80 dollars.

As DEGRAW and JOHNSON traveled across the state
of Oklahoma, JOHNSON was driving and they drove all the way
across the state of Oklahoma.  DEGRAW reiterated that they
never did leave I-40 as they crossed Oklahoma, and that the
item from Ada, Oklahoma, were put in DEGRAW's car by one
of the hitchhikers.

Upon pressing DEGRAW with answering questions in
regard to buying gasoline, DEGRAW stated that the Renault
would travel approximately 300 miles to a tank of gas and
that they would have bought gasoline in Oklahoma right after
they entered Oklahoma from the state of Arkansas.

Deputy JOEL RICHARDSON from the _____ County
Sheriff's Department was with Agent DAVIS during this
interview, and Deputy RICHARDSON asked DEGRAW the location
they bought gasoline in Oklahoma could have been in the
Muskogee, Oklahoma, area.  DEGRAW stated, "Yes it was
Muskogee, Oklahoma.  I remember the name of the town now.
As Agent DAVIS quizzed DEGRAW how he knew it was Muskogee,
Oklahoma, DEGRAW stated that he was positive it was Muskogee,
Oklahoma.  When Agent DAVIS informed DEGRAW that Muskogee
was over 20 miles off I-40, DEGRAW stated then, "Yeah, we
must have left Interstate 40 to buy gasoline in Muskogee."

DEGRAW stated that he had 1100 dollars from tax
refund and a few other people had given him money prior to
leaving home enroute to California.  DEGRAW then stated that
he had been robbed in Detroit by four black males the same
day that he had purchased his birth certificate in Detroit.
Upon quizzing DEGRAW about how he could have 1100 dollars

OSBI  0017

CR #84-094
Investigation and Interviews
Page 6

after being robbed by the blacks, at which time DEGRAW
stated that they took everything he had and even tried to
take his boots, DEGRAW stated, "Well, I received my tax
refund the day after I was robbed, and an ex-girlfriend
of mine named MARY JANE MILLER sent the tax refund to me."
Upon questioning, DEGRAW stated that MARY JANE MILLER
lived in Connecticut, but he did not know her address nor
even what town she lived in. DEGRAW stated that actually
it was her tax refund, but that she had claimed DEGRAW
as a dependent as he had been living with her in Florida
and in Georgia,    and it was the money that she had
received from her tax return by claiming him as a dependent
that she sent to DEGRAW.   DEGRAW described her as being
approximately ███████ and also said that she mailed the
money to him general delivery in Detroit.

        Upon questioning DEGRAW as to how she would have
known where he was, DEGRAW stated that MILLER had called
his mother and found out where he was.  When Agent DAVIS
informed DEGRAW that he had stated his mother did not have
a telephone, then DEGRAW stated that MILLER wrote a letter
to his mother and his mother wrote a letter back to MILLER
telling her that he was in Detroit.

        DEGRAW also stated that JEFF JOHNSON had approxi-
mately 50 dollars with him as they traveled from Memphis
to the state of California.  DEGRAW denies ever committing
any robberies along the way and stated that he had the money
with him when he left the Detroit area.

        On May 4, 1984, at approximately 1410 hours, DEGRAW
signed a consent to obtain samples of hair and blood.  Samples
of head hair and pubic hair were received from DEGRAW and
Deputy RICHARDSON took DEGRAW to a clinic and had blood
drawn which was later turned over to Agent DAVIS.

        Also  on May 4, 1984, the 1984 Renault which was
being held by the Shamrock, Texas Police Department, was
processed by OSBI personnel JANIE ENOS. This 1984 silver
AMC Renault 4-door with 1983 Michigan license plate ███████
███████ was registered American Motors
Sales Corporation, ████████
The Shamrock Police Department recovered this automobile
at the time they arrested DEGRAW on rape charges out of
Randall County, Texas, on May 3, 1984.  The Renault was
reported stolen from BENJAMIN DUNN to the Detroit Police
Department.  The Detroit Police Department refused to enter
it in NCIC or make a stolen report as DUNN had given the keys
to DEGRAW and allowed him to drive the car and DEGRAW failed
to return the car.

        As OSBI personnel ENOS processed the car in
Shamrock, Texas, the following items were discovered and taken

OSBI  0018

CR #84-094
Investigation and Interviews
Page 7

as evidence:

    1. One red and white plaid flannel shirt. size 18.
    2. Blood on the back window.
    3. Women clothing.
    4. An unused tampon.
    5. Pubic hair.
    6. A Diamond Shamrock credit card which was found
on the front floor.
    7. A brown wallet with the following identification
in it. ▓▓ JEAN WILLETT, SSN: ▓▓▓▓ ▓▓ #? Ada,
▓▓▓▓▓ Telephone ▓▓▓▓▓ Checking account-
▓▓ State Bank, Ada, Oklahoma, account ▓▓▓▓ The
check written out of the checkbook was ▓▓▓▓.
    8. A brown purse with the following items in it:
A Continental Convenience card in the name of REBECCA SCOTT
and a Dillards credit card in the name of HAMILTON R. SCOTT.
Oklahoma driver's license, ▓▓▓▓ in the name of
REBECCA LYNN SCOTT, Female, DOB: ▓▓▓▓, 4'11", 128 lbs.,
brown eyes, address ▓▓▓▓▓▓▓▓▓▓.
    9. Red gym bag with a presc. ▓▓ in the bag
from the Veterans Administration Medical Center, Oklahoma
City, Oklahoma, 73104, Telephone # ▓▓▓▓ ext. 536,
prescription # ▓▓ dated 1/20/84 in the name of J. PAULSON
for zbt baby powder prescribed by DR. PARRISH.
    10. Green military duffle bag with the name
stenciled on it, B.E. BARBER. Inside the bag is the name
BRIAN. Also stenciled on the bag was SSN ▓▓▓▓ Inside
the bag among the items was a cigarette lighter with the
inscription of "USS JONAS INGRAM, BRIAN MARIE, and MICHAEL."

On May 7, 1984, Agent DAVIS transported the
following evidence to the OSBI Laboratory in Oklahoma City:

    1. One pair of blue jeans with blood on them,
brand name Sea-Port by Davis.
    2. Head hair from suspect FLOYD LEE DEGRAW and
pubic hair from suspect DEGRAW.
    3. One set of major comprints of the suspect's
left and right hands.
    4. Four vials which contained one vial of serum
which was extracted from DEGRAW's blood by the clinic in
Canyon, Texas; one vial of blood from DEGRAW which had anti-
coagulant in it; and two vials of blood which were extracted
from suspect DEGRAW in Canyon, Texas.

On May 8, 1984, Agent DAVIS contacted the FBI
in Oklahoma City and made a written request for OSBI
assistance in identifying DEGRAW. Agent DAVIS took copies
of fingerprints from the major case prints to FBI Headquarters
in Oklahoma City and the FBI photo-faxed the fingerprints
and sent them to Washington D.C. The return from Washington D.C.

OSBI 0019

A0651

CR #84-094
Investigation and Interviews
Page 8

as given to Agent DAVIS by FBI Agent TIM OGALA reflected
that the fingerprints did be___ng to FLOYD LEE DEGRAW, FBI
█████ DOB: █████, POB: █████ SSN: █████
FBI records reflect that on 9/21/79, DEGRAW was arrested
by Detroit P.D., their case #1059122, state #364720, charging
DEGRAW with fugitive from justice, and disposition showed
that he was transported to Charleston, West Virginia.

On 7/15/81 Princeton, West Virginia, Police
Department, case #909, charging DEGRAW with transferring
stolen property, no disposition. April 24, 1983, Jacksonville,
Florida, Sheriff's Office, case #355532, Florida state case
#1873442, charging DEGRAW with disorderly intoxication, no
disposition.

A teletype record check of DEGRAW in the state
of Michigan reflects DEGRAW as having Michigan #MI01059122
and Florida #01873442.

On May 4, 1984, while OSBI Agent ENOS was processing
the stolen 1984 Renault, ENOS located a Gulf credit card and
a Texas driver's license which had been stuck down behind the
back seat in the automobile. The Gulf credit card was issued
to Williams Exploration, Telephone # █████. The credit
card number was █████ Tex 166, expired █████. The
Texas Driver's license was █████ issued to BRAD CHARLES
BLACKWOOD, █████, LOB.
6/23/51, 5'9", hazel eyes.

On May 4, 1984, Agent DAVIS called Williams
Exploration in Houston, Texas. Upon making inquiry about
the Gulf credit card, Agent DAVIS was directed to PAM. PAM
stated that they did have an employee who reported their
Gulf credit card lost and that the employee was BRAD BLACKWOOD.
PAM put BRAD BLACKWOOD on the telephone and BLACKWOOD stated
to Agent DAVIS that his wallet was lost three or four months
ago and that he had placed his wallet on top of his automobile
while putting some items in his automobile while he was
parked at Exxon parking ___ in Houston, Texas. BLACKWOOD
stated that he drove home and then realized that he left his
wallet on top of his car and upon missing the wallet, returned
to the parking garage. The attendant at the parking garage
denied seeing the wallet, but BLACKWOOD had the impression
that the way he was acting he had, in fact, seen his wallet
and possibly taken the money out of it and thrown the wallet
away. BLACKWOOD stated that he did not report his wallet as
being lost to any law enforcement agency, but that along
with the Shell credit card, and Exxon credit card was also
lost.

On May 11, 1984, Agent DAVIS again contacted BRAD
BLACKWOOD in Houston, Texas. BLACKWOOD stated that he had
also lost a Visa credit card which he had purchased through
the First City Bank in Houston, Texas, and at the time he lost

14

OSBI 0020

CR #84-094
Investigation and Interviews
Page 9

his credit card, he notified Visa at P.O. Box 50601 in
Dallas, Texas, 75250.  The number on the Visa credit card
was ████████████ BLACKWOOD had also lost an
American Express credit card at that same time.  BLACKWOOD
had purchased his American Express credit card through the
First City Bank in Houston, Texas, and BLACKWOOD notified
American Express at 777 American Expressway in Ft. Lauderdale,
Florida, directed to KEVIN BROWN.  The American Express
credit card number was ████████████ BLACKWOOD's
records reflect that these notifications were mailed on
September 15, 1983, after the lost of his wallet.

On May 4, 1984, Agent DAVIS was informed by chief
of police at Shamrock, Texas, that his officer, RANDY BOND
had inventoried the stolen Renault and that he had found the
credit card which was the Diamond Shamrock credit card under
the driver's seat and the two purses were in a bag in the
trunk, which it was later determined it was in the red gym
bag which was in the trunk.

On May 9, 1984, from info.___ ___ ___ that Agent DAVIS
received from th Shamrock, T xas, Police partment,
Officers RANDY b▒▒▒ and Deputy JOE STEWART, Telephone ████
██ Agent DAVIS ran a check on BENJAMIN DUNN and received
the following information:

BENJAMIN Y. DUNN, Business Telephone # ████████████
WM, DOB: ████████████ ████████████ Michigan, Michigan
▒▒, ████████ DUNN had told officers at Shamrock,
Texas, that his Renault was taken on April 25, 1984.

On May 10, 1984, Agent DAVIS talked by telephone
to "GORDY" GORDON ELLIOTT, ████████████ 
Tennessee, ████ Telephone ████████████ ELLIOTT informed
Agent DAVIS that he has known JEFF JOHNSON since about
April 18, 1984.  JOHNSON had gone to Detroit from Memphis,
Tennessee, after ELLIOTT had met JOHNSON.  After JOHNSON had
returned to Detroit from Memphis, JOHNSON had called ELLIOTT
and told ELLIOTT that he was planning on coming back to
"Ohio.  Later, JOHNSON called ELLIOTT again and stated
t t at their water pump had gone out on their ear.  JOHNSON
wanted ELLIOTT to send him some money.  ELLIOTT had told
JOHNSON that he did not have any money to give him.

On Friday afternoon, April 27, 1984, JOHNSON and
DeGRAW arrived at ELLIOTT's house and stayed there until
approximately 2300 hours that Friday night.  When they arrived
at ELLIOTT's house at approximately 1600 hours on Friday,
JOHNSON was driving a "'83 silver or gray Renault."  JOHNSON
said that the Renault belonged to his brother-in-law, FLOYD
DEGRAW, who was with JOHNSON at this time.  JOHNSON and DEGRAW

OSBI  0021

A0653

CR #84-094
Investigation and Interviews
Page 10

took a shower at ELLIOTT's house and ELLIOTT washed their
clothing for them.  DEGRAW's clothing was in the same
suitcase as was JOHNSON's.  Both JOHNSON and DEGRAW were
broke when they arrived at ELLIOTT's place and they were
wanting a bottle, so ELLIOTT took DEGRAW to a liquor store
and bought them a bottle.  DEGRAW had to move his Renault
out of the driveway so ELLIOTT could get his car out, then
when they returned to ELLIOTT's residence from getting the
bottle, DEGRAW asked ELLIOTT if it would be okay for him
to park his car back in the driveway as he did not want
someone to steal the hubcaps or something.  ELLIOTT stated
that at this time he thought something was funny that as
he lived in this cove and there wasn't but about six houses
in this cove and never had any problems with anyone
bothering the automobiles there, but DEGRAW did park his
car back in the driveway at ELLIOTT's house.

JOHNSON was acquainted with a guy named ERIK and
a girl named KATHY.  KATHY worked at a bar in Memphis and
JOHNSON had become acquainted with ERIK and KATHY when he
was in Memphis at a prior time.  ELLIOTT does not know anything
about the individual named ERIK, but KATHY is a WF, mid-30's,
who works at Charlies Corners Bar at 3411 Maken Road, Memphis,
Tennessee, Telephone # ███████

JOHNSON and DEGRAW left ELLIOTT's house at about
2300 hours and at the time they left they said they were going
to find someone to get them another bottle.  ELLIOTT told them
that the door would be locked as he was going to bed and they
would not be able to get back in.  That is the last ELLIOTT
saw of DEGRAW and JOHNSON.

ELLIOTT described JOHNSON as being JEFFERY JOHNSON,
WM, DOB ███████ age ███ 6'2', black curly hair, 180 lbs.,
well built, and large hands, but is in proportion with the
size of his body.  JOHNSON was wearing cowboy boots, a western
type shirt which was solid color, and blue jeans which were
slightly faded.  JOHNSON is bisexual, but is a "lady's man
with an ego thing."

ELLIOTT described DEGRAW as at the time when he
saw him was wearing green khaki pants, a white shirt with
some kind of a name on it, either DEGRAW's name or some company
name, and was wearing black boots, and DEGRAW is also bi-sexual.
DEGRAW had mentioned that he had lost his drivers license
from a DWI charge or something.

Since DEGRAW and JOHNSON left ELLIOTT's house,
ELLIOTT has received a telephone call from DEGRAW and DEGRAW
stated that he was calling from Albuquerque, Arizona, but
ELLIOTT was sure that he meant Albuquerque, New Mexico.  DEGRAW
stated that he had arrived in Albuquerque the following
Tuesday after they had left ELLIOTT's residence which was

OSBI  0022

CR #84-094
Investigation and Interviews
Page 11

a week ago this past Tuesday. DEGRAW stated that he left
California the afternoon prior to this telephone call which
would have been on Monday, May 1, 1984. DEGRAW told ELLIOTT
on the telephone that he had picked up a hitchhiker and the
hitchhiker had about 70 dollars and that they were trying to
get back. DEGRAW also stated that he and JOHNSON had gotten
into it over using some stolen credit cards and JOHNSON did
some other things that DEGRAW did not like, so he said that
he and JOHNSON got into it in California, and that he had
left JOHNSON in California.

DEGRAW again called ELLIOTT about a week ago last
night (May 2, 1984). DEGRAW told ELLIOTT that he was in jail
in Canyon, Texas, on aggravated rape charges and that someone
was trying to pin a murder charge on him.

ELLIOTT stated that he thinks that JOHNSON had
come through Oklahoma prior to coming to Memphis the first
time, but that he was not sure that JOHNSON had been in Oklahoma
and had no knowledge as to whether DEGRAW had been in Oklahoma
previously.

This telephone conversation was recorded and the
copy of the tape will be mailed to OSBI Agent GARY ROGERS.
The original tape will be kept in possession of Deputy JOEL
RICHARDSON at the Randall County Sheriff's Department in
Canyon, Texas.

A driver's license check on JEFFERY W. JOHNSON,
DOB: ███████, Mississippi DL ████████ with the expiration
date of 7/31 ██, 5'8", 165 lbs., brown hair, green eyes,
corrective lenses, P.O. Box 883, Laurel, Mississippi. No
criminal record was found on JOHNSON in Oklahoma, and no
driver's license information was found. JOHNSON has FBI
#█████ in the name of JEFFERY WAYNE JOHNSON. A copy of
his rap sheet will be mailed to Agent ROGERS by the FBI at a
later date.

On May 10, 1984, Ada Police Officer DENNIS SMITH,
telephone #███████ stated that the purse belonging to
REBECCA LYNN SCOTT had come up missing in the last part of
1983 from a garage sale which was being held in Oklahoma
City, Oklahoma. SCOTT is presently living in Poteau, Oklahoma.
At the time the purse came up missing, it was thought that
a neighbor boy had stolen the purse from this garage sale.

Driver's license check on REBECCA LYNN SCOTT reflects
the following: Oklahoma DL ████████ expires 10 ██ registered
to REBECCA LYNN SCOTT, ████████
DOB: ███████ WF, 5', 125 lbs., brown eyes, corrective lenses,
previous name-REBECCA LYNN POUT.

OSBI  0023

CR #84-094
Investigation and Interviews
Page 12

Officer DENNIS SMITH also stated that the wallet
which belonged to TAMI WILLETT had been lost February 3,
1984, in Ada, Oklahoma. WILLETT had been riding around
with a friend named PAT GOODWIN in GOODWIN's automobile and
WILLETT had left her purse in the automobile and it came
up missing from there.

A driver's license check of WILLETT reflects that
TAMI JEAN WILLETT, Oklahoma DL # ████████ expires 3/█
████████████████████ DOB: ████████ WF, 5'4", 120
lbs., brown eyes.

The victim that DEGRAW is charge with raping is
DONNA VIVIAN ELLIS, WF, Age ██████████████████████
Telephone ██████████

On May 10, 1984, DEGRAW was run on polygraph by
Amarillo Police Detective Lieutenant JIMMY M. STEVENS. Lieutenant
STEVENS stated that if he were to grade the polygraph that he
would have to grade it as inconclusive, but he had a gut
feeling that DEGRAW did not rob and kidnap the victim from
Ada, Oklahoma. Lieutenant STEVENS stated that he thought that
an OSBI polygraph examiner should check the charts over and
determine the results of the charts. He did state that questions
#3, which was "Concerning the kidnapping of the girl in Ada,
Oklahoma, do you intend to be truthful about?", DEGRAW was
very deceptive on this question. Also on question #6, which
was, "About ten days ago did you participate in a kidnapping
in Ada, Oklahoma?", Lieutenant STEVENS stated that DEGRAW was
deceptive in this. Also question #10 which was, "Have you ever
seen the girl whose picture is on the wall in front of you
now?", was deceptive, but other questions that were asked, the
response was very flat and Lieutenant STEVENS felt that overall
DEGRAW was not involved in the kidnapping of this girl from
Ada. A copy of the polygraph charts, the questions, and the
data sheet, along with the polygraph examination warning, was
received by Agent DAVIS to be transferred to Deputy Inspector
LEWADE LANGLEY for his evaluation.

After conferring with Deputy Inspector LANGLEY, it
was determined that Agent DAVIS should interrogate DEGRAW.
During this interrogation on May 10, 1984, at approximately
1716 hours, Agent DAVIS read DEGRAW a Miranda Warning from a
card carried by Agent DAVIS and DEGRAW stated that he understood
what his rights were.

During this interrogation, Agent DAVIS inquired of
DEGRAW why he had told previously that he had left Detroit,
Michigan, with 1100 dollars in his possession, when in fact,
he did not have that kind of money with him. DEGRAW stated
that he told a lie because he did not want to get in trouble
over the credit cards used. DEGRAW stated that he actually had

OSBI  0024

Ch #84-094
Investigation and Interviews
Page 13

12 dollars when he arrived in Memphis, Tennessee, at GORDY
ELLIOTT's residence, but that no one knew about the amount
of money that he had.

DEGRAW stated that on the trip from Detroit to
Los Angeles, that they would steal gasoline and jump lines.
DEGRAW stated that what he meant by jumping line was that
ti v would fill up the car with gasoline close to the
state line u . then drive off without paying, going across
the state line knowing that law enforcement would not
across the state line after them for stealing gasoline.

He also stated that they would steal items and
sell them along the way in order to get money. DEGRAW
denied ever participating in any robberies along the way,
but did state that maybe one of the reasons he was having
problems with the questions or the polygraph that or he
asked would it make any difference if the robbery occurred
six years ago. Agent DAVIS asked him as to what robbery he
was talking about which he refused to tell, and Agent DAVIS
informed DEGRAW that he didn't believe that would have any
effect on this polygraph today. DEGRAW stated that his
fingerprints should not be on any cash register any place,
but that another problem that he may have had on the polygraph
was that when he was asked questions about the woman in Ada,
he was thinking about his sister who had been kidnapped and
raped by his cousin when she was ███ years old, and that this
was many years ago. DEGRAW stated that his sister looked
like that picture, pointing to the victim of the kidnapping
and robbery in Ada, Oklahoma. DEGRAW stated that he was
looking at that picture which was pinned on the wall in front
of him while he was taking the polygraph test in Amarillo.

DEGRAW also stated that JEFF JOHNSON had lived in
Mississippi, that a police officer had checked his driver's
license, but DEGRAW was in the patrol car at the time the
officer was checking JOHNSON's driver's license and doesn't
know how close he looked at the driver's license to see that
it had expired in 1981. DEGRAW stated that they were in the
state of Tenn ssee around Memphis when the officer checked
the driver's license. DEGRAW stated that he had gone into
Charlies Colect Bar in Memphis while he and JOHNSON were
at ELLIOTT's residence in Memphis, Tennessee. DEGRAW went
int the bar to get "a broad" to come out and talk to
JOHNSON.

DEGRAW also met ERIK who was a friend of JOHNSON's
in Memphis, Tennessee. ERIK is a t.v. repairman. DEGRAW
again stated that BRIAN is a hitchhiker whom DEGRAW had picked
up about 1/2 way between the New Mexico/Texas state line and
Amarillo, Texas. BRIAN was going to Florida and came from an
unknown location. DEGRAW stated that he does not know, nor

OSBI  0025

CR #84-094
Investigation and Interviews
Page 14

has he heard of a J. PAULSON.  DEGRAW stated that BLACKWOOD
is a guy out of Texas and that the depy in Canyon, Texas,
had said that his driver's license was gotten out from
under the seat of the automobile which DEGRAW had.  DEGRAW
stated that he did not know where the driver's license came
from and that he did not know BLACKWOOD.  DEGRAW admitted
that he did make a telephone call from Albuquerque to GORDON
ELLIOTT, and DEGRAW stated that he had picked up a hitchhiker
in Arizona and that the hitchhiker was with DEGRAW in
Albuquerque, but that DEGRAW does not know his name.  This
came from questioning by Agent DAVIS about DEGRAW telling
ELLIOTT that the hitchhiker was with him and they had about
75 dollars to get back on.

DEGRAW stated that he has been in a mental institution
which was the Mercer County, West Virginia, Mental Health
Center.  DEGRAW stated that he did not know what the diagnosis
was, but that he was put in there because he would "fly off
the handle."

DEGRAW also stated that the credit cards, a Visa
credit, a Gulf credit card, and a Texas driver's license, which
belonged to BLACKWOOD were in the possession of a hitchhiker
that JOHNSON and DEGRAW had picked up at the same location
where they had let the man and woman hitchhikers out.  (DEGRAW
previously had pointed out on the map that he had let the
man and woman hitchhikers out in Gallop, New Mexico, and that
they were enroute to Las Vegas, Nevada.)

DEGRAW admits that he did not leave with 1100 dollars
as he had previously stated, and that he only had a few bucks,
and when he got to Memphis, Tennessee, he had approximately 12
dollars with him.  DEGRAW stated that as he and JOHNSON
traveled from Memphis, Tennessee, toward California, that they
had stopped at a church in Arkansas and had gotten gasoline
from them and that JOHNSON had sold blood in Arkansas for
money.  DEGRAW could not sell blood because he did not have
any identification with him except for his birth certificate.

The first place DEGRAW recalls that a credit card
was used was the Visa credit card which belonged to BLACKWOOD
and it was used in a small town in Texas at a small store.
JOHNSON used the Visa credit card because the hitchhiker
stated that he did not want to use it because BLACKWOOD would
be able to identify him.  JOHNSON could use credit cards
easily because he looked good and everyone trusted him.
DEGRAW stated that the hitchhiker did end up using the Visa
credit card at a liquor store by the beach in Los Angeles,
California.  DEGRAW describes the hitchhiker as about his
(DEGRAW's) size, wearing a hat, a beard, and sunglasses,
and that he said his name was TOM.  TOM told JOHNSON and
DEGRAW to call him SCULL something.  On questioning DEGRAW
about the necklace and ring which are in his personal property

OSBI  0026

CR #81-094
Investigation and Interviews
Page 15

at the Randall County Sheriff's Department, DEGRAW first
denied having possession of a necklace and ring. When Agent
DAVIS informed him that the officers had taken it off of
him in Shamrock, Texas, DEGRAW then stated that he does not
know where it came from. "It could be DONNA's in Amarillo
or TIM's." DEGRAW stated that TIM could have left it on
the front seat and he picked it up and put it in his pocket
as TIM was riding in the front seat.

DEGRAW denies ever being involved in any robberies
the trip from Detroit to Los Angeles and back, denies
being in Ada, Oklahoma, although he had originally insisted
that they had never left I-40 in the state of Oklahoma, but
at that time, DEGRAW never inquired as to where Ada, Oklahoma,
was, not knowing whether it was located on I-40 or away from
I-40. At one time during the conversation and as Agent DAVIS
put the picture of the victim from Ada before DEGRAW, DEGRAW
held his head in his hands and appeared about to break down,
but after recomposing himself, lifted his head with his eyes
very red and stated that he did not say anything about the
woman who was abducted in Ada, but that we would find her
alive. DEGRAW then became very irritable, pacing the floor,
saying he did not want to answer any more questions and
continued doing this while Agent DAVIS continued talking.
DEGRAW then insisted on being taken back to his jail cell
and not answering any more questions, which at that time, the
conversation with DEGRAW was terminated at approximately 2000
hours.

On May 10, 1984, Agent DAVIS received copies of a
traffic ticket which DEGRAW had received in California, and
registration papers for the 1984 Renault, vehicle certificate
of title for the Renault, a Michigan driver's license for
BENJAMIN DUNN, and a business card for BENJAMIN DUNN. The
traffic ticket was issued on April 30, 1984, at 4:05 p.m.
which was on a Monday, to FLOYD LEE DEGRAW, ████████████.
████████████████████ The Michigan registration for the 1984
Renault was in the name of American Motors Sales Co. poration
in Detroit, Michigan. The Michigan driver's license was in
the name of BENJAMIN Y. DUNN, ████████████████████████
███████████ DL ████████████████ expiration on birth date of
████████ The business card was for BEN DUNN, manager, Production
Technical Communications, Public Relations Department, American
Motors Corporation, ████████████████████████████ Detroit, Michigan
48232, Telephone # ████████████████ The vehicle certificate of
title had an issue date of ████████████ title ███████████ for
a 1984 Renault, ███████████████████ body style-4-door,
owner's name, American Motors Sales Corporation, same address
in ████████████

OSBI 0027

## OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT                                    PAGE  1  OF  1

| Case: CR #84-094 | Reporting Date May 1, 1984 | Reporting Agent(s) STEVE MYERS | | Reviewed By |
|---|---|---|---|---|
| Offense: ROBBERY/MISSING PERSON | | Case Agent G. ROGERS | Office MRO | Typed By osh | Date 5/11/84 |
| Subject: (S) UNKNOWN (V) DONNA DENICE HARAWAY | | Activity ANONYMOUS PHONE CALL | | |

On May 1, 1984, an anonymous caller provided information which indicated that TERRY MOUNT, W/M, age ███ was arrested the evening of April 30, 1984 by the Moore Police Department for the armed robbery of a local convenience store. The caller advised that MOUNT fits the physical description of the suspect in the HARAWAY kidnapping/armed robbery, and MOUNT is allegedly an avid video game player. The caller had no other information which might connect MOUNT to the Ada robbery/kidnapping, and refused to provide any personal information concerning himself.

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0028

OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT

PAGE __1__ OF __1__

| Case | Reporting Date | Reporting Agent(s) | | Reviewed By |
|---|---|---|---|---|
| CR#84-094 | MAY 11, 1984 | GREG GLENN | | |

| Offense | | | | | |
|---|---|---|---|---|---|
| ROBBERY/KIDNAPPING | Case Agent | Office | Typed By | Date | |
| | ROGERS | MRO | pb | 5/11/84 | |

| Subject | Activity |
|---|---|
| (S) UNKNOWN | |
| (V) DONNA DENISE HARAWAY | ACTIVITY OF STAGGS AND DECKER |

On May 6, 1984, McCurtain County Sheriff ALAN
MARSTON advise   that he had telephoned the STAGGS resi-
        dllas, Texas.  MARSTON talked to a sister o.
        GGS.  The sister told MARSTON that TERRY STAGGS
an   CKER had arrived a. the STAGGS residence in Dallas,
.. May 1, 1984.  DECKER and STAGGS stayed a few hours
until TERRY STAGGS' mother made them leave the residence.
The sister did not know where STAGGS and DECKER had been
prior to arriving in Dal as.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0029

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case: CR#84-094 | Reporting Date: MAY 7, 1984 | Reporting Agent(s): GREG GLENN | | Reviewed By: |
|---|---|---|---|---|
| Offense: ROBBERY/KIDNAPPING | | Case Agent: ROGERS | Office: MRO | Typed By: pb  Date: 5/09/84 |
| Subject: (S)  UNKNOWN  (V)  DONNA DENISE HARAWAY | | Activity: INTERVIEW OF BRUCE EDWARD DECKER, JR. | | |

On May 6, 1984, at 1630 hours, BRUCE EDWARD DECKER, JR., white male, DOB: ████████ SSN: ████████ or ████████ no current address was interviewed by RUSSELL WELSH, Arkansas State Police and Agent GLENN. DECKER provided the following information after being advised of his Miranda Rights.

About one and one-half weeks ago, DECKER was hitch-hiking between El Paso, Texas and Ft. Worth, Texas when he met STAGGS. DECKER and STAGGS went to STAGGS' mother's house in Dallas, but stayed only a few hours. DECKER and STAGGS decided to hitchhike to Florida, but at Texarkana, Texas, decided to go to Arkansas. They hitchhiked north on State Highway 71 to State Highway 70 and turned east toward Hot Springs. It was decided at this point to go to Oklahoma. DECKER and STAGGS walked through Dequeen, Arkansas and to a beer joint on the Oklahoma/Arkansas line. After leaving the beer joint, DECKER and STAGGS got involved in robbing and beating an elderly man and were arrested. DECKER did not know where Ada, Oklahoma was and said the last time he was in Oklahoma was about three months ago when he was arrested and jailed in Elk City, Oklahoma for shoplifting. At that time DECKER was hitchhiking from his home in Williston, Maine to California. DECKER left Maine on New Years Eve. DECKER denied any knowledge of the missing girl and stated he never had access to any vehicles, he always hitchhiked every place.

AGENTS' NOTE:  It is this agents opinion that DECKER has no knowledge of the disappearance of HARAWAY, and that his statement is truthful as the facts of DECKER's travels over the last one and one-half weeks. It should be noted DECKER has a noticeable speech problem bordering on a stutter. A photograph of DECKER will be forwarded to Agent ROGERS for investigative purposes.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0030

# OKLAHOMA STATE BUREAU OF INVESTIGATION

## INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case CR#84-094 | Reporting Date MAY 7, 1984 | Reporting Agent(s) GREG GLENN | | Reviewed By |
|---|---|---|---|---|
| Offense ROBBERY/KIDNAPPING | | Case Agent ROGERS | Office MRO | Typed By pb  Date 05/10/84 |
| Subject (S)  UNKNOWN (V)  DONNA DENISE HARAWAY | | Activity INTERVIEW OF TERRY LYNN STAGGS | | |

On May 9, 1984, at 1500 hours, TERRY LYNN STAGGS, white - SSN: no current was interviewed by RUSSELL WELSH, Arkansas State Police Agent GLENN, and provided the following information after being advised of his Miranda Rights.

STAGGS had been living in the Hollywood, California area during the winter and had hitchhiked to Dallas, Texas about one month ago. At Dallas, STAGGS met BRUCE DECKER at United Truck Stop in Dallas. DECKER and STAGGS decided to hitchhike to Florida. In east Texas both decided to travel to Arkansas. DECKER and STAGGS hitch to Texarkana, then into Arkansas. They turned west and hitchhiked to the Oklahoma/Arkansas State line to a beer joint. Soon thereafter they robbed and beat a man on May 5, 1984 and subsequently were arrested south of Broken Bow, Oklahoma on State Highway 259 by the McCurtain County Sheriff's Office, and on May 4. STAGGS did not know where Ada, Oklahoma was and denied knowing anything about the HARAWAY girl. STAGGS said he and DECKER had left Dallas within the last two weeks, but could not give the exact date of departure.

AGENTS' NOTE:   STAGGS has a past criminal history including a two year term in Ferguson State Prison in Midway, Texas for auto theft. STAGGS has also been a resident at several mental institutions in California. In interviewing STAGGS it is apparent he does have some mental problems. Agent GLENN does not believe that STAGGS is involved in the HARAWAY kidnapping as he had in fact not entered into Oklahoma until May 5, 1984. A photograph of STAGGS will be forwarded to Agent ROGERS for investigative purposes.

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0031

6:23-cv-00146-JFH-GLJ   Document 5   Filed in ED/OK on 05/01/23   Page 38 of 161

## OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT                        PAGE 1 OF 3

| Case: CR #84-094 | Reporting Date: MAY 11, 1984 | Reporting Agent(s): SAM SPARKS | | Reviewed By: |
|---|---|---|---|---|
| Offense: KIDNAPPING | | Case Agent: GARY ROGERS | Office: MRO | Typed By: kc   Date: 05-15-84 |
| Subject: (S) UNKNOWN SUBJECT(S) (V) DONNA DENICE HARAWAY | | Activity: LOCATING AND INTERVIEWING REBECCA LYNN SCOTT | | |

On May 8, 1984, Agent SAM SPARKS, Poteau, Oklahoma, received a request for assistance from Detective BARRETT, Police Department, Ada, Oklahoma, and Agent GARY ROGERS, Oklahoma State Bureau of Investigation, Ada, Oklahoma, to attempt to locate and interview REBECCA LYNN SCOTT regarding a purse belonging to her that had been found in a stolen vehicle being operated by FLOYD L. DEGRAW, who had been arrested in Shamrock, Texas, and charged with Abduction and Rape of a Female in Amarillo, Texas, just before his arrest. At the time DEGRAW was arrested, he was driving a stolen automobile from Detroit, Michigan, and SCOTT'S purse was in the vehicle, along with some identification papers from other females that were missing or had been assaulted.

On May 9, 1984, REBECCA LYNN SCOTT, White Female, Date of Birth: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was interviewed at her residence by Agent SAM SPARKS in the presence of her husband, HAMILTON SCOTT. REBECCA SCOTT related that she was originally from the Poteau, Oklahoma, area as well as her husband HAMILTON and during 1983 they lived in Oklahoma City, Oklahoma, at ▮▮▮▮▮▮▮▮▮ and she worked at a Seven-Eleven Store Number Eighty-Three on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

During the last part of January, 1984 or the early part of February 1984, she and her husband were preparing to move from Oklahoma City back to Poteau, Oklahoma, and they set up and had a garage sale prior to moving. During the garage sale, they only had one negro family consisting of a husband and wife and three children, and a young sixteen or seventeen year old white male, that came into their home, and would of had an opportunity to steal REBECCA'S purse. The negro family was only there for a few minutes looking around then left, the young white male was there almost everyday for several days and after she found her purse missing, he did not show up again. She describes the white male as about ▮▮▮▮ or ▮▮▮▮ year old,

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0032

A0664

CR #84-094
OFFENSE - KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE TWO

about five feet, eleven inches in height, 110 to 115 pounds.
he had a round baby face fair complexion, light long blonde
hair that was dirty looking and had indicated that he lived
with his father and had a grandfather either living with
them or lived nearby.

second day of the sale, he came by riding a
bicycle. her husband bought the bicycle from the boy and
the next day he came back on another bicycle and wanted to
sell it. Her husband would not buy the second bicycle be-
cause he thought there was something wrong. The boy also
said he had some tools he would sell her husband, but her
husband would not buy anything further from him. The boy was
not in school and on the second day when he came around, he
had been beaten up and had black and blue marks on his face
and a patch on his forehead where he said his grandfather had
beaten him up. He told her he had to go to the Presbyterian
Hospital on North Lincoln street and get stitches put in the
gash on his forehead which she stated was a gash about two
inches long running up and down almost in the center of his
forehead.

The boy had a black, small, short haired dog that
followed him around all the time and he stated that he could
not part with the dog. She cannot remember his name, but
related that his first name was a common name that many
people use.  She could not recall every hearing a last name
and related that besides coming by their residence, he hung
out at a store located at South Agnew and Thirty-Fourth
Street, which she could not remember the name of the store.

The boy told her at sometime while he was around
that he had lived in her neighborhood but had moved to the
west side of town and was planning on moving out of Oklahoma
City and she believes he may have been going to some place
in Texas.

SCOTT could give no information and has no idea
how her purse could wind up in the DEGRAW'S vehicle in
Shamrock, Texas, unless the young boy that she talked to took
it and it later came into possession of DEGRAW.

After her purse was stolen, she had all the credit
cards cancelled and her checking account closed out and the
bank notified the following day about the theft of the purse.
There was no cash money in the purse and nothing else of
value blank checks and credit cards. Since that time, nothing
has come back to her indicating that anyone had used the credit
cards or the checkbook.

OSBI  0033

CR #84-094
OFFENSE - KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE THREE


        SCOTT and her husband HAMILTON both stated that they
would be available for interview at any time in the future and
would like to help if they can.



OSBI  0034

A0666

OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case CR #84-094 | Reporting Date May 11, 1984 | Reporting Agent(s) DANCER | | Reviewed By |
|---|---|---|---|---|
| Offense KIDNAPPING/ROBBERY | Case Agent ROGERS | Office MRO | Typed By bm | Date 5/21/84 |
| Subject UNKNOWN | Activity Information from LEVERNON YOUNG | | | |

On May 11, 1984, LEVERNON YOUNG, Detective, Enid Police Department, Enid, Oklahoma, Telephone ▓ ▓d the following information:

YOUNG believes an Enid man, BILL DALE HILL, wM, DOB: ▓ SSN: ▓, or ▓ matches the description of suspect #1. HILL is 5'9", 160 lbs. brown hair and hazel eyes. He possibly had his hair in a ponytail a couple of weeks ago. HILL's last known address was ▓ (no such address). His father lives at ▓ Telephone ▓

HILL was arrested on 8/23/7▓ by Enid Police for public drunk and curfew violation (posted $75 bond). HILL is also into drugs. Prints are available.

OSBI Agent ROGERS was sent the photograph and criminal history. (photo attached)

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0035

A0667

## OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT

PAGE _____ OF _____

| Case: CR#84-094 | Reporting Date: MAY 16, 1984 | Reporting Agents: DALE SPARKS | | Reviewed By |
|---|---|---|---|---|
| Offense: KIDNAPPING - MISSING PERSON | | Case Agent: G. ROGERS | Office: ADA R/O | Typed By: DKB  5/16/84 |
| Subject: D'ANNA HARAWAY (V) | | Activity: INFORMATION RECEIVED FROM MARTY McGOWAN | | |

On May 16, 1984, MARTY McGOWAN, white female, ▉▉▉▉▉
▉▉▉▉▉▉▉▉▉ telephone number: ▉▉▉▉ provided the following
information telephonically:

McGOWAN was, at approximately 1130 hours this date, having coffee
alone at a Howard Johnson's Restaurant on W. Main Street in Norman,
Oklahoma. A white female entered the restaurant alone and went into the
restroom for several minutes and left. She got into what McGOWAN
thought was an off-white Trans-Am or Camaro and left in an unknown
direction. The tag was Oklahoma ▉▉▉▉ The white female was ▉▉▉ to
▉▉▉▉ years of age, according to McGOWAN, and wearing a blue top
and white tight "short shorts". Her hair was dark, almost deep brown,
and curly, past her shoulders. She was 5'3" to 5'5" and 110 - 115 lbs.
McGOWAN felt certain she was the same person whose picture she observed
recently in local newspapers as having been missing from an Ada
convenience store. Prior to telephoning the OSBI, McGOWAN telephoned
her observations to the Norman Police Dept. and said the officer told
her to call the OSBI.

### AGENT'S NOTE:

A check of that tag came back as being a 1982 Pontiac Firebird
registered to MELISSA ANN FRANKS, white female, DOB: ▉▉▉▉ SSN:
▉▉▉▉ of ▉▉▉▉▉▉▉▉ 5'6", 120 lbs.,
and brown eyes.

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0036



OSBI  0037



OSBI   0038

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE _____ OF _____

| Case | Reporting Date | Reporting Agent(s) | | | | Reviewed By |
|------|---------------|---------------------|---|---|---|-------------|
| CR 84-094 | 5-25-84 | Jackie Roberts | | | | |
| Offense | | Case Agent | Office | Typed By | Date | |
| KIDNAPPING | | G. ROGERS | MRO | hk | 5-25-84 | |
| Subject | | Activity | | | | |
| VICTIM: DONNA HARAWAY | | INVESTIGATIVE LEAD- | | | | |
| SUBJECT: UNKNOWN | | JOEL ALAN VANLEEUWEN | | | | |
| | | DOB: ███████ | | | | |

On 5-24-84 OHP Trooper Tomi Tatum, Troop A, 682-4143
issued a citation to W/M subject JOEL ALAN VANLEEUWEN.  Trooper
TATUM found a picture of a W/F in VANLEEUWEN's truck which
resembles DONNA HARAWAY.

Tatum provided the picture to Agent ROBERTS, a copy
of VANLEEUWEN's Iowa Drivers License # ████████ and a copy of
OHP citation # ████████.  The above data was forwarded to Agent
ROGERS on 5-25-84.

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0039

# OKLAHOMA STATE BUREAU OF INVESTIGATION

## INVESTIGATIVE REPORT

PAGE _____ OF _____

| Case CR#84-094 | Reporting Date MAY 3, 1984 | Reporting Agent(s) DARREL WILKINS | | Reviewed By |
|---|---|---|---|---|
| Offense MISSING PERSON | | Case Agent GARY ROGERS | Office MRO | Typed By DKB  Date 5/23/84 |
| Subject UNKNOWN | | Activity CITIZEN'S SIGHTING OF A GREY PRIMER COLORED PICKUP | | |

On Wednesday, May 2, 1984, a Mr. BILL REED, Home Telephone Number: ██████ reported to the OSBI that he had observed a grey primer colored pickup traveling between Edmond and Oklahoma City. The tag was in the back window and was ██████. This truck had side pipes and was driven by a white male, about 5'9", 160 lbs., who had medium length brown hair.

Oklahoma License ██████ is registered to a 1979 Ford Courier Pickup owned by WILLIAM or LORENE ██████, ██████.

AGENT'S NOTE:

A Courier is a small size imported pickup marketed by Ford. This differs from the description given by witnesses of a full size pickup.

Leads

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0040

A0672

OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT

PAGE ____ OF ____

| Case<br>CR#84-094 | Reporting Date<br>MAY 7, 1984 | Reporting Agent(s)<br>DARREL WILKINS | | | Reviewed By |
|---|---|---|---|---|---|
| Offense<br>MISSING PERSON | | Case Agent<br>GARY ROGERS | Office<br>MRO | Typed By<br>DKB | Date<br>5/23/84 |
| Subject<br>UNKNOWN | | Activity<br>CITIZEN'S REPORT OF A GREY PICKUP | | | |

 ⸻, May 4, 1984, at 1320 hours, Mrs. ARTHUR SILVERMAN,
⸻ ⸻ number: ▇▇▇▇, Oklahoma City, Oklahoma, who resides ⸻
⸻ ⸻ Drive, Landsbrook Addition, reported that ▇▇▇▇ observed
painters at a neighbor's residence driving a dull grey older model,
Fleetside pickup.  The painter's first arrived on Thursday, May 3, 1984,
at Mrs. STONE's residence, ⸻ Burnham Drive, Oklahoma City, Oklahoma,
telephone number: ▇▇▇▇.  Mrs. SILVERMAN reported that the license on
this truck is Oklahoma ▇▇▇▇.

 This license is registered to a 1974 Chevrolet fleetside pickup
owned by STEVE C. BARNES, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

FOR INTERNAL USE ONLY<br>NOT FOR DISSEMINATION

OSBI  0041



OSBI  0042

R-84 (Rev. 6-29-71)                    FINAL DISPOSITION REPORT                          | Leave Blank |

Note: This vital report must be prepared on each individual whose arrest fingerprints have been forwarded
to the FBI Identification Division without final disposition noted thereon. If no final disposition is available to arresting agency, also obtain subject's right four finger impressions on this form, complete left side and forward the form when case referred to prosecutor and/or courts. Agency on notice as to final disposition should complete this form and submit to: Director, FBI, Washington, D. C. 20537, Attention: Identification Division.

(See instructions on reverse side)                                                    PAGE  1 OF  1

| FBI No. | Final Disposition & Date |
| --- | --- |
| 280362CA0 | (If convicted or subject pleaded guilty to lesser charge, include this modification with disposition.) |

Name on Fingerprint Card Submitted to FBI
Last          First          Middle

CARTER,JERRY PAUL

If FBI No. Unknown, Furnish

Date of Birth ███████████   Sex  M

Fingerprint
Classification  ███████████

State Bureau No.

597626J

Contributor of Fingerprints

OK010J003  SO CARTER CO ARDMORE,OK

Final Disposition & Date column:

5 15 83
CARRYING FIREARMS AFTER FELONY CONVICTI
DISPOSITION: PLED GUILTY AS CHARGED
SENTENCED:   5 YRS   0 DAYS
6-16-83
DRIVING W/LICENSE CANC.,SUSP.,REVOKED
DISPOSITION: DISMISSED
REASON:      INSUFFICIENT EVIDENCE

This Form Submitted By:
(Name, Title, Agency, City & State)

Date

Title

| Arrest No. | Date Arrested or Received |
| --- | --- |
| 083405 | 3* 05 83 |

Offenses Charged at Time of Arrest

5332 CARRYING CONCEALED
3497 TRAFFIC OFFENSE    (FREE TEXT)

☐ COMPLETED EXPUNGEMENT.
Return Fingerprint Card to Contributor Agency;
Certified or Authenticated Copy of Court Order Attached.

Right Four Taken Simultaneously

OSBI
THIS INFORMATION IS FURNISHED TO

_____ Andre Roberts ____ OSBI

Date Released _____ 5-31-84 ____ Initial __ ___

OSBI  0043

 

DATE RELEASE _____

## OKLAHOMA STATE BUREAU OF INVESTIGATION
### IDENTIFICATION DIVISION
P.O. BOX 11497
OKLAHOMA CITY, OKLAHOMA

OSBI #507626

FBI # 280 362 CAO

Page

The following OSBI record is furnished for Official Use Only. Information shown on this identification record represents data furnished OSBI by fingerprint contributors. Where Disposition Data is not shown or further explanation of charge or disposition is desired, communicate with agency contributing those fingerprints. This information is complete and accurate to the maximum extent feasible as of the date of dissemination. It should not be considered valid ninety days after its release. Use and further dissemination of this information is restricted. CIVIL AND CRIMINAL PENALTIES EXIST FOR MISUSE.

| CONTRIBUTOR: IDENTIFIER (ORI), NAME CASE NUMBER (OCA) | SUBJECT: NAME | ARRESTED OR RECEIVED | C-CHARGED D-DISPOSITION |
|---|---|---|---|
| OK0350000 SO Tishomingo, OK #- | CARTER, Jerry Paul | 3-30-83 | C-Armed Robbery D-Jailed |
| OK0100000 SO Ardmore, OK 83-465 | CARTER, Jerry Paul | 4-5-83 | C-Fel Carry F/A C-DUS |
| OK0550250 Dept of Corr Okla City, OK 43168 | CARTER, Jerry Paul | 10-11-83 | C-Robb w/Firearms D-10 Years |

OSBI
THIS INFORMATION IS FURNISHED TO

Date Released _____ initial _____

tj tj

OSBI 0044

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE _____ OF _____

| Case CR84 094 | Reporting Date 5-31-84 | Reporting Agent(s) J. Roberts | | | Reviewed By |
|---|---|---|---|---|---|
| Offense KIDNAPPING | | Case Agent GARY ROGERS | Office MRO | Typed By HK   Date 5-31-84 | |
| Subject VICTIM: DONNA HARAWAY SUBJECT: UNKNOWN | | Activity INVESTIGATIVE LEAD-JERRY PAUL CARTER | | | |

On 5-31-84, Chief HUTCHINS, Tishomingo Police Department, ▓▓▓▓▓▓▓▓ advised a relative, JERRY PAUL CARTER, DOB: ▓▓▓▓▓▓ resembled ░░ composite drawing # 1 of the suspect involved in the abduction of HARAWAY.

▓▓▓ NCIC clerk JUDY RUTHERFORD provided the Drivers' Li░░░░░░ criminal Records data. A copy of the records and ░░░t g░aph a░e included in this r░port.

JERRY PAUL CARTER is a White Male, Social Security Number ▓▓▓▓▓▓▓▓ Date of Birth: ▓▓▓▓▓▓ 6'0" i░ ░░░░th, and 140 pounds in weight. His Oklahoma drivers lice░░░ ▓▓▓▓▓▓ expired in 1979 and is also under suspension. C░░ Oklahoma Criminal record # 50767░ reflects a conv░░░░░░ for Robbery with firearm and car░░░, a concealed ░.

Authorities at the Stringtown Correctional Facilities, ▓▓▓▓▓▓ advised CART░░ has been incarcerated there since October 28, 1983 a░d does not receive a░y passes.

His case w░░ker is Mr. WALTER HAMILTON.

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0045

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case: CR#84-049 | Reporting Date: May 21, 1984 | | Reporting Agent(s): RICK ZIMMER AND JOHN GREGG | | Reviewed By: |
|---|---|---|---|---|---|
| Offense: ROBBERY/KIDNAPPING | | Case Agent: GARY ROGERS | Office: MRO | Typed By: saa | Date: 5-29-84 |
| Subject: DONNA DENISE HARAWAY (V) | | Activity: INFORMATION FROM DON MILLARD, JACKSON CO. | | | |

On May 19, 1984, Jackson County Deputy DON MILLARD received an anonymous telephone call with information about Suspect #1 in the HARAWAY kidnapping.

The caller said he had given a ride to a white male to the Lawton Bus Station a few days ago (week of May 14-18). The caller thought the man's name was ROBERT (LNU). ROBERT (LNU) told the caller he lived near the bus station with a woman. The caller did not say where he picked the man up. The caller did say that ROBERT (LNU) was Suspect #1 in the composite drawing.

MILLARD did not recognize the caller's voice. MILLARD was sure the telephone call was a local call.

On May 24, 1984, Agent GREGG met with RONNIE SMITH, Lawton Police Detective, Vice Division, and briefed SMITH on the abduction of HARAWAY and subsequent anonymous information that the suspect might have been located in the Lawton area. SMITH stated that he would focus his attention near the bus station area and would also speak with several of his people in that area. A photograph of the victim and copies of the composite drawings of the suspects were given to SMITH.

*CORRECTED CASE #*

*6 11 84*

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0046

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE _____ OF _____

| Case: CR#84-049 | Reporting Date: May 21, 1984 | Reporting Agent(s): RICK ZIMMER | | | Reviewed By: |
|---|---|---|---|---|---|
| Offense: ROBBERY/KIDNAPPING | Case Agent: GARY ROGERS | Office: MRO | Typed By: mdm | Date: 5-21-84 | |
| Subject: DONNA DENISE HARAWAY (V) | Activity: INFORMATION FROM DON MILLARD, JACKSON COUNTY DEPUTY | | | | |

On May 19, 1984, Jackson County Deputy DON MILLARD received a anonymous phone call with information about suspect numb--   the HARAWAY kidnapping.

The caller said he had given a ride t- a white male to the Lawton Bus Station a few days ago (wee-   y 14 - 1 ). The caller thought the man's name was ROBERT      ROBERT (LNU) told the caller he lived near the bus station        woman.   The caller did not say where he picked the man up.      aller did say that ROBERT (LNU) was suspect number one in      composite drawings.

MILLARD did not recognize the cal--   voice.   MILLARD was sure the phone call was a local call.

*acrrected case #*

*Wrong #*

*6 11 84*

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0047

A0679

**OKLAHOMA STATE BUREAU OF INVESTIGATION**

INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case: CR #84-094 | Reporting Date: JUNE 11, 1984 | Reporting Agent(s): JOE HOGAN | | Reviewed By |
|---|---|---|---|---|
| Offense: ROBBERY AND MISSING PERSON | | Case Agent: GARY ROGERS | Office: HRO | Typed By: kc |
| Subject: (S) UNKNOWN SUBJECT(S) | | Activity: | | Date: 06-13-84 |
| (V) DONNA DENICE HARAWAY | | | | |

On May 4, 1984, Seminole County Deputy Sheriff JOE CRAIG reported that he had seen a primer gray, late 1960 - early 1970, pickup truck parked at a residence northeast of Seminole. The truck had a Missouri tag, numbered ███.

On May 22, 1984, Agents JOE HOGAN and RICK SWIAT met Deputy CRAIG in Seminole. CRAIG said that the gray primered truck was parked in the parking lot of the Seminole Western Sizzlin Restaurant and JERRY MILLIGAN owned the truck.

HOGAN and SWIAT interviewed MILLIGAN, who said that from 1700 to 2330 hours on April 28, 1984, he worked at the Western Sizzlin Restaurant. A time card for MILLIGAN showed that MILLIGAN worked from 1700 to 2345 hours on April 28, 1984, and the manager of the restaurant said that once employees clocked in for work, the employee did not leave the building until his work shift was completed.

*a copy has been mailed to Case Agent Gary Rogers.*

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0048

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE ____ OF ____

| Case: CR #84-094 | Reporting Date: June 4, 1984 | Reporting Agent(s): DANCER | | | Reviewed By: |
|---|---|---|---|---|---|
| Offense: KIDNAPPING/ROBBERY | | Case Agent: ROGERS | Office: MRO | Typed By: bm | Date: 6/12/84 |
| Subject: UNKNOWN | | Activity: Request from Agent SWIAT, Interviews of MONTY LEE SWENN, MACHELL MAHAFFEY, DAVID ANDERSON, JERRY SCHRODER, and BILLY DALE HILL | | | |

VICTIM:  DONNA HARAWAY

On May 21, 1984, OSBI Agent RICK SWIAT, McAlester, ██, Telephone ███████ requested this Agent to contact Detective RAY KUKOO, Enid Police, about two subjects that match the composites. These two are GARY CODY PARSONS, WM, DOB: ████ and MONTY LEE SWENN, WM, DOB: ████ both of Enid. SWIAT wanted these two interviewed as to their whereabouts on April 28, 1984.

On May 21, 1984, MONTY LEE SWENN, ██, DOB: ████ Telephone ██████ provided the following information:

SWENN works at the Enid Beauty College, 1801 East Broadway, Enid, Oklahoma, Telephone ██████.

SWENN believes he was in Stillwater that night watching a local Enid band perform for some fraternity. SWENN was with his girlfriend, MACHELL MAHAFFEY. SWENN also spoke with two of the band members, DAVID ANDERSON and JERRY SCHROEDER. GARY PARSONS was also at the dance. SWENN was charged with DUI in January in Enid, so he does not drive anymore. MAHAFFEY was driving that night and has a 1980 white Mustang. SWENN does own a brown Ford LTD, but his foster parents, TERRY JONE, ████████ Telephone ██████ have the car.

SWENN has never been to Ada and does not know anyone who drives a pickup. SWENN has his hair cut in a shag (short in front, shoulder length on sides and back) with a blonde streak down the back. The blonde has been there since the week of April 14, 1984.

SWENN advised he would take a polygraph.

On May 21, 1984, MACHELL MAHAFFEY, WF, DOB: ████ Telephone ██████ provided the following information:

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0049

CR #84-094
Interviews
Page 2

MAHAFFEY works for Showboat Youth Fashions, Sunset
Plaza, Enid, Oklahoma, Telephone ████████

MAHAFFEY has known SWENN three years. She and
SWENN left the 28th of April around 1900 hours to "The
Lighthouse" in Stillwater in her white 1980 Mustang. They
left the dance around 0100 to 0200 hours on Sunday, April 29th.
She saw the people in the band, SHELLEY (LNU) who works at
the Hair Machine, and JANA KING, who works at Dillards. GARY
PARSONS was also there.

On May 25, 1984, DAVID ANDERSON, WM, DOB: █████████
SSN: ██████████
Telephone ████████ provided the following information:

ANDERSON remembers playing at a club in Stillwater
during the last weekend in April. He is not sure of the time
they arrived or left, but both SWENN and PARSONS were at the
dance.

On May 25, 1984, JERRY SCHROEDER WM DOB: ██████████
SSN ██████████ Telephone
████████ provided the following information:

SCHROEDER is the leader of the band and stated
they played at a bar in Stillwater on the 27th and 28th of
April. SCHROEDER knows for sure PARSONS and SWENN were
there Saturday night (4/28/84). They left around 0130 hours.
He also believes they were there Friday night (4/27/84).

Agent's Note: Been unable to contact PARSONS, but
will keep trying if you think it is needed.

On May 26, 1984, this agent contacted OSBI Agent
SWIAT and advised him of the above information. SWIAT
requested to find BILL HILL and interview him.

On June 4, 1984, BILLY DALE HILL WM, DOB: █████████
SSN: ██████████ d, Oklahoma, provided
the following information:

HILL has no phone or job and can be contacted
through his mother, ██████████
Telephone ████████

HILL thinks he was working for an A.C. FORD 2802
N. Quincy. FORD is an elderly man who is crippled and HILL
helps him around the house.

HILL does not know if he was with anyone that
night, but does know he was in town. He does not have a car;
his only method of travel is a 10-speed bicycle. HILL
sometimes borrows his brother's girlfriend's car, '60 model

OSBI  0050

CR #84-094
Interviews
Page 3

Ford, light brown, to go to the store, but he does not have
insurance, so he usually rides his bike.

HILL thinks he has been t~ Ada once, maybe six to
seven years ago, but he is not sure.

HILL has long brown hair, to the middle of his
back : ' u mustache and goatee.

HILL advised he would take a polygraph if needed.

Agent's Note: . check with FORD and HILL did
not k on the 28th.



OSBI  0051

OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT

PAGE _1_ OF _1_

| Case: | Reporting Date: | Reporting Agent(s): | | Reviewed By |
|---|---|---|---|---|
| CR #84-094 | MAY 31, 1984 | TOMMY GRAHAM | | BM |
| Offense: | | Case Agent | Office | Typed By | Date |
| ROBBERY AND MISSING PERSON | | GARY ROGERS | MRO | kc | 06-13-84 |
| Subject: | | Activity | | |
| (S) UNKNOWN SUBJECT(S) | | RUSSELL CHANDLER LEAD | | |
| (V) DONNA DENICE HARAWAY | | | | |

On May 21, 1984, Seminole County Deputy Sheriff BART STINSON contacted Agent GARY ROGERS and provided the following information:

A couple of years ago, the Seminole County Sheriff's Office, Wewoka, Oklahoma, handled RUSSELL CLEVE CHANDLER, White Male, Date of Birth: ███████ on Larceny charges. In 1979, CHANDLER had been convicted in Oklahoma County District Court for Kidnapping and Rape. CHANDLER resembled one of the composite sketches circulated in the DONNA HARAWAY case and STINSON recently learned that CHANDLER is out of the penitentiary on parole.

On May 21, 1984 Agent ROGERS contacted WILLIE WATKINS, Supervisor, Probation and Parole Office, McAlester, Oklahoma. WATKINS provided the following information:

RUSSELL CLEVE CHANDLER, DOC Number: ███████ was convicted in 1979 in Oklahoma County District Court of First Degree Rape. CHANDLER received a ten year sentence (six in and four out). CHANDLER was paroled from the Department of Corrections on March 13, 1981. CHANDLER was removed from supervisory parole on November 22, 1983. At that time he was living at ███████ and was working at the R & S Conoco, Main and Seminole, McAlester, Oklahoma. CHANDLER'S last known vehicle was in 1983, blue Honda passenger car.

On May 22, 1984, Agent ROGERS contacted RICHARD GERMAN, owner R & S Conoco, McAlester, Oklahoma. GERMAN provided the following information:

RUSSELL CLEVE CHANDLER was still employed by GERMAN as a service station attendant. CHANDLER drives a Grand Prix passenger car and lives on East Chickasaw in McAlester. GERMAN closes his service station at 3:00 P.M. on Saturdays.

Leads  CC has been mailed to Agent N. Rogers

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0052

A0684

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE 1 OF 3

| Case: CR #84-094 | Reporting Date: MAY 31, 1984 | Reporting Agent(s): TOMMY GRAHAM | | | Reviewed By: |
|---|---|---|---|---|---|
| Offense: ROBBERY AND MISSING PERSON | | Case Agent: GARY ROGERS | Office: MRO | Typed By: kc | Date: 06-12-84 |
| Subject: (S) UNKNOWN SUBJECT(S) (V) DONNA DENICE HARAWAY | | Activity: TRACING OF PROPERTY FOUND IN CAR DRIVEN BY FLOYD DEGRAW | | | |

On May 23, 1984, Agent GARY ROGERS assigned Agent
to attempt to trace down two items of property that
were found in a vehicle driven by FLOYD DEGRAW when he was
arrested in Amarillo, Texas, in the early part of May 1984.
One item was a container of baby powder with a prescription
attached to it from the Veteran's Administration Medical
Center, Oklahoma City, Oklahoma, Prescription Number: 04546,
Dated 01-20-82. Issued to: J. PAULSON, By: Doctor PARRISH.

On May 24, 1984, Agent GRAHAM DARRELL
McKEOWAN, Pharmacist, Veteran's Administration Medical
Center, Phone Number
McKEOWAN provided the following information:

The above described container of baby powder was
issued on January 20, 1984, to JERALD PAULSON South
Main, Newkirk, Oklahoma.

On May 25, 1984, the Dispatcher from the Newkirk
Police Department reported that the address
was that of HAZEL WOOD, the Kay County
District Court Clerk.

On May 25, 1984, Agent GRAHAM phoned HAZEL WOOD
at Phone Number WOOD provided the following
information:

JERALD PAULSON, White Male, Date of Birth:
adopted by WOOD'S aunt and uncle when he was an in-
fant. PAULSON was raised in the Newkirk, Oklahoma, area.
PAULSON was an alcoholic, who frequently traveled throughout
the country by hitchhiking. The last contact that WOOD had
with PAULSON was around last Christmas when PAULSON was in
the Veteran's Administration Hospital in Oklahoma City.
PAULSON did not maintain a permanent address and WOOD did not
know how to contact PAULSON.

Leads: CC: Has been mailed to Case agent A. Rogers

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0053

CR #84-094
OFFENSE - ROBBERY AND MISSING PERSON
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE TWO


On May 25, 1984, NCIC Clerk JUDY RUTHERFORD reported that JERALD PAULSON, White Male, July 12, 1932, had a lengthy arrest record according to the OSBI files. PAULSON'S last arrest reflected on OSBI files was in the early 1970's. PAULSON'S arrest record reflected various minor felony arrests throughout the country over the last twenty years.

The second item of property to be traced from DEGRAW'S car was a green, military type, duffle bag, with the following information stenciled on it:

"B.E. BARBER  SSN █████████

A cigarette lighter was found inside the duffle bag bearing the following inscription:

"USS JONAS INGRAM,  BRIAN   MARIE
and MICHAEL"

On May 24, 1984, an NCIC Criminal History Check of BRIAN E. BARBER revealed the following information:

BRIAN E. BARBER, White Male, Date of Birth: █████████ 5'9", 130 pounds, brown eyes, brown hair, FBI Number: 154954W5, Social Security Number: ███████ . OB: Michigan, Address: USS Jonas Ingram, United States Navy, May Port, Florida, was arrested on July 2, 1980, for Disorderly Conduct and Intoxication at Jacksonville Beach Police Department, Jacksonville Beach, Florida.

On May 25, 1984, Agent GRAHAM phoned the United States Navy, Records Section, Washington D.C  Phone Number: █████████ and talked to Seaman OLIVER.  Seaman OLIVER provided the following information:

BRIAN E. BARBER, Social Security Number: ████████ was discharged from the United States Navy on July 26, 1982. At the time of BARBER'S enlistment, BARBER'S parents, name and address were: Mr. and Mrs. LESTER L. BARBER, █████████ BARBER'S wife s name and her last known address was MARIE A. BARBER, Maiden Name: LOUDEN, Address: █████████
MARIE LOUDEN BARBER'S father's name and address was DAVID LOUDEN, █████████

On May 26, 1984, Agent GRAHAM phoned Mrs. DAVID LOUDEN, Phone Number: █████████  Mrs. LOUDEN provided the following information:

OSBI 0054

CR #84-094
OFFENSE - ROBBERY AND MISSING PERSON
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM   - DONNA DENICE HARAWAY
PAGE THREE


Mrs. LOUDEN'S daughter, MARIE BARBER, was married to
BRIAN BARBER.

the summer of 1982, BRIAN told MARIE that he was
scheduled to take a six month tour on a ship. However, MARIE
later found out that BRIAN discharged from the Navy and MARIE
has          from BRIAN since that time.

On May 26, 1984, Agent GRAHAM telephonically talked
to Marie A. BARBER in Laurens, New York.  MARIE provided the
following information:

In July of 1982, BRIAN told MARIE that he was
scheduled to take a six month tour on a ship.  MARIE, who was
pregnant, went to Laurens, New York, to live with her parents
until BRIAN'S return.  MARIE had her baby in November and then
later found out that BRIAN had discharged from the United
States Navy without contacting her.  MARIE has not had any
contact with BRIAN since that time.  BRIAN'S parents have
moved to the following address:

On May 31, 1984, Agent GRAHAM phoned Mr. LESTER
BARBER at Bradenton, Florida. Phone Number:
Mrs. BARBER provided the following information:

Mrs. BARBER has not seen or heard from her son BRIAN
for a "long time".  BRIAN drifts from town to town saying noth-
ing.  BRIAN frequently travels by hitchhiking.  Mrs. BARBER re-
cently talked to BRIAN'S sister, KATHY HARBERS, in Lawton,
Oklahoma, Phone Number:          KATHY told Mrs. BARBER
that BRIAN was at her house in Lawton during the early part of
May 1984.  BRIAN was carrying only a small nap sack and he men-
tioned to KATHY that he had lost his duffle bag.  KATHY refused
to let BRIAN stay at her house with her and he left.

On May 30, 1984, Mrs. BARBER talked to her nephew,
who told her that the nephew had seen BRIAN in Grand Rapids,
Michigan, during the week of May 20 thru May 26, 1984.  Mrs.
BARBER did not have any idea who BRIAN could be staying with in
Michigan or whether BRIAN was still in Michigan or not.


AGENT'S NOTE

During Agent GARY DAVIS' interview of FLOYD DEGRAW,
DEGRAW said that he had picked up a hitchhiker named BRIAN in
New Mexico or Arizona and took him to some place in Texas.
BRIAN had mentioned to DEGRAW that he was traveling to Florida.

OSBI 0055

OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT

PAGE ____ OF ____

| Case | Reporting Date | Reporting Agent(s) | Reviewed By |
|---|---|---|---|
| CR #84-094 | June 6, 1984 | DALE SPARKS | |

| Offense | Case Agent | Office | Typed By | Date |
|---|---|---|---|---|
| MISSING PERSON | G. ROGERS | MRO (Ada) | bsh | 6/6/84 |

Subject                                    Activity

(V) DONNA C. HARAWAY        INTERVIEW OF CYNTHIA ELIZABETH WILLSON BRUCE

On June 5, 1984, CYNTHIA ELIZABETH WILLSON BRUCE, WF, DOB: ███, commercial chauffeur's license ████, telephone ████ provided the following information:

BRUCE has lived at this address for three years with her husband, JOHN BRUCE, JR. He does own a van bearing Oklahoma license ████. This van was white in color, but three to four weeks ago it was painted black by her father, WILLIAM WILLSON, ████. The elder WILLSON is approximately 40 years of age, is a white male, and is employed at Kelsey Hayes Axle Company in Seminole as a forklift operator. The van was purchased by BRUCE in June 1982 from BOB and MARTY DESHIELDS. The DESHIELDS have a musical group called "The Phoenix" and have played at the Liberty Club in Shawnee and another club in Ada the name of which BRUCE does not know.

JOHN BRUCE, JR. does not take the van anywhere that CYNTHIA is not aware of, and nobody else uses his van for any reason. In January or February of 1984, BRUCE installed a stereo in the van, and prior to that time, he always kept it unlocked. CYNTHIA BRUCE feels it is possible that the DESHIELDS brothers may have retained a key to the van and possibly could have taken it and used it for any length of time without her husband's knowledge, but she knows of no specific incidents where such activity occurred. She and her husband have never suspected such an incident as having ever taken place. JOHN BRUCE, JR. is employed full time and has been for the past three years at Garret Brothers Trucking Company, 13900 S. Meridian, Oklahoma City. He works or is on call seven days weekly and CYNTHIA feels certain he was at work both on November 30, 1983 and April 28, 1984. She is certain that he was never involved in any rape or kidnapping and said she has "been" with her husband constantly.

CYNTHIA and her husband did own a small pit bull dog at one time but sold it approximately a month ago. She did recall having been stopped in her vehicle, a 1972 2-door Oldsmobile,

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0056

CR #84-094
Cynthia Bruce
Page 2

████████ in Tecumseh and did have the dog with her at that time.
Also, at the time of her traffic stop, JOHN BRUCE, JR. was driving
in front of her in the white van.

Agent's Note:   NCIC checks on June 5, 1984 revealed no criminal
                history on CYNTHIA BRUCE.

          On June 5, 1984, LARRY HARRIS, Manager, Garrett
Brothers Trucking Company, 13900 E. Meridian, Oklahoma City,
a█ ████ JOHN BRUCE, JR. worked the following dates and

          11-29-83   0500  2000 hours
          11-30-83   070█  ████ hours
          12-01-83   05█████ 0█00 hours 12-2-83
          4-28-84    0█████ 00 hours

          All of BRUCE's work time woul█  ██ been spent
driving a truck locally for the company.

OSBI  0057

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE __1__ OF __10__

| Case:<br>CR #84-094 | Reporting Date<br>MAY 31, 1984 | Reporting Agent(s):<br>GARY ROGERS | | | Reviewed By |
|---|---|---|---|---|---|
| Offense:<br>ROBBERY AND KIDNAPPING | | Case Agent:<br>GARY ROGERS | Office:<br>MRO | Typed By<br>kc | Date<br>06-22-84 |
| Subject:<br>(S) UNKNOWN SUBJECT(S)<br><br>(V) DONNA DENICE HARAWAY | | Activity<br>INTERVIEW OF KAREN SUE WISE<br>INTERVIEW OF GENE MENCHEL<br>INTERVIEW OF DAVID ALAN TIMMONS<br>INTERVIEW OF LENNY LEWIS TIMMONS<br>INTERVIEW OF STEVE HARAWAY<br>INTERVIEW OF SHEILA DAWN TURNER<br>INTERVIEW OF GERALD DONALD LYNCH | | | |

On April 30, 1984, KAREN SUE WISE, White Female, Date of Birth: ███████, Social Security Number: ████, Home Address: █████████, Home Telephone Number: ████, Business Telephone: ████ was interviewed by Agent ROGERS at the Ada Police Department and she provided the following information:

WISE has been employed at ████'S Convenient Store in Ada, Oklahoma for approximately two months.

On April the 28th, 1984, she was working the 3:00 P.M. to 11:00 P.M. shift on Saturday night. Also working with her was GENE POORMAN, who worked at the store until 2000 hours. WISE said that around 1915 hours, two white males came into the store and asked to use the telephone, but she wouldn't let them because it was a business phone. The subjects then asked for two dollars worth of quarters to play the pool table with. She described the subjects as follows:

(1)  White Male
     Dishwater Blonde Hair
     Light Colored Eyes
     5'7" to 5'8' tall
     130 to 145 pounds
     Early Twentie.
     Possibly Acne Scars ..
     Cheek Bones
     Hair Nea , re ared Cut
     Light Colore Tee-Shir.
     Faded Blue Jeans
     Tennis Shoes

(2)  White Male
     Approximately 6' tall
     Early Twenties

Leads:

FOR INTERNAL USE ONLY<br>NOT FOR DISSEMINATION

64

**OSBI  0058**

CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM - DONNA DENICE HARAWAY
PAGE TWO

### (2)   Continued

Sandy Brown Collar Length Hair
Slender Build
Possibly Blue Eyes
Kid Face
Possibly Some Facial Hair o
Upper Lip
Protruding Adam's apple
Fairly Neat
Light Blue Tee-Shirt, With
Possible Small Design on Right
Side
Blue Jeans (Possibly New)
Possibly Wearing Tennis Shoes

According to WISE there is a possibility that the subjects left and came back a second time, a short time later, which she was in the store by herself. She feels that GENE POORMAN had already left and it was shortly thereafter that the two subjects came in again. Both subjects stopped again, the second time, and got two more dollars worth of quarters for the pool table and the game room, and also bought one small bottle of coke.

WISE stated that she got busy and noticed that they were standing in the check out line and the tall subject bought a six pack of tall boy Budweiser beer. She asked him if he wanted it in a sack and he told her "No they would drink it on the road and it would be gone too fast". They then told her they would see her on the other side (meaning the package store which was connected to the convenient store).

Upon entering the Package Store, the tall subject asked her where the wine was and she showed them. As best as she could recall, they bought a half a gallon of red Reunite wine. The reason she remembered this was because she had trouble putting it into the sack. They left the store and went to their pickup which was described as an older model pickup, possibly with a step side, short bed, light color spots on the driver's side door and bed. Also having a darker color, possibly reddish-brown primer on it. She said that most of the pickup, as best she could recall, was primered and possibly had wide back tires and possible had light exhaust.

She said that the subjects left the store headed toward the west toward town, possibly the vehicle being driven by the tall subject. She also said that she thought both the tail-lights were working and it possibly had Oklahoma license plates

OSBI 0059

CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE THREE


on it.  WISE said that she thought the subjects looked familiar
to her but she couldn't be sure, she thought possibly they had
been in the store the week before.  She said that when they
came in the store the first time, the week before, she said
that she thought they had come in to play pool after it had
gotten dark outside and that they were possibly driving the
same pickup.  They again bought a six pack of tall boy Budweiser
beer and at that time she said she checked the tall subject's
driver's license and she feels that he was possibly twenty-four
years old or close to it.  She said that the reason she recalls
this is because it was similar to her birthday.  She said that
she believes the driver's license possibly had a Stonewall,
Oklahoma, address on it, but she couldn't be sure.


AGENT'S NOTE

          It should be noted that J.P.'S Convenient Store is
located approximately two blocks east of the McAnally's
Convenient Store and that WISE was the individual who gave the
information for the composite drawings regarding this case.
It should further be noted that after Agent PRATT made the
composite drawings of the subjects in this case that they were
shown to three additional witnesses who were at the McAnally
Store and they said that the number two subject in the com-
posite or the blonde headed one looked similar to the individual
they saw at the McAnally Store.


          _____


          On April 30, 1984, Agent _____ interviewed GENE
WHELCHEL, White Male, Date of Birth: _____ Social
Security Number: _____ Home Address _____
_____ employed by the Chief ____ State Highway
Department, Business Telephone Number: _____ Home
Telephone Number: _____

          On April 28, 1984, WHELCHEL advised that he was
alone in his pickup and his two nephews, DAVID and LENNY
TIMMONS, were following him in their car.  WHELCHEL stated
that they pulled into McAnally's Convenient Store on West

OSBI 0060

CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM - DONNA DENICE HARAWAY
PAGE FOUR

Arlington Boulevard and parked on the west end of the convenient
store and his nephews pulled in beside him.  WHELCHEL advised
that he stayed in his pickup and his nephew DAVID stayed in the
car, while his other nephew LENNY went inside McAnally's to get
some change.  WHELCHEL had company at his house and they were
expecting him back pretty soon and as he looked at his watch he
noticed that it was 2045 hours.

          WHELCHEL said that he waited for his nephew for ap-
proximately five minutes and noticed him come to the front door
and open and close it a couple of times apparently to activate
the door buzzer because he could not find a store clerk.  It
was at that time that he was summoned by his nephew to come in-
to the store because the store clerk was missing and the cash
register was left open.  WHELCHEL said it was at that time that
they notified the police.

          WHELCHEL said while sitting in this pickup waiting for
his nephew to come back outside, he observed a light colored,
full size pickup, possibly early 70 model, and he was pretty
sure that it was not a narrow bed type pickup setting in the
driveway of the convenient store between the gas pumps and the
front door of the store, facing east.  WHELCHEL said when they
first pulled in the convenience store he observed two people
come out of the convenience store and get into the pickup and
the pickup drive off.  He described the one subject as being a
white male, approximately 5'8" tall, 150 pounds, blonde hair,
possibly ear length, being ██████████████████ of age,
appearing to be dressed neatly and possibly wearing tan or
white jeans.  WHELCHEL said that the white male subject was
accompanied by a white female, close to the same height as the
subject and possibly fitting the same physical appearance as
the missing store clerk DONNA HARAWAY.

          WHELCHEL said that he was vaguely familiar with the
HARAWAY girl because he had stopped in at the convenient store
on a couple of occasions when she was working her shift.

          WHELCHEL could offer no further information concern-
ing the description of the vehicle or either one of the subjects
that came out of the store at this time.

OSBI  0061

CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE FIVE


On May 1, 1984, Agent ROGERS interviewed DAVID ALAN
TIMMONS, White Male, Date of Birth: ▮▮▮▮▮▮ Home
Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Home Telephone
Number: ▮▮▮▮▮▮▮▮ TIMMONS is a Junior at Moore High
School.

TIMMONS advised that on May 28, 1984, he was riding
in a car with his brother LENNY, following his uncle GEORGE
WhELCHEL and they stopped at McAnally's Convenient Store on
Arlington, between 2030 and 2045 hours. After pulling into
the convenient store, they parked on the west edge next to the
telephone on the outside. TIMMONS said that he stayed in the
car and his uncle stayed in his pickup, while his brother went
inside the store to get some change. While sitting there
TIMMONS observed the back end of a possibly 1972 Chevrolet
pickup, possibly being a dull dark blue, with gray primer spots
and he thought that it was a conventional straight side type
pickup. He said the pickup was parked between the gas pumps
and the front door of the store facing east.

As he was sitting there, he observed a white male,
short stocky build, dishwater blonde hair, with the hair being
cut a little shorter than ear lobe length, coming out of the
store and he was being accompanied by a white female, which he
said looked similar to the photograph of the store clerk which
he was shown. As best as TIMMONS could remember, the white
male possibly had his arm around the female's waist and she was
between him and the white male subject that she was walking out
with.

TIMMONS said that they immediately got into the
passenger side of the pickup and the pickup pulled away from
the store and headed east on the four lane. TIMMONS said that
the female didn't appear to be afraid or apprehensive about
getting into the pickup and that he didn't notice anything
unusual during the short time that he observed them. TIMMONS
said that the female individual got into the pickup first with
the subject who was accompanying her get in behind. TIMMONS
said that he did not observe a second individual who was driv-
ing the pickup.

TIMMONS said he could not recall anything unusual
about the pickup, as far as loud exhaust, bumper stickers or
window stickers, concerning the pickup. He said that he
doesn't think that he would be able to recognize the white male
individual that came out of the store if he ever saw him again.

OSBI  0062

CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE SIX

On May 1, 1984, Agent ROGERS interviewed LENNY LEWIS
TIMMONS, White Male, Date of Birth: ███████████████, Social
Security Number: ███████████, Home Address: ███████████████████
████████ TIMMONS is employed as Radiologist at
Presbyterian Hospital in Oklahoma City, Business Telephone
Number: ███████████  Home Telephone: ███████████

He said advised that on May 28, 1984, he and his
younger brother were visiting his uncle, GEORGE WHELCHEL, in
Ada, Oklahoma, and while enroute to their uncle's house, he
and his brother, DAVID riding in LENNY'S car, were being fol-
lowed by their uncle, GEORGE WHELCHEL, who was driving his
pickup. They needed to stop at the convenience store, known
as McAnally's, to get some change. And when they pulled in
the convenience store they parked on the west end of it.
LENNY TIMMONS got out of the vehicle and his brother stayed
stayed inside, and his uncle, GEORGE WHELCHEL, stayed in the
pickup truck, which he was driving.

As TIMMONS was going from his vehicle to the store,
he observed a white male, approximately 5'9" tall, medium
build, with blonde hair cut to about the middle of the ear,
exit the front door of the store, accompanied by a white fe-
male, who was approximately the same height, with blonde
curly hair coming down to just about her shoulders, get into
an older, late 60's or early 70's model pickup, which had been
parked between the gas pumps and the front door of the store
and leave. TIMMONS said that the two individuals got in on
the passenger side and he did not notice the driver of the ve-
hicle.

TIMMONS said he went in the store and noticed that
there was no one behind the counter. And so at this time he
looked around the store for the attendant, but could find no
one. He said he he was returning to the front portion of the
store, he observed the cash register drawer being opened and
all the money, except for the one's and the change missing.
It was at this time that TIMMONS summoned his uncle and brother
into the store and called authorities.

Also during the questioning concerning the subject
and his description, TIMMONS said that he was possibly wearing
a light colored tee-shirt and faded blue jeans.

TIMMONS could offer no further information regarding
the individuals that he saw coming from the store or the ve-
hicle that they left in.

OSBI  0063

CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE SEVEN


AGENT'S NOTE

On May 17, 1984, TIMMONS was hypnotized by Agent JACKIE
ROBERTS, but no data was retrieved from TIMMONS while under
hypnosis concerning this case.

It should also be noted that TIMMONS was shown the
composite drawings done by Agent HARVEY PRATT using information
he received from KAREN WISE, the store clerk at J.P.'S Convenience
Store and TIMMONS said the number two subject or the blonde headed
subject looks si___ ___ the individual he saw coming out of
McAnall_ on April 28 1984.

It should further be noted that it is doubtful that
TIMMONS would be able to pick the individual he saw out of a photo
line-up or a live line-up should the occasion arise again.



April 30, 1984, Agent ROGERS interviewed STEVE HARAWAY,
White Male, Date of Birth: ▉▉▉▉▉▉▉ Home Address: ▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉ Home Phone Number:
▉▉▉▉▉ Student at East Central University in Ada, Okla-
homa, Employed: We-Pak-Um Store, Ada, Oklahoma, Telephone Number:
▉▉▉▉▉▉ and he provided the following information:

HARAWAY is the husband of DONNA DENICE HARAWAY and he
stated that they had been married for ___ months. HARAWAY
stated that his wife DONNA was raised around the Purcell, Okla-
homa, area and she has been in Ada, Oklahoma, while going to
school at East Central University. ___ that her maiden name
was LYON.

HARAWAY said that on April 28, 198_ he was working at
the We-Pak-Um Store until 1900 hours and after he got off work,
he went home. He said that at approximately 1930 hours, he re-
ceived a phone call from DONNA while she was working at McAnall's
Store. HARAWAY said that she wanted him to look up a word in the
dictionary for her and indicated that she was studying for her
teacher's examination. He said their conversation last approxi-
mately five or ten minutes and at that time everything appeared
to be all right.

HARAWAY said that the next phone call he received was
sometime after 2100 hours, when he was informed by the Police

OSBI   0064

CR #'4-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM - DONNA DENICE HARAWAY
PAGE EIGHT


Department that his wife was missing. He said that he knew of
no one that DONNA was having problems with at the store, other
than she had received two to three obscene phone calls at the
store, the 'ast one being approximately two or three weeks
prior to .: "disappearance.

        HARAWAY said that the only person his wife ever men-
ti.ned abo  't' g strange, that came into the s..re, was an
..v'          . supposedly a Vietnam Veteran, who drove a
Chevi.. .    ette and apparent. from what he could determine
was goir.  t. the Okmulgee Vocational Technical School and would
sometimes drive through Ada going to Sulphur, Oklahoma. But
from what he could learn, the subject was never aggressive or
ever caused any problems in the r ore other than carrying on
some strange conversations.

        He said that MONROE ATKINSON, who was the Manager of
McAnally's, knew about this individual.

        HARAWAY said that he could provide no information at
this time concerning his wife's disappearance, but if he came
up with anything at a later date he would contact investigators
concerning that.

        .e said that he would be willing to take a polygraph
if the need arises concerning his wife's disappearance.


AGENT'S NOTE

        On June 6, 1984, Agent ROGERS received  call from
Seminole County Sheriff CHARLES SISCO concerning  VE HARAWAY.
SISCO learned, through a Confidential Source, tha  EVE HARAWAY
had sold DONNA DENICE HARAWAY'S step-father a $  dollar
l.  Insurance policy on DONNA DENICE HARAWAY a  CO felt
that this sh'  d be looked into.

        On June 6, 1984, Agent ROGERS contacted STEVE HARAWAY
concerning this matter and he stated that approximately a yea.
to a ,ear .nd a half ago, he had quit school and started selling
insurance for New York Life Insurance Company. He said that he
sold BOB VIRGIN (DENICE HARAWAY'S step-father) two term life
insurance policies on DONNA HARAWAY and JANET LYONS, with the
policies being worth $50,000 dollars. HARAWAY said as best he
could remember that it was a straight benefit life insurance
policy, as best he could recall, with no double indemnity or

OSBI  0065

CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE NINE


accidental clause attached.

        The company that HARAWAY was working for was out of
Oklahoma City.  HARAWAY said that his wife's step-father,
BOB VIRGIN was made the beneficiary of the policies and he
felt that at that time the only reason that VIRGIN bought the
policies was to help him out in the insurance business.
HARAWAY said that at the time he sold the policies, that he
and DONNA were engaged.

        _____

        On May 7th, 1984, Agent ROGERS interviewed SHELIA
DAWN TURNER, White Female, Date of Birth: ███████████
███████████████            Home Telephone Number:
            She was employed at Wanda's Mexican Restaurant,
Business Telephone: ████████     She provided the following
information:

        TURNER stated that ███ was at the McAnally's store on
Arlington on April 28, 1984, at approximately 1730 or 1800
hours, and talked with DONNA HARAWAY.  TURNER said that she
bought one large bottle of coka and a large cup of ice, and also
got a coke to go.  TURNER and HARAWAY talked about a large heavy
set man standing at the magazine rack reading.  HARAWAY told
TURNER that he had been standing there for about forty-five
minutes.  TURNER said that HARAWAY seemed to feel uneasy about
the individual that was standing at the magazine rack, but did
not offer any specific reasons, other than him just being in
the store for a lengthy period of time.

        TURNER described the individual as being a white male,
in his late thirties or early forties, except normally heavy set,
light brown or blonde hair thinning on top, cut short, wearing
a light colored tee-shirt, blue jeens and rough cowboy boots.
TURNER did not see the subject's face, because he kept his back
to her all the time she was in the store.  TURNER said that as
best she could recall, HARAWAY was wearing a gray sweatshirt
type shirt, a colored bandana tied around her neck and possibly
blue jeans.  TURNER did not see any vehicles in the parking lot
other than hers while she was there.

        _____

OSBI  0066



CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - UNKNOWN SUBJECT(S)
VICTIM  - DONNA DENICE HARAWAY
PAGE TEN

On May 1, 1984, GERALD DONALD LYNCH, White Male,
Date of Birth: ████████████  Home Address: ████████████
████████████  Home Telephone Number: ████████████
████████████  Employed: Oklahoma Tax Commission, Business Tele-
phone: (█ ████████████  was interviewed by Agent ROGERS and
he provided the following information:

April 29, 1984, at around 1830 hours, LYNCH
at ████████ were leaving their residence for church, when
the ████ od a late 60's or early 70's model, Chevrolet
pickup with gray primer on it, which contained two white
male subjects. LYNCH described the passenger in the vehicle
as rough looking, sandy blonde haired, white male, in his
late twenties, with shoulder length hair. LYNCH said that
he didn't get a good look at the driver, but he felt that he
possibly had darker hair than the passenger.

LYNCH said the vehicle was setting in front of his
residence and that it backed up and set between his residence
and the duplex that sets next to his house. LYNCH said that
the people in the pickup were acting rather suspicious. So
as he left for church he circled the block and wrote down the
tag number, which was Oklahoma license ████████  When LYNCH
and his wife returned from church that evening, at approxi-
mately 2010 hours, the pickup was gone. LYNCH said that he
had never seen the vehicle in the area before that he could
recall. He further stated that the pickup had several card-
board boxes in the back of it and also had a piece of
machinary with a handle on it next to the cardboard boxes.
And this is all the information that LYNCH could offer at that
time.

AGENT'S NOTE

Oklahoma License Tag ████████  was ran for 1982, 1983
and 1984 Oklahoma and the tag came back not in file.

OSBI 0067

# OKLAHOMA STATE BUREAU OF INVESTIGATION

## INVESTIGATIVE REPORT

PAGE ____ OF ____

| Case: CR#84-094 | Reporting Date: MAY 14, 1984 | Reporting Agent(s): ALAN SALMON | Reviewed By: |
| --- | --- | --- | --- |
| Offense: MISSING PERSON/ARMED ROBBERY | Case Agent: G. ROGERS | Office: MRO | Typed By: DKB  5/17/84 |
| Subject: UNKNOWN (V) DONNA DENICE HARAWAY | Activity: AGENT'S ACTIVITY | | |

On May 2, 1984, SHEILA VILLA ████ Lexington, Oklahoma, telephone number: ████ contacted Special Agent SALMON regarding a suspicious old primer colored pickup that had been at her business. The Energy Store, also located at 131 W. Beech. Around 1430 hours on May 2, 1984, two white males that appeared to be deaf and mute came into her business to rent one of the storage units behind her store. They did not rent a unit, but left in a multicolored, mainly primer, old GMC pickup. VILLA wrote down the Tag, ████ 84 Oklahoma. Special Agent SALMON found the vehicle parked at the residence on the Southeast corner of West Beech and Fifth Street in Lexington. Captain LARRY DOVER, ████ Police Dept. recognized one of the occupants as a deaf/mute ████ named JAMES QUINEY. A check of the tag showed a 196_ ██ JIM LAVERDALE, General Delivery, Stringtown, Oklahoma. The other white male approximated six foot three inches in height. ████ had a ████ mustache.

On May 4, 1984, MIKE RUCKMAN, ████, ████ telephone number: ████ contacted Special Agent SALMON by telephone regarding the missing clerk. RUCKMAN, a truck driver for Fred Jones Manufacturing, Oklahoma City, Oklahoma, telephone number: ████ was in Longview, Texas, between Midland and Midland at 0100 hours on May 4, 1984, at the Waffle House, I-20 at the 259 junction. RUCKMAN saw a white male resembling the composite marked Number One in the restaurant. RUCKMAN noticed the individual was alone, but doesn't recall a vehicle driven by the person or what he was wearing. RUCKMAN could provide no further information.

On May 11, 1984, PAT VIRGIN, mother of victim, telephone number: ████ contacted Special Agent SALMON. VIRGIN related her daughter, DONNA DENICE HARAWAY, ████ ████ dated WESLEY "BI" WIESENGER, white male, approximately ██ ██ of age, from Conroe, Texas, at East Central State University, ██ Oklahoma. HARAWAY and WIESENGER became engaged and moved in together in Lawrence, Texas, in January of 1980 or 1981. WIESENGER and HARAWAY lived together until May of that same year. One day in May, VIRGIN received a telephone call from HARAWAY. HARAWAY was hysterical when she called and moved home the next day. On three occasions, WIESENGER contacted HARAWAY after that

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0068

CR#84-094
AGENT'S ACTIVITY
PAGE 2

time. HARAWAY refused to tell VIRGIN what happened and only would say
that WIESENGER had become involved in drugs. VIRGIN characterized
WIESENGER as extremely jealous. VIRGIN is aware that WIESENGER has
friends in the Ada area. VIRGIN described WIESENGER as 5'10", stocky
build, and was last known to be working off shore in Texas.

OSBI 0069



OSBI 0070

A0702



OSBI 0071



OSBI 0072





OSBI  0074



OSBI  0075



OSBI  0076



OSBI 0077



OSBI  0078



OSBI 0079



OSBI 0080

A0712



OSBI 0081



OSBI   0082



State of Oklahoma — VEHICLE CERTIFICATE OF TITLE

OSBI  0083



OSBI  0085

A0717



NLET      235V 14:23
FORC      0092 14:23 05/15/84
POSSIBLE DUPLICATE

RR.CALICO000
12:22 05/15/84 03745
12:22 05/15/84 01671 OKQ440200
TXT

DATE: 05/15/84 TIME: 12:25
EXP :07/31/83 ████████ YMMD:77 MAKE:CHEV BTM :PU
VIN :CCL24751576G
R/O :HARTLEY DONALD W., OR SHIRLEY L, 1069 FIRST AVE CITY:NAPA
C.C.:23 ZIP#:94558
HOID:10/25/82 LOCD:3 SUBP:2E37672

NOTICE OF TRANSFER RECEIVED
RECEIPT DATE:11/04/82 TRANSFER DATE:10/25/82
BUYER:DOWNTOWN FORD 2000, 525 16TH ST
CITY:SACRAMENTO   SELLER:NOT THE SAME AS ON FILE

002 TOTAL RECORDS

MORE

DATE: 05/15/84 TIME: 12:25
EXP :07/31/84 LIC#: ████████ YMMD:77 MAKE:CHEV BTM :PU
VIN: ████████████
R/O :AID CAL EL CO, ████████████████████ C.C.:34
ZIP#:95331
HOID:02/15/84 OCID:02/15/84 LOCD:3

01/24/83 ████████████

END

OSBI 0086

OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT

PAGE ___ OF ___

| Case<br>CR #84-094 | Reporting Date<br>May 21, 1984 | Reporting Agent(s)<br>ALAN SALMON | | | | Reviewed By |
|---|---|---|---|---|---|---|
| Offense<br>ROBBERY/MISSING PERSON | | Case Agent<br>G. ROGERS | Office<br>MRO | Typed By<br>bsh | Date<br>5/31/84 | |
| Subject<br>(S) UNKNOWN<br>(V) DONNA DENISE HARAWAY | | Activity<br>INTERVIEWS RE:  T 601-835 | | | | |

On May 15, 1984, Special Agent SALMON interviewed P. D. CLIFTON ___ S. 2nd, Purcell, Oklahoma, at his office, Clifton ___ gency, 111 W. Main, Purcell, Oklahoma, regarding a 1977 ___ ac pickup, VIN ████████ that CLIFTON registered in ___ S_. CLIFTON related he purchased the vehicle from CLAUDE POWERS, Lexington, Oklahoma, on May 12, 1982. When CLIFTON bought the vehicle, it had a wench on it, but CLIFTON removed it before it was sold. CLIFTON drove the pickup to Oklahoma City and "blew up" the motor. Afterwards, he replaced the motor and DICK TUCKER, CLIFTON's former salesman, sold the vehicle for seventeen hundred and fifty dollars ($1,750.00), possibly to a man from Texas. CLIFTON'S records show only the vehicle was sold for ___ sh. CLIFTON described the vehicle as in very good condition when ___ sold it. CLIFTON remembered the vehicle was white and maroon.

On May 15, 1984, Special Agent SALMON interviewed CLYDE "DICK" TUCKER, 231 Gross Ventre, Purcell, Oklahoma, at his residence. At first, TUCKER stated he had never sold any vehicles for CLIFTON. When confronted with CLIFTON'S information, TUCKER recalled selling the vehicle and admitted being a salesman for CLIFTON. TUCKER could not recall who he sold the truck to but might ___ ber after discussing it with CLIFTON. TUCKER recalled ___ the truck without a motor and described the truck as in ___ rough" condition.

On May 21, 1984, Special Agent SALMON contacted JOHN STRIKE, Oklahoma Tax Commission. STRIKE will ___ title history on VIN ████████ Special Agent SALMON also requested NCIC Clerk DOUG FELTOR to send a teletype requesting a title history in the state of California. No replies have been received at this time. Also attached to this report is a copy of the most rec. ___ registration check on that vehicle.

NOTE: The information from the Oklahoma Tax Commission was received on May 25, 1984 and will be attached to this report.

Leads:

FOR INTERNAL USE ONLY<br>NOT FOR DISSEMINATION

OSBI  0087

OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT

PAGE ____ OF ____

| Case CR#84-094 | Reporting Date JUNE 6, 1984 | Reporting Agent(s) PERRY UNRUH | | Reviewed By |
| Offense MISSING PERSON | | Case Agent ROGERS | Office ADA R/O | Typed By DKB | Date 6/17/84 |
| Subject DONNA D. HARAWAY | | Activity INTERVIEW WITH JOHN MARION BRUCE, JR. | | |

On June 6, 1984, JOHN MARION BRUCE, Jr., white male, DOB ▮▮▮▮▮ SSN: ▮▮▮▮▮▮▮▮ Home Address: ▮▮▮▮▮▮▮▮▮ telephone number: ▮▮▮▮▮ approximately 5'8" to 5'9" tall, 148 lbs., blonde hair, blue eyes, was interviewed and gave the following information in regards to this investigation:

BRUCE reported to Agent PERRY UNRUH that he did own a Chevrolet van which was parked in the front of the driveway at his residence. He reported the van was primered to its present color approximately four weeks ago. He reported this van was primered a dark grey color and the van used to be white. He advised his father-in-law assisted him in priming the vehicle.

BRUCE advised he worked for the ▮▮▮ett Brothers Trucking Company in Oklahoma City located at 189th and South Meridian, and his supervisor's name is LARRY HARRIS. He reported that he has not been in Ada, Oklahoma, for the past six years. He advised his wife name is CINDY and she is from the Seminole area. He reported he has been at Tecumseh on numerous times, however he has not gone into the Seminole area itself.

He reported his brother-in-law whose name is JERRY WILSON, approximately 5'10" tall, 150 lbs., currently unemployed, lives in the Shawnee area and he has visited him, but he does not recall ever going into the Shawnee limits or to any small mini-market and confronting a female with a weapon.

BRUCE advised he took a vacation about the 2nd week of April and in no way was in the Ada vicinity on April 28, 1984. After continued questioning, BRUCE stated he could have been in Shawnee on November 30, 1983, but he didn't think so. BRUCE reported he would be willing to submit to a polygraph examination in regards to the alleged abduction of the store clerk in Seminole, as well as the missing store clerk in the City of Ada.

AGENT'S NOTE:

As this interview was coming to a conclusion, a white male,

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0088

CR#84-094
JOHN MARION BRUCE, JR.
PAGE 2

approximately 5'7" tall, 165 lbs., blonde hair, blue eyes, entered the residence and introduced himself as BRETT BRUCE, brother of subject JOHN MARION BRUCE. It was noted by this agent that this individual closely matched the description of the one given by the female store clerk who was abducted in Shawnee on November 30, 1983.

OSBI 0089



WANTED FOR QUESTIONING CONCERNING THE ABDUCTION AND ROBBERY OF DONNA DENISE HARAWAY, FROM MCANALLY'S CONVENIENCE STORE IN ADA, OKLAHOMA ON APRIL 28, 1984.

I

II

SUSPECT No. 1   White male, ear        
6'-6'2", slender build, sandy brown hair  
shoulder length, slightly wavey,  
blue or green eyes, fair complexion,  
noticeable armhair, wearing a light blue  
tee shirt, and blue jeans.

SUSPECT NO. 2   White male, ear        6'8 .,  
m athletic build, light blonde hair, collar  
straight, air complexion, light acne  
astic, wearing white  ersey type tee shirt,  
ed blue jens

VEHICLE    POSSIBLY LATE 60's OR EARLY 70's CHEVY PICKUP, COLOR CONDITION   COLOR,  
GRAY PRIMER SPOT .

ANY INFORMATION REGARDING THE SUBJECTS MAY BE DIRECTED TO THE

OKLAHOMA STATE BUREAU O   INVESTIGATION  
P. O. BOX 11497, OKLAHOMA CITY, OKLAHOMA  73136  
TELEPHONE    405/623 6724 or 405/42

OSBI   0090

ROCIC
SUBMISSION CARD

PICTURE xx
SUPPLIMENTS ____

AGENCY ___183___
OFFICER _KIMBALL___
DATE __JUNE 11, 1984___
CASE # _CR-84-094_

ID # ___912___
PAGE ____1____

| | last | first | middle | Jr/Sr/II/III |
|---|---|---|---|---|
| NAME: | HARAWAY | DONNA | DENISE | |

*(Asian/Or al, Black, Indian-Am, Mexican, White, Other) (State)
RACE*: ___ SEX: female DOB: _____ POB: ___ AGT ___
HEIGHT: ___ WEIGHT: ___ HAIR: andu/Brown EYES: brown
___: ___ FBI#: ___ OL#: u03082392 STATE: OK
___: __th CITY: Ada STATE: OK
PHONE.
VEHICLE M.E.: ___ MODEL: ___ TOP COLOR: ___ BOTTOM: ___
STYLE: ___ YEAR: ___ LICENSE: ___ STATE: ___ DAMAGE: ___
IS SUBJECT THE REGISTERED OWNER? ___ Y/N

LINKS

name                          type*    *choose alias,
1. _____      associate, company,
2. _____      m, family(only
3. _____      f involved in the
                                        bject's criminal
SCARS/MARKS/TATTOOS/DEF MITIES          ivity).
1. _____
2. _____

OTHER ID#/ALIAS DOB & SS#
1. _____

INFORMATION
(Briefly summarize why this person has been the subject of a criminal
investigation within the last two years. Include the subject's area of
operation and specify how the links are connected to this person. Use
the back if necessary and attach any pertinent material).

Haraway was working at a convenience store in Ada, Oklahoma. On
April 28, 1984, during the commission of a robbery, Haraway was
taken by suspects at approximately 2640 hours.

Attached is a bulletin which includes composite drawings of
the suspects.

If this bulletin is included in the ROCIC Bulletin, please notify
this agency, and original photographs will be provided if necessary.

TEXT CODE _____

SOURCE: 1. completely reliable  INFO: 1. confirmed    DISSEMINATION: 1.restricted
        2. usually reliable            2. possibly true               2.members
        3. unknown                     3. unknown                     3.need to

OSBI 0091

A0723

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE _____ OF _____

| Case: CR84 094 | Reporting Date: June 15, 1984 | Reporting Agent(s): J. ROBERTS | | Reviewed By |
|---|---|---|---|---|
| Offense: KIDNAPPING | | Case Agent: G. ROGERS | Office: MRO | Typed By: hk   Date: 6-15, 1984 |
| Subject: VICTIM: DONNA HARAWAY SUBJECTS: UNKNOWN | | Activity: CASE ENTRY TO ROCIC | | |

On June 11, 1984 OSBI Analyst LYDIA KIMBALL submitted a copy of bulletins and case background to ROCIC for entry into their system and bulletin.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0092

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE _____ OF_____

| Case | Reporting Date: | | Reporting Agent(s) | | | | Reviewed By |
|------|------|------|------|------|------|------|------|
| CR#84-094 | July 2, 1984 | | JOHN GREGG | | | | |
| Offense | | Case Agent | | Office | | Typed By | Date |
| ROBBERY/KIDNAPPING | | ROGERS | | MRO | | mdm | 7-2-84 |
| Subject | | Activity | | | | | |
| DONNA DENISE HARAWAY (V) | | CASE LEAD | | | | | |

On June 2, 1984 LINDA MARILYN GROTKER Oklahoma State Bureau of Investigation Laboratory Secretary, Lawton, Oklahoma, provided the following information:

On approximately the 19th day of May, 1984 at approximately 1700 hours, GROTKER was traveling West on Lee Boulevard, Lawton, Oklahoma with her mother, ARLNE GROTKER, and her sister, JENNIFER GROTKER. While traveling West on Lee Boulevard, an older model Chevrolet pickup began traveling next to the GROTKER'S vehicle for approximately three miles until the GROTKER'S turned North on 82nd Street. The Chevrolet pickup continued West on Lee Boulevard. GROTKER described the vehicle as an older model Chevrolet pickup truck, green-yellow color, dirty, dented, no license tag on the vehicle, faded red cowboy scene in rear window.

There were two occupants in the truck. The driver appeared to be taller than the passenger, with shoulder blond hair parted in the middle, no beard or moustache, and later put on a straw cowboy hat, resembled composite drawing number One.

GROTKER provided the following description of the passenger: shorter than the driver, stocky, brown-blond hair just over the ears, no beard or moustache. The passenger resembled composite suspect number Two.

GROTKER had seen the composite drawings posted at the laboratory facility and felt that the occupants of the truck resembled the composites. The information was not received from GROTKER until approximately two weeks after she had seen the individual.

Leads

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0093

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE _____ OF _____

| Case: CP#84-094 | Reporting Date: June 2, 1984 | Reporting Agent(s): JOHN GREGG | | Reviewed By: |
|---|---|---|---|---|
| Offense: ROBBERY/KIDNAPPING | | Case Agent: ROGERS | Office: MRO | Typed By: mdm | Date: 7-2-84 |
| Subject: DONNA DENISE HARAWAY (V) | | Activity: LEAD FOLLOWUP | | |

On June 5, 1984, Detective RON SMITH, Lawton Police
Department, was recontacted by Agent GREGG.  SMITH advised
that he had consulted his sources in the area near the Lawton
bus terminal and had shown the composite drawings to individuals
in that area.  None of SMITH's sources were familiar with the
subjects or the vehicle.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

**OSBI  0094**

**A0726**

OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT

PAGE 1 OF 2

| Case | Reporting Date | Reporting Agent(s) | | | Reviewed By |
|---|---|---|---|---|---|
| CR#84-094 | JULY 3, 1984 | COLEMAN TOWNSEND | | | |
| Offense | | Case Agent | Office | Typed By | Date |
| ROBBERY/KIDNAPPING | | ROGERS | MRO | pb | 7/09/84 |

| Subject | | Activity |
|---|---|---|
| (S) UNKNOWN | | INTERVIEW OF ELMER MARTIN SORRELL |
| (V) DONNA DENISE LARAWAY | | AND ALBERT ROY SORRELL |

MARTIN SORRELL, white male, DOB: ███████
32█ ██ ███ ██, Durant, Oklahoma, Telephone: ████████
provid█ █ ███ following information:

SORRELL had been living in Durant, Oklaho█ for
approximately thirty da█s; although █ a mothe█, father,
and brother have been living █here for approximately two
months.  The family moved to the Durant a█ █ from Clare █ █,
Oklahoma.

SORRELL was returning from a job in█ █ █ █hen
he was arrested by the Oklahoma Highway Patrol.  █he █ickup
truck SORRELL was driving was a 1968 G.M.C., gra█ █ red
primer, and belonged to h█ f█ther, ROBERT ROE SO█ white
male, DOB: ████████ SSN: ████████ The picku█ █uck was
purchas██ from JOHN H. TAULK █n Cla█ █more, Oklahom█.  BY
BOBBY J█ █ had to travel to Dearing, Kansas to pic█ █
title.

SORRELL had no knowledge of the LARAWAY kidna█ping
and had not been in Ada, Oklahoma in two months.  SORRELL
has a sister that lives in Shawnee, Oklahoma, and they some-
times travel State Highway 48 when they go to visit her.

SORRELL was charged with Second Degree Burglary
approximately one year ago in Shawnee, Oklahoma.

SORRELL is not sure, but thinks on April 28, 1984,
he was fish█ng at Lake Murr█ near Ardmore, Oklahoma.  SORRELL
had been █ing the last four weekend█ either at Lake Murrey,
Lak█ █ █oma, █ █ Blue River.

Leads

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0095

CR#84-094
INTERVIEW OF ELMER MARTIN SORRELL
   and ALBERT ROY SORRELL

ALBERT ROY SORRELL, white male, DOB: ████

The information provided by ALBERT ROY SORRELL
was essentially the same as that provided by his brother,
ELMER MARTIN SORRELL, with the exception that ALBERT was
convicted of Second Degree Burglary in Tulsa, Oklahoma,
and received a two year deferred sentence.

Agents Note:  Photographs and fingerprints of both SORRELL
             brothers were hand carried to case Agent
GARY ROGERS by Agent COLEMAN TOWNSEND.

ELMER MARTIN SORRELL and ALBERT ROY SORRELL were
interviewed on May 11, 1984, in the Bryan County Jail.

OSBI 0096

OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case: CR#84-094 | Reporting Date: JULY 3, 1984 | Reporting Agent(s): COLEMAN TOWNSEND | | | Reviewed By: |
| Offense: ROBBERY/KIDNAPPING | | Case Agent: ROGERS | Office: ERO | Typed By: pb | Date: 7/09/84 |
| Subject: (S) UNKNOWN (V) DONNA DENISE HARAWAY | | Activity: INTERVIEW OF DELORES JOAN SORRELL | | | |

DELORES JOAN SORRELL, white female, DOB █████████ West Olive, Durant, Oklahoma, provided the following information:

DELORES and her husband, BOBBY JOE SORRELL moved to Durant, Oklahoma from Claremore, Oklahoma approximately two months ago. DELORES and BOBBY JOE SORRELL are the parents of ELMER MARTIN SORRELL and ALBERT ROY SORRELL. Both boys still live at home.

Since ELMER and ALBERT got into trouble, DELORES and BOBBY JOE have watched them closely. They require the boys to be home before 2300 hours and most of the time when the boys are out of the house, either DELORES or BOBBY JOE will be with them.

BOBBY JOE has taken the boys fishing the last four weekends and there is no doubt the boys were with them on April 28, 1984.

DELORES JOAN SORRELL was interviewed on May 12, 1984, at the SORRELL residence.

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0097

A0729

Iacchio, Bill

CITY OF NORMAN                    99280
                          Case: 99279
vs.                             99275

Continue_____

_ the Request of_____

Attorney_____

Related Case_____

Penalty___ R. J. Boyd, Con st

Remarks___ 5115 ⊕ Cidar Ln,

███████████

_____

_____

_____

Phil Polytrap

Probation Officer

███████████

OSBI  0098



OSBI  0099

A0731

Traffic Citation and Information     COURT COPY

IN THE MUNICIPAL CRIMINAL COURT OF NORM___ OKLAHOMA

State of Oklahoma
County of Cleveland } ss.
City of Norman

**99280**

The undersigned, being duly sworn, upon his oath states

ON THE 29 DAY OF MAY 19 84 AT APPROX 1120 A.M.

NAME JACCHIO, BILL FRANK

STREET

CITY NORMAN STATE OK

RACE C SEX M AGE 55 WT 129

EYES BL HAIR BR OCCUPATION FRAME CARP

OR LIC NO D.L.

Did unlawfully operate a motor vehicle

BEARING 10 84 STATE OK LICENSE

MAKE CHEV YR 53 STYLE P-U COLOR GRAY

UPON A PUBLIC STREET OR HIGHWAY IN THE AFORESAID CITY AND COUNTY, NAMELY, AT

AND THERE COMMITTED THE OFFENSE OF

IN VIOLATION OF SECTION 20-508

OF THE TRAFFIC CODE OF THE CITY OF NORMAN, OKLAHOMA.

D/L BURNETTE #60 NPD

Arresting Officer (Complainant)    Address    Phone

City Attorney

Sworn to and subscribed before me ___ ___ day of ___ 19 ___

(Deputy) Clerk, Municipal Criminal Court

I hereby promise to appear before the clerk of the Traffic Violations Bureau of the MUNICIPAL CRIMINAL COURT OF NORMAN, OKLAHOMA, 201 W. GRAY, BUILDING B, (Corner of Dews & Front), PHONE 321-3334, to answer this traffic complaint within five days of the day of issuance of this citation, Saturdays, Sundays, and Holidays excluded, during the hours of 8:00 A.M.–5:00 P.M., as required by Section 20-511 of the Traffic Code of the City of Norman.

BOND POSTED    ☐ D.L.
    ☐ Bond Card

Signature of Alleged Violator

---

OTHER DRIVER(S) INVOLVED IN ACCIDENT:

Name TRACHIO FRANK   Address   Phone

STEWART NIKKI LEONA

OTHER WITNESSES:

Name STEWART, BARBARA L   Address   Phone

KINN, DEBBIE L

ARREST REPORT OR SUMMARY OF OCCURRENCE

A NB AT 100 BK S UNIVERSITY
STRUCK THE REAR END OF
STOPPED STEWARTS CAR
STEWART ADVISED SHE WAS
STOPPED FOR TRAFFIC LIGHT
IN N.B UNIVERSITY AT
MAIN ST WHEN CAR
STRUCK HER IN THE REAR
END
A ADVISED THE CAR IN
FRONT OF HIM WAS
SPEEDING, WHEN THE
TRAFFIC LIGHT AT UNIVER-
SITY & MAIN TURNED YELLOW
A ADVISED HE COULD NOT
STOP TO AVOID STRIKING
THE REAR END OF CAR.
A WAS ALSO ISSUED
CITATIONS FOR NO D L &
FAILURE TO CARRY SECURITY
VERIFICATION FORM WHILE
OPERATING A M.V.

# C# 279
# 9278

OSBI 0100

90

**A0732**

**Traffic Citation and Information**   COURT COPY

IN THE MUNICIPAL CR. 4INAL COURT OF NOR... , OKLAHOMA

State of Oklahoma
County of Cleveland } ss.
City of Norman

**99279**

The undersigned, being duly sworn, upon his oath states

ON THE 29 DAY OF MAY 19 84 AT APPROX. 1120 A.

NAME TACCHIO, BILL FRANK

STREET ___

CITY Norman   STATE OK

RACE C   SEX M   HGT 5'4   WT 129

EYES BL   HAIR BR   OCCUPATION PARKING CARR

DR LIC NO D.L.

Did unlawfully operate a motor vehicle

BEARING 19 84 STATE OK

MAKE CHEV   YR 53   STYLE P-U

UPON A PUBLIC STREET OR HIGHWAY   AND COUNTY, NAME(S) OF

AND THEN COMMITTED THE OFFENSE OF

FAILURE TO CARRY SECURITY VERIF
AND IN VIOLATION OF SECTION 20-543
OF THE TRAFFIC CODE OF THE CITY OF NORMAN, OKLAHOMA OFEN

D.R. BURNETTE #60 NPD

Arresting Officer (if employees?)   Address   Phone

City Attorney

Sworn to and subscribed before ...

(Deputy) Clerk, Municipal Criminal Court

I hereby promise ... Lefort the clerk of ... Traffic Violations Bureau of the MUNICIPAL CRIMINAL COURT OF NORMAN, OKLAHOMA, 201 W. 0277, BUILDING B, (Corner of Daws & Front), PHONE 321-5354, to answer this traffic complaint within five days of the day of issuance of this citation. Saturdays, Sundays, and Holidays excluded, during the hours of 8:00 A.M.—5:00 P.M., as required by Section 25911 of the Traffic Code of the City of Norman.

BOND POSTED:   ☐ Bond Card

Signature of Alleged Violator

---

OTHER DRIVER(S) INVOLVED IN ACCIDENT:

Name   Address   Phone

STEWART, NAOMI LEONA

OTHER WITNESSES:

Name   Address   Phone

STEWART, BARBARA L

KERR, DEBBIE L   NO PHONE

ARREST REPORT OR SUMMARY OF OCCURRENCE

D WAS INVOLVED IN A
MINOR 2-JOINT ACCIDENT
AT 100 BLK S UNIVERSITY
A DID NOT HAVE SECURIT
VERIFICATION FORM TO
SHOW OFFICER.
A ADVISED HE DID HAVE
INSURANCE.

5

Traffic Citation and Information     COURT COPY

IN THE MUNICIPAL CRIMINAL COURT OF NORMAN, OKLAHOMA

State of Oklahoma
County of Cleveland } ss.
City of Norman

**99278**

The undersigned, being duly sworn, upon his oath states

ON THE **29** DAY OF **MAY** 19 **84** AT APPROX **1120** A.M.

NAME **TACCHIO, BILL FRANK**

STREET _____

CITY **NORMAN** STATE **US**

RACE **C** SEX **M** AGE ████ DOB **5-7 w 69**

EYES **BL** HAIR **BRL** OCCUPATION **FARM & CARP**

DR. LIC **NO D.L.**

Did unlawfully operate a motor vehicle

BEARING 19 **84** STATE **OK** LICENSE ████

MAKE **CHEV** YR **53** STYLE ████ COLOR **GRAY**

UPON a PUBLIC STREET OF HIGHWAY IN THE NORMAN CITY AND COUNTY NAMELY AT ████

AND THEN COMMITTED THE OFFENSE OF

| | | | |
|---|---|---|---|
| SPEEDING ☐ | M/P/H | MPH Zone | Rate from City |
| | | | |

AND IN VIOLATION OF SECTION **NO 65-569** OF THE TRAFFIC CODE OF THE CITY OF NORMAN, OKLAHOMA.

**D.A. BURNETTE #40 NPD**
Arresting Officer (Complainant)    Address    Phone

City Attorney

Sworn to and subscribed before me this _____ day of _____ 19__

(Deputy) Clerk, Municipal Criminal Court

I hereby promise to appear before the clerk of the Traffic Violations Bureau in the MUNICIPAL C.....INAL COURT OF NORMAN, OKLAHOMA, 201 W. GRAY, BUILDING B (Corner of Dows & Front) PHONE 321-3334, to answer this traffic complaint within five days from the date of issuance of this citation, Saturdays, Sundays, and Holidays, excluded, during the hours of 8:00 A.M. - 5:00 P.M. as required by Section 20-211 of the Traffic Code of the City of Norman.

BOND POSTED ☐ D.L.
☐ Bond Card

**Bill Tacchio**
Signature of Alleged Violator

---

OTHER DRIVER(S) INVOLVED IN ACCIDENT:

Name ████ NASH BECK ████ Address ████

OTHER WITNESSES

Name    Address    Phone

**STEWART JARRELL** ████

**KERA DRBIEL** ████ NO PHONE

ARREST REPORT OR SUMMARY OF OCCURRENCE

I WAS INVOLVED IN A
MINOR INJURY ACCIDENT
AT 500 BLK S UNIVERSITY
___ ___ NOT HAVE A
D.L. ___ SHE CREEPER
___ ___ OF BICK HELL
___ ___ NO D.L. SO I
___ ___ NOT KNOW WHERE
IS
___ ___
OFFICER PARKED HANDLE 4
MESS ___ BY EI NAME,
S. B DRUE & SIG LOT ON
___

#4928-
# 99279

---

**OSBI  0102**



OSBI  0103



**KANSAS BUREAU OF INVESTIGATION**

**ABSTRACT OF RECORD**

IDENTIFICATION-INFORMATION SERVICES SECTION
3420 VAN BUREN     TOPEKA, KS. 66611

KBI #

FBI #

The following abstract is furnished FOR OFFICIAL USE ONLY. Information shown on this abstract has been furnished by contributing agencies (K.S.A. 21-2501). To obtain current disposition information, contact the contributing agency directly. Please supply any obtained dispositions to the KBI for completion of the abstract.

| CONTRIBUTOR OF FINGERPRINTS | NAME AND NUMBER | ARRESTED OR RECEIVED | CHARGE | DISPOSITION |
|---|---|---|---|---|
| PD San Diego CA | Marc Steve Tacchio #241004 | 7-9-65 | auto theft | rel |
| PD Los Angeles CA | Bill Frank Tacchio #LA 646 723-T | 8-8-67 | 11530 Health & Safety Code (poss marij) | Insufficient evidence to prosecute |
| PD Los Angeles CA | Bill Frank Tacchio #LA 646 723-T | 4-11-68 | 487.3 PC (Grand theft auto) rel | Dismissed |
| PD Lynwood CA | Howard Mitcaler #28858 | 12-9-68 | 8 6.3 of GTA-sus of GTA 12951 VC-no drivers lic | guilty to 12951 CVC guilty $50 plus PA |
| PD Lynwood CA | Bill Frank Tacchio #28858 | 3-24-68 | 484 PC Petty Theft | Guilty 1 yr Sum Pro 5 days Co Jail |
| PD Los Angeles CA | Bill Frank Tacchio #1920057/ 646723-T SID# ▓▓▓ | 3-25-72 | forg | ▓▓▓▓ |
| SO Los Angeles | Bill Frank Tacchio #1963 21? | 4-30-72 | suspicion of bur | No disp D... 3-24-83 |
| PD Los Angeles CA | Bill Frank Tacchio #2063 773 646 723-T | 7-24-72 | A w/intent to commit rape | PG 20 'as CJ susp on chg of 242 PC dism on chg of 4.5 PC |

* FPC Returned (Historical reference only)     ** No FPC Submitted

OSBI 0104



**KANSAS BUREAU OF INVESTIGATION**
ABSTRACT OF RECORD
IDENTIFICATION INFORMATION SERVICES SECTION
3420 VAN BUREN          TOPEKA, KS 66611

KBI # 319 133

FBI # 659 094E

The following abstract is furnished FOR OFFICIAL USE ONLY. Information shown on this abstract has been furnished by the contributing agencies shown. To obtain source dependent information, contact the contributing agency directly. Please supply a notarized disposition to the KBI for completion of the abstract.

| CONTRIBUTOR OF FINGERPRINT | NAME AND NUMBER | ARREST OR RECEIVED | CHARGE | DISPOSITION |
|---|---|---|---|---|
| PD Los Angeles CA | Bill Frank Tacchio #FLA 659 723-T | 2-12-63 | 6025-IC-10051VC (dr w/o owners consent delin' | without warship home o. Mot' 'or 6 mos on chg of 602 WIC/ 487.3 PC TTA) |
| SO Amarillo TX | Bill F. Tacchio #43341 | 10-1-63 | T C/50 | 10-24-73 3 yrs prob on of Theft |
| PD Amarillo TX | Bill Frank Tacchio #42372 | 10-16-63 | inv auto T | trans to Co 3 yrs Adult Prob 10-16-63 |
| PD Los Angeles CA | Bill Frank Tacchio #LA 619 723-T | 11-5-64 | 459 PC burg auto | 60 X 10 committed |
| SO Los Angeles CA | Bill Frank Tacchio #C-159020 | 11-9-64 | T | LAPD Arrest |
| PL Los Angeles CA | Bill Frank Tacchio #  046 723-T | 2-9-65 | 487.3 PC (GT auto | DA reject |
| PD Glendale CA | Bill Frank Tacchio #G-18594 | 4-27-65 | 459 PC (burg) | Not Guilty |
| SO Los Angeles CA | Frank Tacchio #C-159020/ C-225377 | 4-30-65 | burg | No disp found 3-24-83 |

* FPC Returned (Historical reference only)   ** No FPC Submitted

OSBI  0105



KANSAS BUREAU OF INVESTIGATION
ABSTRACT OF RECORD
IDENTIFICATION INFORMATION SERVICES SECTION
3420 VAN BUREN          TOPEKA, KS 66611

KBI # 319133
FBI # 659 094 E

The following abstract is furnished FOR OFFICIAL USE ONLY. Information shown on the abstract has been forwarded by contributing agencies (K.S.A. 21-2501). To obtain current disposition information, contact the contributing agency directly. Please supply any external dispositions to the KBI for completion of the abstract.

| CONTRIBUTOR OF FINGERPRINTS | NAME AND NUMBER | ARRESTED OR RECEIVED | CHARGE | DISPOSITION |
|---|---|---|---|---|
| SO Santa Ana CA | Bill Frank Tacchio 246171 | 10-1-72 | susp lic Warr TC4x359  2 FTA Traffic Warr CH# 0682676 CH#N359908 | No disp found 3-24-83 |
| PD Baldwin Park CA | Bill Frank Tacc... 500AR73-0567 SID ████ | 3-26-73 | 459 PC-burg 22450 VC/12951b VC stop sign/ no d. ... .. poss | BURG:wrnt iss PT: 3Y Prob,60D SS;NO 5L: Fine $63.50 End of .ile.no further |
| SO Los Angeles CA | Jim Davis 2657 483 SID ████ | ...73 | grand theft auto | Jail time served in custody on chg of 12951A VC |
| PD Miami OK | B 11 Frank Matuney | 5-10-75 | Discharging of Firearm with intent to injury | Dismissed |
| PD Miami OK | Bill Frank Matlney 02541 | 5-2-76 | 2nd deg burg | 9-22-76 Grand Larceny 3 yrs suspended |
| SO Olathe KS | Bill Frank Tacchio 67154 | 6-27-?? | ...1 theft ...13 31 2309 | ?/G?? 1 ct* 1 ct GT Disp 3-9-83 Sent 1-5 /s? prob denied |

⁕ F.T. GOVERNMENT PRINTING OFFICE : 1968 O - 311-189

*FPC Returned (Historical reference only)     ** No FPC Submitted

STATE BUREAU

OSBI 0106

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE 1 OF 1

| Case CR#84-094 | Reporting Date: JUNE 18, 1984 | Reporting Agent(s) ALAN SALMON | | Reviewed By |
|---|---|---|---|---|
| Offense: KIDNAPPING | | Case Agent GARY ROGERS | Office MRO | Typed By jkj | Date 6/21/84 |
| Subject VICTIM: DONNA DENISE HAROWAY | | Activity INFORMATION FROM NORMAN POLICE DEPARTMENT | | |

        ..in Darian Debolt, Norman Police Department, ..d..........., related his office had received ..all from a ...... of HAROWAY'S stating that Officer B....... had conta...ed an individual that matched a composite description of one of the possible kidnappers. Lebolt had .. ...... check ran on the individual and found that he has an extensive record. Debolt related the individual was driving a pickup similar to the one described in the release about the abduction.

        Attached are copies of the traffic complaint and the F.B.I. sheet on BILL FRANK TACCHIO, WM. D.. ...., .6/46, 42. #.. Santa Fe, Norman, Oklahoma.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0107

OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT

PAGE ____ 1 ____ OF ____ 3 ____

| Case: CR#84-094 | Reporting Date: May 31, 1984 | Reporting Agent(s): RICK ZIMMER | | Reviewed By: |
|---|---|---|---|---|
| Offense: KIDNAPPING/ROBBERY | Case Agent: ROGERS | Office: MRO | Typed By: mdm | Date: 6-4-84 |
| Subject: DONNA DENISE HARAWAY (V) | Activity: INTERVIEW WITH JERRY EAST, MARY BEIGE, QUINTON JENKINS AND MARVIN EMINGER | | | |

    On May 10, 1984, JERRY DWANE EAST, WM, DOB: ████
SSN: ████ address ████ telephone
number ████, provided the following information:

    EAST was 5'7", 145 pounds, blond hair, green eyes. EAST
had a tattoo of a red rose with green leaves on his left upper arm.
On his right shoulder was the tattoo of the name DEBBIE. EAST wore
a earring in his left ear. EAST was convicted in Ada County for a
burglary in May of 1983. EAST received a three year suspended
sentence. EAST'S probation officer is PAUL MORRIS out of Sayre,
Oklahoma.

    EAST was currently working for MARVIN EMINGER as a brick
layer/rock layer at Apple Creek Apartment Complex in Altus, Oklahoma.
The Apple Creek Apartment Complex is located at Ridgecrest and Park Lane.

    EAST worked for QUINTON JENKINS in Mangum, Oklahoma in March
and April of 1983. EAST thought he was let go about the first of May,
1983.

    EAST was driving a 1981 Chevrolet Citation, four door, white
in color, with tag number ████ the ████. The
Chevrolet Citation checks to MARY BEIGE ████.
MARY BEIGE is JERRY EAST'S sister. MARY BEIGE now lives
at ████

    On April 27, 1984, EAST said he was working at the Apple
Creek Apartment Complex and did not get off work until 1800 or 1830
hours. EAST then drove straight home to Mangum, approximately 25
miles north, northwest of Altus, Oklahoma. After getting home to
Mangum, EAST took a shower and the.... he drove around town by
himself. EAST was not with anybody. EAST did not see anybody in
town that he knew.

    On April 28, 1984, EAST was in Mangum. EAST spent most
of his off time with his sister, MARY BEIGE. EAST thought that he
and his sister and her children went to Altus Lake for the day.
EAST said they used the beach on the southwest side near the dam.
After getting home from the beach about 2000 or 2100 hours, EAST
got cleaned up and went riding around Mangum. EAST did not see
anybody he knew. EAST did not know anybody in Mangum.

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0108

CR#84-209
INTERVIEWS
Page Two

The last time EAST was in Ada was three or four weeks ago. EAST went with his sister MARY BEIGE to see their grandmother who was very sick.  EAST'S grandmother is BESSIE EAST, 425 West 7th, Ada, Oklahoma.  EAST also saw two other sisters, OLETA EAST and GEORGIA EAST.

EA█ did not know DONNA DENISE HARAWAY.  EAST said he knew a DONNA from Stringtown, but did not know if it was the ░me as DONNA HARAWAY.  Agent ZIMMER showed EAST a photograph of HARAWAY. EAST c░░ ░░ ░░cify one way or the other if HARAWAY was a witness who ░as o ░ ░ ░░stify against hi░ in his burglary charge.

Agent's note:  EAST is very poor in remembering times and dates. EAST matches the description of the number two suspect in the HARAWAY disappearance, being fair complected with blond hair and green eyes.  EAST also has a small amount of acne on his face.  However, EAST'S hair is cut left long in the back and cut right at the middle of the ear.  It is a light blond color.

On May 30, 1984, Agent ZIMMER contac░░░ ████ E. BEIGE, WF, DOB: ████████      ████████ Ms. ████ provided the following information:

Ms BEIGE is the sister of GARY EAST. ████ BEIGE drives a 1983 C░░ ░plet van, brown in color, VIN ░░░████░░. The address on the NCIC registration check was Box 155, Sasakwa, Oklahoma. However, Ms. BEIGE now resides at ████████████████.

BEIGE and her brother JERRY EAST were in Mangum at the end of April, 1983. Ms. BEIGE can not remember if they went to the lake or not. However, Ms. BEIGE does go to the lake almost every day with her kids and almost every day on the weekend also. When JERRY EAST is not working, he is usually around the house with MARY BEIGE.

The last time MARY BEIGE was in Ada was when her grandmother was in the hospital. Her grandmother's name is BESSIE EAST, address ████████████████.  The first part of May was when BEIGE was in Ada░ ░░░ ░░░ ░ a Saturday and MARY and JERRY came back ░ Monday because on Tuesday, JERRY EAST was to see his parole officer in Mangum, Oklahoma. MARY believes it was the second Tuesday of the month of May which would have been May 8  when JERRY was to see his parole officer.  Prior to being in Ada in May of 1984, MARY BEIGE was in Ada on April 3, 1984 to take her girls to the dentist. MARY does not remember if JERRY was with her or not.

OSBI  0109

INTERVIEWS
Page Three

On May 31, 1984, MARVIN EMINGER, WM, DOB: ██████
SSN: ██████ address ██████
provided the following information:

EMINGER is currently living in a camper on the north
shore of Lake Altus near Lone Wolf, Oklahoma.  EMINGER is the
superviser of the rock laying and brick laying crews at the Apple
Creek Apartment Complex, located at Ridgecrest and Park Lane in
Altus, Oklahoma.

JERRY EAST came to work for MARVIN EMINGER when the
rock laying started on May 14, 1984.  EMINGER described EAST as
very dependable, always at work on time and a good hard worker.
EMINGER has had no problems with EAST on the job.

On May 25, 1984, QUINTON JENKINS, an auctioneer in
Mangum, Oklahoma, telephone number ██████ provided the
following information:

JERRY EAST worked for Mr. JENKINS for about one month.
EAST worked the last part of March and the first part of April.
Mr. JENKINS described EAST as not very dependable.  EAST came to work
with the smell of alcohol on his breath on many occasions.  EAST
was sent to Mr. JENKINS for a job by the Oklahoma State Employment
office from Altus.  Mr. JENKINS terminated EAST on April 7, 1984.
JENKINS told EAST that the reason he was terminated was because
he did not have a valid Oklahoma State Drivers License.  However,
Mr. JENKINS terminated EAST because he was not dependable and had
showed up at work on many occasions with the smell of alcohol on
his breath.

Mr. JENKINS had seen EAST driving a little white car.
However, Mr. JENKINS did not know the make or the model.  Mr.
JENKINS never saw EAST driving an old pickup truck.

OSBI  0110



OSBI 0111

A0743



OSBI 0112

A0744



OSBI 0113

A0745



OSBI 0114

A0746

```
NCIC1L017NBI.OW.OKOBI0001.NAM HOGAN.RICKY P.DOB 031256
MESSAGE ACCEPTED - ZOBI 0037 11:20 07-30-84


SCOMOD.OLN 003220244.TYP C
MESSAGE ACCEPTED - ZOBI 0038 11:21 07 30 94


NLETCO.OKOBI0001.TX.TXTPUR C
NAM HOGAN.RICKY P.DOB 031256.SEX M
MESSAGE ACCEPTED - ZOBI 0039 11:21 07    84



NCIC       2475 11
ZOBI       0052 11 21 07 30 84
1L01Z0BI DB30M
OPERTO
FD NCIC          6 NAM HOGAN.RICKY P



SCON       1746 11:21
ZOBI       0053 11:21 07 30 84


REFERENCE:              INQUIRY A - ZOBI
                  DRIVER LICENSE TRAFFIC RECORD
    HOGAN.RICKY PAUL          OLN 003220244
                  ***FOR LAW ENFORCEMENT USE ONLY***
                  ---ARREST CONVICTIONS---
OFFENSE
DR P    OFFENSE                                       DISP
020577  RADAR CHECKED SPEEDING VIOLATION              DATE
031078  25 MPH OVER POSTED LIMIT                      
060879  RADAR CHECKED SPEEDING VIOLATION              060879 DIST
070779  OPERATING A M V. AT A SPEED OTHER THAN PROPER 071179 MUN
020280  RADAR CHECKED SPEEDING VIOLATION              
111680  SPEEDING (MUNICIPAL) (NOT 11-801)             120580 MUN
        SPEEDING (MUNICIPAL) (NOT 11-801)             110581 MUN  MUSTANG
        SPEEDING (MUNICIPAL) (NOT 11-801)             042     MUN
041     FAILURE TO HONOR NOTICE TO APPEAR             042782 MUN
        CARELESS DRIVING (11-901A)                    051283 MUN
031     SPEED IN EXCESS OF POSTED MAXIMUM (11-8       121483 MUN
157493  SPEED IN EXCESS OF POSTED MAXIMUM (11-8       010484 DIST
DATE                      ---ACCIDENTS---
                          COUNTY            STATE
                          OKLAHOMA          OK
                          ATCHA
                          ---DEPARTMENTAL ACTION---
DATE
                                                      STATUTE CASE NO
```



OSBI 0116

A0748



OSBI 0117

A0749



REQUEST FOR BLACK & WHITE PHOTO

DATE _____ 7-17-8

NAME  DAVIS, DENVER RUSSELL

LIC #  ███████          CODE #        1025

PHOTO DATE 1-23-84        STA #        205
                                       U-030984

REQUESTED FOR            1984--7 269

    Inv. Jackie Roberts
    OSBI
    P.O. Box 11497
    Oklahoma City, OK  73136

OFFENSE _____  CRIME ANALYSIS SERVICE

OSBI  0118



OSBI  0119



OSBI 0120

A0752



REQUEST FOR BLACK & WHITE PHOTO

NAME  ROBINS, DARYL PATRIC...          DATE  7-17-84

LIC. #                                   

                                    CODE #

PHOTO DATE  5-20-82                 STA #          205

REQUESTED FOR                                   061182

    Inv. Jackie Roberts
    OSBI
    P.O. Box 1497
    Oklahoma City, OK  73136

OFFENSE

                        CRIME ANALYSIS SERVICE

OSBI  0121



OSBI 0122

A0754



OSBI  0123

A0755



TCIC SUMMARY SID/TX03548554 FBI-          07/17/84
EM   ROBINS/DARYL PATRICK M W DOB ████ POB TX HGT 507
                    BRO HAI/F-O FPC/POFMPMPO1.14FIPIPI10
                PCLT C  13-84
       HOME  ALL IDENTIFIERS

A POLT  DARYL
TOTAL  ARRESTS -    2
CHARGES CONVICTIONS OFFENSE
    1        0        ROBBERY
    1        0        DANGEROUS DRUGS
LAST ARREST STATUS (INCLUDED ABOVE) -
    062884 TX1230100 BEAUMONT PD
    01   ROBBERY                TOT COUNTY
END

CRD DPS AUSTIN TX SLH 17 1007CDT

NLET      0917 .0110
ICSI      0046 1014 . 7 .7/84

GSIC  07 1  84 02098
ORIGN  2   7/84 00114 DKOBI0001

PUC C
SVC CRD DF. AUSTIN 1          REPL

TI*DENVER

NLET        0858 09:51
            0039 09:51 07/17/84

TX TXDPS0000
   7148 07 17/84 01979
   7148 07 17/84 00655 D*OBI0001

ROBINS/DARYL PATRICK
PO BOX 177 CHINA TEX
RAC W. TEX M. DOB ████ HGT 510. WGT 160.    BRO. EYE BRO.
   /0675   DLT OPERATOR. EXP 052186
TRINIT
TH CLSECLERR

**OSBI  0124**

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE _____ OF _____

| 84-094 | Reporting Date: 7-10-84 | Reporting Agent(s): J. ROBERTS | | | Reviewed By |
|---|---|---|---|---|---|
| ense: ABDUCTION/KIDNAPPING | | Case Agent: G. ROGERS | Office: MRO | Typed By: HK | Date: 7-31-84 |
| biect VICTIM: DONNA DENISE HARAWAY | | Activity: INVESTIGATIVE LEAD DENVER RUSSELL DAVIS | | | |
| SUBJECTS: UNKNOWN | | | | | |

On June 29, 1984, Detective BARROW, Beaumont Police Department, telephone 409-838-0731 advised Depty. Insp., ROBERTS his department had taken into custody on June 28, 1984 a ■■■ a white male who resembled one of the subjects ■■■ ■ posite. The suspect, and two other individuals a ■■■ ■■ to steal a purse from a car but the owners caught the suspects. Subjects then attempted to run over the owners. The subjects were in a '70's blue chevrolet pickup with primer spots, bearing Oklahoma license ███████ which was impounded by Beaumont P.D. Before Det. BARROW could check the pick-up for evidence the pick-up and subjects were released. BARROW identified the subjects as follows:

    (1)   DENVER RUSSELL DAVIS
        WM/DOB ███████ worked in the Oilfields of Oklahoma
        and mentioned Ada.

    (2)   DARYL PATRICK ROBINS,
        DOB: ███████

    (3)   CHRISTOPHER LYNN HAMMO██
        DOB: ███████
        With tattoos both arms

    Background investigations of the subject provided the following information:

    (1)   DENVER RUSSEL DAVIS
        WM   DOB:
        Texas DL: ███████ expires 2-13-88

        5'11"  125  Blonde hair, green eyes
        No record of Oklahoma Drivers License

-CONTINUED-

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0125



PAGE TWO                    -CONTINUED-            INVESTIGATIVE REPORT
                                                  OFFENSE: ABDUCTION/
                                                           KIDNAPPING

Photo as appears on TX D/L-DENVER DAVIS    This polaroid was
                                           Removed & retained
                                           IN THE INVESTIGATIVE
                                           Records section

Criminal Record:  FBI# 649323W5
                  Texas Criminal Rxn2u 737 indicates four (4)
                  charges including Bcb  ,, Lurglary, Larceny,
                  Dangerous Drug  Record also shows tattoo
                  on right and left arm.

No outstanding NCIC warrants.

                          -CONTINUED-

OSBI  0126

A0758



(2)   DARYL PATRICK ROBINS
      WM/DOB:          Expires
      Texas DL#
      5'10-120  Brown hair, Brown eyes
      No record of Oklahoma Drivers License

photo av        on Texas D/L-DARYL ROBINS

Criminal Record: FBI-None given      02548534 indicates two
                 Texas Criminal
                 (2) charges                 ng Robber" and Dangerous
                 Drugs.  Recor           shows scar on nose.

No outstanding MCIC warrants.

                          -CONTINUED-

OSBI  0127



PAGE FOUR                    -CONTINUED-          INVESTIGATIVE REPORT
                                                 OFFENSE: ABDUCTION/
                                                 KIDNAPPING

        (3)  CHRISTOPHER LYNN HAMMOCK
             WM/DOB:
             No record of Oklahoma nor Texas D.L.

Criminal Record: FBI# 707022V8
             Texas Criminal #              indicates six (6)
             charges including assualt, 2 for burglary,
             2 for larceny, 2 for Dangerous Drugs and 2
             for Weapon offenses.
             Record shew HAMMACK-5'10-175, Brown hair,
             brown eyes, scar on left arm, tattoos on
             left hand and arm, and tattoo right arm.

No outstanding MCIC warrants.

        (4)  Oklahoma License Tag #            issued 6-8-84 is
             registered to:
             RICKY PAUL HOGAN

             VIN: CE149E633390

             Oklahoma DL#            Expires  -86
             RICKY PAUL HOGAN   DOB:
             RT. 5, Box 166, Atoka
             W/M, 6', 140 prob.bl
             License is current of        sation, copy of
             traffic record is attach    o report.

No Criminal record Oklahoma nor Texas.

No outstanding NCIC Warrants

A check through NCIC shows No stolen report of License Tag

OSBI  0128



## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE __1__ OF __1__

| Case: CR #84-094 | Reporting Date: AUGUST 10, 1984 | Reporting Agent(s): TOMMY GRAHAM | | | Reviewed By: |
|---|---|---|---|---|---|
| Offense: ROBBERY AND MISSING PERSON | | Case Agent: GARY ROGERS | Office: ERO | Typed By: kc | Date: 08-14-84 |
| Subject: (S) UNKNOWN SUBJECT(S) | | Activity: INFORMATION FROM DEPUTY INSPECTOR ROGER CHRISCO | | | |
| (V) DONNA DENICE HARAW* | | | | | |

ugust 10, 1984, Deputy Inspector ROGER CHRISCO, Northeas. Regional Office, provided the following information:

On the early morning hours of August 9, 1984, Tulsa Police Department arrested DENNI: and ORVEL REEVES for us robbery and abduction of a convenience store clerk in Tulsa, Oklahoma.

### MODUS OPERANDI

During the early morning hours of August 9, 1984, ORVEL REEVES drove a silver, 1984, Detsun passenger car to a Circle "K" Convenience Store in Tulsa. DENNIS REEVES entered the store, robbed the female clerk at knife point and then abducted the clerk from the store. A Tulsa Police Department Patrolman was sitting across the street from the store and saw DENNIS REEVES walk out of the store arm and arm with the female clerk. The patrolman became suspicious and followed the car a short distance then stopped it. As the patrolman was approaching the car the female convenience store clerk alerted the patrolman to the fact that she had been robbed and abducted. Patrol then took DENNIS and ORVEL REEVES into custody.

DENNIS REEVE* is described as a white male, DOB: ███████ six feet tall, 175 pounds, blondish brown hair  TPD Number: 126194.

ORVEL PEEVES is described as a white male, DOB: ███████ six foot tall, 175 pounds, dark brown hair, TPD Number: 118420.

Deputy CHRISCO advised that Robbery/Homicide Detectives FRED PARK or DICK BISHOP could be contacted for further details of the robbery.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0129



DATE OF RELEASE_____

OKLAHOMA STATE BUREAU OF INVESTIGATION                    OSBI # 506801
IDENTIFICATION DIVISION
P.O. BOX 11497                                            FBI # 739 374 AA8

Page                             OKLAHOMA CITY, OKLAHOMA

The following OSBI record is furnished for Official Use Only. Information shown on this identi-
fication record represents data furnished OSBI by fingerprint contributors. Where Disposition
Data is not shown or further explanation of charge or disposition is desired, communicate with
agency contributing those fingerprints. This information is complete and accurate to the maxi-
mum extent feasible as of the date of dissemination. It should not be considered valid ninety
days after its release. Use and further dissemination of this information is restricted.
CIVIL AND CRIMINAL PENALTIES EXIST FOR MISUSE.

| CONTRIBUTOR: (IDENTIFIER(OR)) NAME CASE NUMBER (OCA) | SUBJECT: NAME | ARRESTED OR RECEIVED | C-CHARGED D-DISPOSITION |
|---|---|---|---|
| OK0140100 PD Moore, OK 7918 | ARMS, Bruce Edwin | 2-8-83 | C-Poss CDS D-8-24-83 PG _____ 2 yrs Defer _____ :8-21-85 |

OSBI  0130

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE ____ OF ____

| Case CR# 84-094 | Reporting Date 9-13-84 | Reporting Agent(s) J. ROBERTS | | | | Received By |
|---|---|---|---|---|---|---|
| Offense ABDUCTION/KIDNAPPING | | Case Agent G. ROGERS | Office MRO | Typed By hk | Date 9-13-84 | |
| Subject (V) DONNA HARAWAY (S) UNKNOWN | | Activity INTERVIEW OF LARRY AND ANITA MORRISON, REFERENCE SUBJECT BRUCE ARMS | | | | |

On 9-7-84, LARRY and ANITA MORRISON telephonically
contacted Deputy ___ Roberts and requested additional information
on ___ su___ ___ in the abduction of HARAWAY. Based on a
bulletin containing the suspect's composites, the MORRISONS thought
they knew one of the subjects.

On 9-10-84, Deputy Inspector ROBERT interviewed LARRY
and ANITA MORRISON at their residence, ▮▮▮▮▮▮▮ home
telephone 794-7082, business telephone, ▮▮▮▮ and they provided
the following information:

A friend of the family, BRUCE ARMS, resembles the subject
in composite #1. ARMS a white male fits the physical description
except his hair is dark brown, and is dark complected due to Indian
blood. He does not have a dimple in his chin and has never had any
facial hair. ARMS is employed by Hester's Mobile Homes and has been
in the ada area delivering Mobile Homes. The MORRISONS could not
recall ARMS owning a 60 or 70's Chevrolet pickup light colored w/
primer spots.

Although ARMS has been in trouble before, would be
capable of kidnapping HARAWAY, the MORRISONS do not feel BRUCE ARMS
is the subject due to the descrepancies in the physical description.

OSBI Criminal records reflect a record # 506801 on a BRUCE
EDWIN ARMS, DOB: ▮▮▮▮ for charges of possession of CDS by MOORE
PD on 2-8-83. A copy of the criminal record is included in this
report.

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0131

**OKLAHOMA STATE BUREAU OF INVESTIGATION**

INVESTIGATIVE REPORT

PAGE _1_ OF _1_

| Case: CR#84-094 | Reporting Date: OCTOBER 22, 1984 | Reporting Agent(s): JOE COLLINS | | | Reviewed By: |
|---|---|---|---|---|---|
| Offense: HOMICIDE | | Case Agent: GARY ROGERS | Office: ERO | Typed By: TAB | Date: 10/22/84 |
| Subject: S - ODELL BRUNO TITSWORTH KARL ALLEN FONTENOT TOMMY WARD | | Activity: ARREST OF KARL ALLEN FONTENOT | | | |

On October 19, 1984, OSBI Senior Agent GARY ROGERS contacted OSBI Inspector JOE COLLINS and advised that warrant number CRF84-198 had been issued in Ponotoc County, Oklahoma, for KARL ALLEN FONTENOT, charging him with First Degree Murder, First Degree Rape and Kidnapping.

According to ROGERS, FONTENOT was supposed to be living with a correctional officer in Hominy, Oklahoma. ROGERS requested Agents from the ERO arrest FONTENOT.

On October 19, 1984, approximately 1000 hours, COLLINS and Senior Agent JAMES OTTE travelled to the mobile home of Correctional Officer CRAVENS where FONTENOT was arrested by the Agents. FONTENOT was advised of his rights under the Miranda Decision by OTTE and was then transported to the Stroud Police Department, Stroud, Oklahoma, where he was released to the custody of the Ada Chief of Police.

---

*11-2-84   CB*
*Copy of case file (p 14-1) was made for those on the Task force in Ada*

---

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0132



# OKLAHOMA STATE BUREAU OF INVESTIGATION

## INVESTIGATIVE REPORT

PAGE 1 OF 4

| Case: | Reporting Date | Reporting Agent(s) | | | Reviewed By |
|---|---|---|---|---|---|
| CR #84-094 | NOVEMBER 9, 1984 | GARY ROGERS | | | BH |
| Offense | | Case Agent | Office | Typed By | Date |
| ROBBERY AND KIDNAPPING | | GARY ROGERS | ERO | kc | 11-13-84 |
| Subject | | Activity | | | |

(S) TOMMY JESSE WARD
W.M., DOB:

INTERVIEWS OF LISA LEIGH LAWSON
KENNY LYNN LYDA
BARRY LESLIE

KARL ALLEN ~~~NOT~~
W.M., DOB:

(V) DONNA DENISE ~~~~~~

On October 26, 1984, LISA LEIGH LAWSON, White Female, Date of Birth: , Social Security Number: , Home Home Address: , Business Phone: East Central Telephone: , was interviewed by Agent University Snack Bar GARY ROGERS and she provided the following information:

LAWSON first met WARD in 1979, and she dated him from December 19, 1979 through August 28, 1983. While they were dating, LAWSON had been employed at the McAnally's Store on Arlington Street in 1982 and it was for a short period of time.

LAWSON broke up with WARD on August 28, 1982, because she started living in Seminole and he was in Ada, and she had caught him dating other girls, and because he continued use of marihuana. On the day they broke up, they got into a fight and she slapped him and he hit her and broke her glasses.

LAWSON knew KARL FONTENOT because she went to school at Latta with him during her Senior year.

## AGENT'S NOTE

An Ada Police Department Officer report reflected that LISA LAWSON worked at the McAnally's store on Arlington street in November 12, 13, 19 and 20th, 1981. It was during the 20th of November 1981, that $278.50 came up missing from the store safe. Her interview with Detective D. W. BARRETT of the Ada Police Department disclosed that on the night of the 20th, TOMMY WARD came to the store and was there when LAWSON closed up.

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

108

OSBI 0133



CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - TOMMY JESSE WARD
         KARL ALLEN FONTENOT
VICTIM  - DONNA DENISE HARAWAY
PAGE TWO

AGENT'S NOTE, continued:

        WARD'S statement to BARRETT disclosed that WARD
was at the store on that night but he denied taking any
money.  He helped LAWSON sweep, mop and stock up while she
closed.

        On December 14, 1981, Agent BILL SPARKS gave LAWSON
a polygraph regarding the loss of the money and his report
reflected that she was deceptive concerning the theft.

        WARD was also requested to take a polygraph con-
cerning the incident and he agreed to, but failed to show
up for the test.

        On November 7, 1984, KENNY LYNN LYDA, Indian Male,
Date of Birth:                      Home Address:
              Home Telephone:                   was interviewed
by Agent ROGERS and he provided the following information:

        LYDA, a resident of the          outh Shelter, was accom-
panied by his social worker, STEVE          EN, during the interview.
Pontotoc County Jail Inmate TERRY McCARTNEY, who was in jail
at the same time LYDA and FONTENOT were, told LYDA that FONTENOT
said, "They would never find HARAWAY'S body because she was not
all in one place."

        LYDA had known WARD for three for four years and
FONTENOT for two or three years.       had partied with WARD and
FONTENOT at MICHELLE ROBERTS house located at Twelfth and Hope
in Ada, Oklahoma.  The parties that he attended were around the
first part of March and April.

        LYDA had seen WARD take drugs, but he was not specific
about dates.

        About one year ago, WARD occasionally ran around with
JOHNNY DANIELS.

OSBI  0134



CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - TOMMY JESSE WARD
          KARL ALLEN FONTENOT
VICTIM  - DONNA DENISE HARAWAY
PAGE THREE


AGENT'S NOTE

        LYNN was reluctant to give much detail about his
association with WARD and FONTENOT.  It should be noted
that LYNN     .  in almost constant trouble with the law
             is custody of the Youth Shelter.  ROGERS
suspects    ", was minimizing his knowledge of the two
suspects and their activities.


_____


        On October 23, 1984, BARRY LYNN LESLIE, white male,
Date of Birth:            , Social Security Number:
        Home Address:              ,
Employed at J.D.'s Cafe, Business Phone:                  was
interviewed by Agent ROGERS and he provided the following
information.

        LESLIE had known TOMMY WARD since they were in the
second grade at Latta School.  During the past few years
LESLIE ran around with WARD two or three times a week.

        LESLIE met KARL FONTENOT about        and one-half
years ago through WARD.  LESLIE ran around with FONTENOT,
but not much, usually FONTENOT was with WARD.

        LESLIE did not know ODELL TITSWORTH.

        After the robbery of McAnnly's, WARD started acting
different.  WARD acted depressed, almost to the point of being
despondent.

        On or about June 16, 1984, LESLIE and WARD were driv-
ing down Main Street in Ada during the evening hours, when
LESLIE saw a girl that he knew and he whistled at her.  At that
time WARD told LESLIE, "I would like to knock her fucking teeth
out and fuck her in the bloody mouth."

        LESLIE was always leary of WARD and really didn't
trust WARD.  WARD would try to provoke an incident between
WARD and LESLIE just so that WARD could have an excuse to try and
start a fight.

OSBI  0135

106



CR #84-094
OFFENSE - ROBBERY AND KIDNAPPING
SUBJECT - TOMMY JESSE WARD
          KARL ALLEN FONTENOT
VICTIM - DONNA DENISE HARAWAY
PAGE FOUR

WARD told LESLIE that about one or two years ago,
he (WARD) stole a safe from McAnally's Store on North Broadway
in Ada, and got a considerable amount of money. WARD told
LESLIE about one and one-half years ago, after the McAnally
Store on Arlington Street in Ada, opened that he would like
to rob it.

WARD told LESLIE about one year ago that he (WARD),
and a heavy set truck driver named DUSTY (Last Name Unknown),
pulled either a robbery or burglary of a hospital in South
Carolina and took a large amount of narcotics. As WARD and the
truck driver were leaving, a police officer got after them and
WARD either shot or shot at the officer.

The power station on Reeves Road west of Ada, was
probably WARD'S favorite spot to go party. LESLIE has been
there numerous times partying with WARD and most of the time
they parked behind the power station.

The last time that LESLIE partied with WARD was about
two months ago, when LESLIE, WARD and BILLY HAMMONS went to the
power station at about 2330 hours and stayed there for about
two hours. They drank a twelve pack of beer and smoked some
marihuana.

When asked about WARD'S and FONTENOT'S relationship,
LESLIE said they were good friends and that FONTENOT would do
anything WARD asked him to.

Sometime after LESLIE was interviewed on June 19,
1984, by the police the first time, LESLIE and some of his
friends were talking about the HARAWAY case when FONTENOT
joined into the conversation and said that he and WARD were
fishing on the Blue River when th..... ..... took place.

OSBI  0136



OSBI 0137

State of Oklahoma
OFFICIAL MAIL
PRIVATE USE ILLEGAL
HB 1774 (1970)

Mr. Al Aberman
Chief Investigation
Oklahoma State Bureau of Investigation
P. O. Box 11497
Oklahoma City, OK 73136

Medical Record Dept.
WESTERN STATE HOSPITAL
1 Mile East Highway 270 Bt. 1
Fort Supply, Oklahoma 73844

A0769



**WESTERN STATE HOSPITAL**

TELEPHONE
405-766-2311

FORT SUPPLY, OKLAHOMA 73841

November 19, 1984

Gary Rogers
Special Agent
Oklahoma State Bureau of Investigation
Route 3, Box 307
Ada, Ok 74820

Re:  Donna Denise Haraway

Dear Sir:

I have checked our records at Western State Hospital and
also at the Northwest Oklahoma Mental Health Center, and have
found no indication that Mrs. Haraway (Lyon) has ever been in
either facility.  I have sent a copy of her picture and descript-
ion to our Admissions Office Supervisor so they will be on the
look-out for her as a possible admission.  They have been in-
structed to advise the hospital Superintendent or the Medical
Record Dept. if she does arrive, so we can let you know.

Sincerely,

Ida C. Hunter, ART

Ida C. Hunter, ART
Medical Records Supervisor

For the Superintendent

cc:  Al Abernathy, Chief Inspector
     Glen Wallace, Acting Superintendent

ich

*Put in Haraway file;*
*Send Copy up to Angie's Al.*

A-BA
11-20-84

Civil Rights Act of 1964
Sunday & Wednesday
etc. Telephone calls regarding patients should
etc.

109

OSBI  0138

OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT

PAGE ____ OF ____

| Case CR #84-094 | Reporting Date October 30, 1984 | Reporting Agent(s) ALAN SALMON | | Reviewed By |
|---|---|---|---|---|
| Offense KIDNAPPING/HOMICIDE | Case Agent ROGERS | Office ERO | Typed By bah | Date 11/5/84 |
| Subject (V) DONNA DENICE HARAWAY | Activity INTERVIEW OF JANNETTE ROBERTS | | | |

           ... 19, 1984, JANNETTE ARLENE ROBERTS, WF,
                              residing at
                        was interviewed at her residence by Special
Agent ALAN N.  Also present was Detective E. DAVENPORT, Norman
Police Department.  ROBERTS provided the following information:

        ROBERTS resided at
in the spring of 1984.  One Saturday evening, GORDON CALHOUN
(possible spelling) had a keg party in his apartment, next door
in Apartment     ROBERTS began drinking in CALHOUN'S apartment
in the afternoon.

        CALHOUN had gone to Texas to get the two kegs used for
the party.  ROBERTS had gone in with CALHOUN on the beer.

        TOMMY WARD was at the apartment that afternoon but left
to put plumbing in for his mother.  KARL FONTENOT may have helped
WARD work on the plumbing.  WARD returned for the party about the
time the party started, approximately 1900 to 2100 hours.  ROBERTS
was in and out most of the time the party was going on.  ROBERTS
never saw FONTENOT or WARD leave the party after it started.
According to ROBERTS, the party lasted until approximately
daylight.

        According to ROBERTS, others at the party included
a male named "BRUCE" from Konawa; several individuals from
Konawa; and possibly a male called "BLUE" that ROBERTS met at
the Blue River.  "BRUCE" and the bunch from Konawa would leave
periodically to get others to come to the party and return to
the party.

        In conclusion, ROBERTS related her husband, MICHAEL
ROBERTS, was in Bartlesville the weekend of the party.
Additionally, ROBERTS recalled neither FONTENOT or WARD had
transportation at that time because they both lived in her
apartment.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0139



OKLAHOMA STATE BUREAU OF INVESTIGATION

CONSENT TO SEARCH

DATE October 23, 1984                    TIME 1530

LOCATION ████████████████

I, Michael Roberts _____ give my consent for agents of the O.S.B.I. to
a ███ ██ █████ located at ████████

I have b-- _____ted that I have a right to refuse to consent to this search and that I have a Constitutional right
not to su-- a search ma-- without a search warrant. My consent to this searc-- ----befo- _een voluntaril-- ---
without threats -- ----ses of any kind. Agents of the O.S.B.I. have my permission to take from my ___-----y
-------- -rods, or other property which they may desire after giving me a receipt for everything that
-- \/\x

                                    M. Shuel R███████  6/26/84  ███-██ 1140

                                         (____ture)

                                            Chevrolet P/U
WITNESSES                                    925   84 OK
_Alan D. Syl_____
X _____ Smith_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RECEIPT

DATE October 23, 1984                    TIME 1725

LOCATION ████████

After searching my premises at the above location, with my consent Agent of the O.S.B.I. took the
following property:  Vac-------gs from Vehicle. ___

_____
_____
_____
_____
_____

Alan D. Sd__  Michael Roberts
    AGENT                    (Signature)

                                                111

OSBI  0141

**OKLAHOMA STATE BUREAU OF INVESTIGATION**

INVESTIGATIVE REPORT

PAGE____ OF____

| Case: CR #84-094 | Reporting Date: October 26, 1984 | Reporting Agent(s): ALAN SALMON | | Reviewed By |
|---|---|---|---|---|
| Offense: KIDNAPPING/HOMICIDE | | Case Agent: ROGERS | Office: ERO | Typed By: bsh    Date: 11/5/84 |
| Subject: (V) DONNA DENICE HARAWAY | | Activity: PROCESSING OF PICKUP | | |

On October 23, 1984, Special Agent SALMON and Detective Captain DENNIS SMITH contacted MICHAEL ROBERTS, DOB: SSN: ████ at ██ll Siding, 1930 N.W. 10th, Oklahoma City, Oklahoma. ROBERTS consented to allowing his pickup (1977 Chevrolet, VIN ████████ Oklahoma 85) to be processed by employees of the OSBI. ROBERTS drove it to 201 N. Shartel, the Oklahoma City Police Department garage. ROBERTS signed a Consent to Search waiver to search the vehicle. A copy of that consent form is attached to this report.

On October 23, 1984, Special Agent SALMON photographed the above pickup. Criminalist JANIE ENOS processed the vehicle.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0142



OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT                              PAGE _____ OF _____

| Case: CR#84-094 | Reporting Date: November 27, 1984 | Reporting Agent(s): DALE SPARKS | | Reviewed By |
|---|---|---|---|---|
| Offense: ROBBERY/MISSING PERSON | Case Agent: G. ROGERS | OK ca: MRO | Typed By: mdm  Date: 11-27-84 | |
| Subject: (V)  DONNA DENICE HARAWAY | Activity: ADDITIONAL WORK RECORDS - BRIAN COX | | | |

On November 27, 1984, BETTY DUNCAN, white female, date of
birth: March 22, 1932, ▓▓▓▓▓▓▓▓
Oklahoma, telephone number ▓▓▓▓▓▓▓▓ provided the following infor-
mation ▓▓▓ ▓▓ ▓lly:

▓▓ N COX'S work record for Duncan Custom Painting Company
from June 29, 1984 to July 4, 1984 is as follows:

             June 29, 1984          0730 - 1700 hours
             June 30, 1984          0730 - 1430 hours
             July 2, 1984           0730 - 1730 hours
             July 3, 1984           0730 - 1800 ▓▓▓▓▓
             July 4, 1984           0730 - 17▓▓

        COX left the employ of this company July 12, 1984 and
returned August 10, 1984. Between July ▓, ▓▓ ▓▓ ▓d July 12, 1984, he
was not scheduled to work, however. He also ▓ ▓▓▓ ▓▓ ▓to not scheduled
July 1, 1984.

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0143

## OKLAHOMA STATE BUREAU OF INVESTIGATION

### INVESTIGATIVE REPORT

PAGE 1 OF 2

| Case: | Reporting Date: | Reporting Agent(s): | | | Reviewed By |
|---|---|---|---|---|---|
| CR #84-094 | NOVEMBER 30, 1984 | K. P. LARSH | | | |
| Offense: | | Case Agent | Office: | Typed By: | Date |
| HOMICIDE | | GARY ROGERS | ERO | kc | 12-06-84 |
| Subject: | | Activity | | | |

(S) TOMMY JESSE WARD
    KARL ALLEN FONTENOT                AGENT'S NOTES

(V) DONNA DENICE HARAWAY

On November 27, 1984, Agent LARSH telephonically
contacted FBI Agent JERRY THOMPSON, Durant, Oklahoma, concern-
ing locating RONNIE GENE TISDALE. THOMPSON reported the FBI
was also trying to find TISDALE. They believed TISDALE had
information concerning drug sales at El Reno, Oklahoma,
Federal Prison.

THOMPSON said that BILL BROWN, FBI, Oklahoma City,
had the "leads" on TISDALE. THOMPSON said he would contact
TISDALE'S Federal Parole Officer PHILLIP KIRK, Durant, Okla-
homa.

On November 27, 1984, BILL BROWN, ████████ reported
telephonically that he would contact a ex-cellmate of TISDALE
and that the Investigative Lieutenant at El Reno had received
an address from TISDALE'S incoming mail. BROWN worked about
three days each week at El Reno Prison and he would forward
the information in the next two or three days. BROWN later
reported that JOE and VIVIAN PASQUALI, Post Office Box 346,
Coalgate, Oklahoma, are friends of TISDALE and that they would
probably know his whereabouts.

On November 28, 1984, JERRY THOMPSON reported that
Parole Officer KIRK had not seen TISDALE since August 1984.
TISDALE was released from the Federal Prison System on
"Mandatory Release Probation". KIRK was receiving a monthly
written report on TISDALE, but he did not know where it was
mailed from. KIRK told THOMPSON that KIRK could go to Coalgate
and attempt to locate TISDALE. If TISDALE could not be found,
KIRK would begin steps to revoke TISDALE'S parole.

On November 28, 1984, LARSH talked telephonically
with KIRK. KIRK was going to Coalgate today and look for
TISDALE. If he cannot find he will ask for a warrant

On November 29, 1984, KIRK reported that he was unable
to locate TISDALE, but KIRK received information from F.R. HECK

Leads:

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI 0144



CR #84-094
OFFENSE - HOMICIDE
SUBJECT - TOMMY JESSE WARD
        KARL ALLEN FONTENOT
VICTIM - DONNA DENICE HARAWAY
PAGE TWO

that TISDALE was staying in Caney, Oklahoma, with BUFORD HOBBIE. KIRK left word at TISDALE'S mother's home ██████, that TISDALE should be in KIRK'S office on December 3, 1984. (KEIK believed TISDALE was driving an older model El Camino.) 7. TISLE'S mother said that TISDALE left about two weeks ago and that TISDALE was east of Coalgate cutting wood.

        K'   ' that on April 16, 1984, TISDALE visited the Fax Durant. TISDALE was clean shaven, his hair was eve. a ears and parted in the middle. TISDALE said he was liv. g with his mother at 102 South Roy, Coalgate. KIRK did not see TISDALE in May 1984.

        On December 3, 1984, TISDALE reported to KIRK'S office in Durant. KIRK notified LARRY LARSH and ROGERS traveled to Durant. ROGER'S interview TISDALE.

        KIRK said TISLALE drove an er model, fo d r, Oldsmobile to the office. The car had 1984 Oklahoma license tag ██████ JANICE L. WARD aka JANICE HOOK was in the car. Durant Police arrested WARD on warrants issued in Coal County.

OSBI 0145

A0777



OKLAHOMA STATE BUREAU OF INVESTIGATION

INVESTIGATIVE REPORT

PAGE _____ OF _____

| Case: CR#84-094 | Reporting Date: 11-7-84 | Reporting Agent(s): J. ROBERTS | | Reviewed By: |
|---|---|---|---|---|
| Offense: KIDNAPPING/HOMICIDE | | Case Agent: G. ROGERS | Office: MRO | Typed By: hk | Date: 11-8-84 |
| Subject: (V) DONNA DENISE HARAWAY | | Activity: BACKGROUND INFO: KARL ALLEN FONTENOT | | | |

On 11-7-84 confidential informant JR#8, provided background information
on KARL FONTENOT to Deputy Inspector J. ROBERTS.  The information was
taken from a job application.

        KARL ALLEN FONTENOT
        WM,
        RT. 1, Box 51-A, Ada, Oklahoma
        SSN: ████████, DOB: ███████, POB: Ada, Oklahoma
        Religious Preference: Baptist
        Type A positive blood
        5'9, 120, Black hair, Green eyes
        Tattoo's: right and left arm, right arm "K.F."

        SCHOOLS

        8-71/5-79   Byng School, Byng, Oklahoma
        9-79/5-80   Houston Jr. High, Hobbs, New Mexico
        8-80/5-81   Lindsay High School, Lindsay, Oklahoma
        8-82/3-82   Latta High School, Latta, Oklahoma

        EMPLOYMENT

        8-82/8-82   Pitt Bar B-Que, Ada, Dishwasher
        6-82/8-82   Dr. Pepper Bottling, Ada, Truck Loader
        1-82/3-82   Polos Restaurant, Ada, Dishwasher

        MILITARY

        Enlisted 8-31-82 in the Army National Guard in Allen, Okla.
        Began training at Fort Benning, Georgia; however was honorable
        discharged 1-25-83 due to attitude problems.

        RESIDENCES

        8-82/8-82, Rt 1, Box 51A., Ada, Oklahoma
        10-81/8-82, Rt. 3, Box 51A, Ada, Oklahoma
        10-81/11-81, Rt. 2, Box 58E, Lindsay, Oklahoma
        1-80/11-81, Westwego, Louisana

        RELATIVES

        Parents-Divorced

Leads:                              -CONTINUED-

FOR INTERNAL USE ONLY
NOT FOR DISSEMINATION

OSBI  0146



PAGE TWO                    -CONTINUED-        CR#84-094

Father-Charles I. Fontenot, DOB:          POB: Louisana
    Address:
Mother-Dottie A. Bagwell, DOB:            POB: Poswell, New Mexico
    Deceased
Brother-Dennis W. Corvin, DOB:            POB: Ada, Oklahoma
    Address:
Brother-CHARLES K. FONTENOT, DOB:         POB: Ada, Oklahoma
    Address:
Sister-Renita K. Fontenot, DOB:           POB: Ada, Oklahoma
    Address:
Sister-Lisa M. Fontenot, DOB:             POB: Louisana
    Address:
Sister-          ggy Ruth Corum Carolin
    ass:

MEDICA  HISTORY

Asthma, hepatitus, jaundice, spinal menningitis, curvature of the
spine, circumcized, stitches in left foot.

OSBI  0147

A0779



OKLAHOMA STATE BUREAU OF INVESTIGATION

Date of Transcription November 8, 1984/mdm

On October 25, 1984, BRUCE GLENN DEPRATER,
white male, date of birth ██████████████, telephone number:
██████████████, provided the following information:

DEPRATER resides with his sister, CHERYLE GURLEY
and her husband, GARY.  They have resided at this address
a year and DEPRATER has lived with them for two and one-
half (2 1/2) to three (3) months.  DEPRATER is a laborer for
Utility Contractors of Oklahoma, a Tulsa company, and his
supervisor is foreman RALPH SHRUM.  Now and for the next
three (3) to four (4) weeks, DEPRATER is working on a job
site involving the laying of pipe at 21st and Memorial in
Tulsa.  Prior to coming to Tulsa, DEPRATER lived in Konawa
with his parents, BILL and ANN ██████, and he did auto
work at Bowie Ballard Ford Company, Ada, Oklahoma.

DEPRATER knows JOHNNIE ████ OLD DUCK and used to run
around with him.  He last saw DUCK several weeks prior to
moving to Tulsa and has not seen him since that time nor spoken
to him telephonically.  Also DEPRATER has not been to Ada since
moving to Tulsa.  DEPRATER has a new 1985 red Toyota he has
owned for one (1) week and has also a blue Ford pickup which
is now at his sister's residence in Broken Arrow.  He has
owned no other vehicles and never had any other small red vehicles.
Additionally, when he purchased his present red Toyota, he did
did not trade in any vehicles for it.

DEPRATER knows an individual by the name of TOMMY,
but does not know if it is TOMMY WARD.  The name WARD does  not
mean anything to him.  The TOMMY he knows  in Ada is approx-
imately 5'10", 145 pounds, with blond-brown hair, and he saw
him often at GORDON CALHOUN'S A's apartment.  DUCK and DEPRATER
frequented CALHOUN'S apartment often in the evenings in April
and May of 1984.  DEPRATER has not seen CALHOUN since June 4,
1984, when DEPRATER got his job at the Ford dealership. He
has known CALHOUN since nineth (9) or tenth (10) grade.

Whenever DUCK and DEPRATER went to CALHOUN'S
apartment they either went in DEPRATER's blue Ford pickup,
in which car DEPRATER drove, or else they went in DUCK'S
blue Buick Electra 225.

Interviewed on October 25, 1984    at    Tulsa, Oklahoma        File # CR#84-094
        Agent DALE SPARKS and Pontotoc County
by    Deputy TOM TURNER ████████████        Date dictated    October 30, 1984

This document contains neither recommendations nor conclusions of the OSBI.  It is the
property of the OSBI and is loaned to your agency; it and its contents are not to be dis-
tributed outside your agency.

OSBI  0148



DEPRATER
Page Two

    At no time while he and DUCK were at CALHOUN'S
apartment, did either of them see any primer green vehicles
such as a Charger, or Challenger.  No incidents ever occurred,
to DEPRATER'S knowledge, involving the driver or occupants of
such a vehicle opening the trunk of it at CALHOUN'S apartment
and showing DUCK, DEPRATER, CALHOUN, or anybody else the
dead body of a female.  DEPRATER does not understand why
DUCK wo... make up such a sto... out a thing so serious as
a mur... and bring DEPRATER ... into it.  DEPRATER ha...
heard recen... that DUCK had ... "a little crazy" for
wh... ...on and he denie... ...owledge of such an incident.
... ... ... not recall spe... ...es of times he and DUCK
w.nt ... CALHOUN'S apartment. He ... not know KARL FONTENOT
or ...DELL TITSWORTH.  He recall... ...ng about an abduction
of a convenience store clerk in ... in April, 1984, but he
did not frequent that store nor did he know the clerk.

OSBI  0149



OKLAHOMA STATE BUREAU OF INVESTIGATION

Date of Transcription November 8, 1984/mdm

On October 29, 1984, ROBERT ANTHONY CAVINS, white
male, date of birth:        Social Security number:
            no telephone, pro-
vided the following information:

CAVINS is a National Guardsman and has been so since
1980. He is assigned to the Reconisance Unit in Allen, Oklahoma.
His physical description is 6'4", 250 pounds, hazel eyes, blond
hair with long sideburns and moustache. He is also a Cor-
rectional Officer at Conners Correctional Center in Hominy,
telephone number 885-2192. He has been employed there three
(3) months and works full time 12 to 8 a.m. with Thursday
and Friday's off, normally. His supervisor is Lieutenant
GARZA.

From the last week of March, 1984, until August
6, 1984, CAVINS lived in Ada with his wife, JOYCE, and his
three (3) small children, at the residence of his mother-in-
law, SUSIE WARD. Her address was        and
also residing with her was TOMMY WARD and his other sister,
KAY. During the time CAVINS lived with the WARD'S, he did
some odd jobs in plumbing and maintenance work with TOMMY
WARD. TOMMY was sub-contracting at the time for Winingham
Siding Company and his supervisor was MIKE ROBERTS. CAVINS
can not recall the exact dates WARD worked for ROBERTS.
CAVINS has known TOMMY WARD for approximately ten (10)
years. He met WARD at the same time he met his wife at
WARD'S house. CAVINS would consider himself a good, close
friend of TOMMY WARD. CAVINS heard on the news about the
abduction of a convenience store clerk in Ada. He heard
the news on April 29, 1984, a day after the incident took
place. He did not know the victim, however CAVINS knows
most of TOMMY WARD'S friends but he does not know ODELL
TITSWORTH. He alludes to the possibility that he may know
TITSWORTH if he saw him but at least the name is not familiar
to him. CAVINS does know KARL FONTENOT. FONTENOT ran around
with WARD quite a bit. CAVINS was not close to FONTENOT
but he had problems associating with him. In fact, he
got to know FONTENOT pretty well. CAVINS has heard the name
of GORDON HAROLD BUCK but doesn't know where and doesn't
know BUCK at all. CAVINS knows GORDON CALHOUN and recalls
that CALHOUN lived in the Townsend Apartments in Ada. These
apartments were yellow in color and CALHOUN lived next door.

Interviewed on October 29, 1984 at Hominy, Oklahoma     File # CR#84-094

by     Agent DALE SPARKS     Date dictated November 1, 1984

This document contains neither recommendations nor conclusions of the OSBI. It is the
property of the OSBI and is loaned to your agency; it and its contents are not to be dis-
tributed outside your agency.

OSBI  0150



CAVINS
Page Two

to MIKE ROBERTS. CAVINS has, on occasion, in March or April, 1984, has been to CALHOUN'S apartment to party, but can not recall exact dates.

CALHOUN possessed a set of drums and CAVINS enjoyed listening to them. Whenever CAVINS went there he went with either his wife or TOMMY WARD. He always went there after dark. His wife, JOYCE, occasionally drove their vehicle to CALHOUN's apartment in the daytime since she was close friend of _____ who also lived in those apartments. The vehicle that CAVINS used for all of this was a 1972 canary yellow with white top Dodge Dart. That vehicle was eventually repossessed by Broadway Motors in Ada, and the title of the car is probably in the name of that company. For the last four (4) months, CAVINS has owned and driven an orange Ford Pinto.

CAVINS does not know BRUCE DEPRATER. He does recall a beat-up, old, red Toyota that often would be driven by WARD'S house and the driver would be looking for WARD. CAVINS does not know who drove the vehicle.

CAVINS recalled the chain of events on April 29, 1984 so well because on April 29, 1984, he recalled an Ada Police Officer having come to WARD'S house to question WARD on a matter probably unrelated to the _____.

On April 28, 1984, CAVINS was working for the Konewah Ambulance Service. He had worked there a year and a half and worked the 1500 to 2300 hours shift on April 28. On that day, CAVINS may have had an ambulance run to Ada but he does not recall. His supervisor was a female administrator named TRIVA BOUNDS. CAVINS was an Emergency Technician/ Certified Medical Assistant and he terminated his own position at the end of April, 1984 in a clash over medication given to a patient.

On April 28, 1984, CAVINS woke up at 0800 to 0900 hours, until noon, he probably watched TV or did yard work, which would have consisted of hauling away trash or cleaning the yard up in preparation for mowing. The entire Wednesday, ie., SUSIE WARD at her house. Installed were a toilet, shower, and hot water heater. CAVINS thinks the entire job was probably done prior to April 28 and so on that day, he and WARD did not do any plumbing work. At 1400 hours, CAVINS would have

OSBI 0151

CAVINS
Page Three

gone to Konewah to his ambulance job. WARD had been to a
keg party on the night of April 27, 1984 at an unknown location.
CAVINS had been invited to that party but declined due to the
fact that he had to work that evening also. There was no keg
party to CAVINS knowledge on April 28, 1984. CAVINS' wife
told him that WARD only went to a keg party on April 27, 1984.
WARD was at his residence all Saturday afternoon, April 28 and
the evening. WARD only left the house for approximately an
hour to buy a pack of cigarettes. This was sometime before
dusk and he would have walked. The closest and most logical
place for WARD to go to, in CAVINS opinion, for the cigarettes
was Snappy Foods Consumer's Gas Station on West Main Street
and that is where WARD probably went, although WARD did not say.
WARD had and drove two (2) to three (3) junke cars around his
residence property, including a chocolate brown, Pontiac Tempest
which was later sold to ROBERTS. WARD had no other vehicles.
On the evening of April 28, 1984, no other persons were at
WARD'S residence except KARL and CAVINS wife, JOYCE. MELVA
FILES, of Lawton, Oklahoma, who was JOYCE s sister was being
visited in Lawton then by SUSIE WARD. SUSIE returned to Ada
on the evening of April 29, 1984 to return to her job at an
Ada Love's Country Store and had been in Lawton on the nights
of April 27 and April 28, 1984.

KARL FONTENOT has no vehicle and travels on foot all
the time. TOMMY WARD would have walked to CALHOUN'S apartment
whenever he went there or possibly ROBERTS would pick him up.
CALHOUN drove and owned a fir tr... rine green Vega or Pinto.

The only gray pickup truck th. CAVINS can relate to
is a primer gray pickup owned by GRANT or GREY COX of Ada, and
that truck was old and beat-up. TOMMY WARD and COX occasionally
worked on this pickup outside WARD'S house. CAVINS had the
impression that COX was the town "thief". WARD may have driven
this pickup and the only other vehicle WARD would ever have
driven was SUSIE WARD'S blue Toyota, which was still owns.
Occasionally, CAVINS would ride ... with WARD in the Toyota.
The grey pickup truck presently in the rear of SUSIE WARD'S
house in Ada belongs to JOEL WARD, who lives in Tulsa. That
truck has been there for approximately ten (10) years and does
not run. JOEL WARD also has an old blue pickup also behind
the house that does not run either.

OSBI  0152



A0784



CAVINS
Page Four

Around the first weeks of October, 1984, FONTENOT had an argument with ROBERTS and as a result of that argument, FONTENOT came to Hominy to live with CAVINS. When the Oklahoma State Bureau of Investigation first called Conners Correctional Center and asked CAVINS if FONTENOT was living with him, CAVINS gave FONTENOT the Oklahoma State Bureau of Investigation phone number. FONTENOT told CAVINS he would go to Ada the following weekend to talk to the Oklahoma State Bureau of Investigation. He was very depressed and said to CAVINS, regarding the abduction, "I didn't do it but if they keep hasseling me and don't get me I'll confess to it." CAVINS did not go into detail with FONTENOT about the subject any more after that. CAVINS did ask him why he would confess to something so serious if he wasn't involved and FONTENOT replied, "so they quit hasseling me."

CAVINS recalls that sometime after the abduction, one of TOMMY WARD'S ex-girlfriends came over to the house with a composite sketch of the subjects she had gotten, from the newspaper and confronted WARD saying, "your picture's in the paper." WARD reacted with shock. For this reason, coupled with CAVINS'S knowledge of WARD if whereabouts on April 28, 1984, he does not feel WARD has any knowledge or involvement in this case. CAVINS is not as certain of FONTENOT and feels he may have been involved due to his extreme lack of concern and indication that he would confess to it.

On April 28, 1984, at 2300 hours, CAVINS returned home from his ambulance job and found TOMMY WARD to be asleep on the couch and WARD had not been drinking. At midnight, CAVINS woke up WARD due to a water pipe that broke under the house. CAVINS knows it was about that time because the TV show "Saturday Nite Live" was halfway over. CAVINS and WARD worked on repairing the pipe until 0300 hours April 29, 1984. After that time they both showered and went to bed.

CAVINS knows that sometime between April 20 and April 22, 1984, he went to Collins Lumber Company in Ada and purchased with cash some PVC pipe glue, a seal, and a toilet and destroyed the receipt. Sometime afterwards, SUSTE ... and WARD went to COLLINS and exchanged a piece of piping or fitting to be used for a hot water heater. On April 28, 1984, CAVINS and WARD may have returned to COLLINS for something, but CAVINS is uncertain of that.

OSBJ  0153



CAVINS
Page Five

CAVINS knows of a vehicle in Ada which is primer green in color, is mid 70's or later model, has U. S. mags and a cut off "front nose" and a "jacked up rear end". He sees the car as a Dodge Charger and associates it in his mind with a dark skinned Indian with long black hair. Additionally, CAVINS has seen this vehicle in the parking lot of first Baptist Church of Ada across from CALHOUN'S apartment.

Also, a few days ago, CAVINS knows that a female has made telephone calls to PATRICIA WARD and said something to the effect that she was "out to get" TOMMY WARD and if she couldn't she'd get someone who could.

OSBI  0154

OKLAHOMA STATE BUREAU OF INVESTIGATION

Date of Transcription November 8, 1984/mdm

On October 30, 1984, ROBERT ANTHONY CAVINS, white male, date of birth: ███████ provided the following information telephonically:

CAVINS recalls a BARRY LESLIE, who lives in Ada and works for J. D.'S Cafe. LESLIE is a close friend of TOMMY WARD and he drives a red Toyota.

Regarding a primer green Dodge Charger, LATRICIA WOLF, TOMMY WARD'S sister owns such a vehicle, and so does JOHN DAN... ite male who lives in Ada with his grandmother ... erry. DANIELS served time in ... for robbery and .. the vehicle to one of the COX brot. either prior to .tering prison or upon his release. D.. was release. from prison four (4) months ago and was in ... six (6) to eight (8) months.

RHONDA ('NU) an ex-girlfriend of T...ARD who has lots of tattoos, has telephoned MIKE ROBE.., SHIRLEY COX, and LILLY BEVILL within the last week and threatened to kill TOMMY WARD to each of them.

Interviewed on  October 30, 1984  at  Telephonic   File #  CR894-094
by___ Agent DALE SPARKS   Date dictated  November 1, 1984

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

OSBI  0155

A0787