IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **THOMAS JESSE WARD,** | ) |
| Petitioner, | ) ) ) |
| | ) **Case No. CIV 23-146-JFH-GLJ** |
| v. | ) ) |
| **DAVID BUSS, WARDEN,** | ) ) |
| Respondent. | ) ) |

## MOTION TO WITHDRAW

**COMES NOW** Emily Scholtes hereby moves to withdraw as counsel of record on behalf of Thomas Jesse Ward, Petitioner, in the above referenced case. Ms. Scholtes is leaving the firm of Sidley Austin LLP on June 4, 2024. John Levi, Robert Hochman, David Hoffman, Matthew Binder and William Lawrence of Sidley Austin LLP have already entered an appearance on behalf of Petitioner and will continue to represent Mr. Ward along with additional counsel who have entered appearances on behalf of Mr. Ward.

WHEREFORE, Emily Scholtes respectfully requests that the Court enter an Order granting her withdrawal as counsel for Petitioner, Thomas Jesse Ward, in this matter.

Dated: June 3, 2024

Respectfully submitted,

*/s/ Emily Scholtes*
*An Attorney for the Petitioner*

Mark H. Barrett, OBA No. 557
P.O. Box 896
Norman, OK 73070
Tel: (405) 326-4758
barrettlawoffice@gmail.com

Daniel G. Webber, Jr., OBA No. 16332
Ryan Whaley
400 North Walnut Avenue
Oklahoma City, OK 73104
Tel: (405) 239-6040
Facsimile: (405) 239-6766
dwebber@ryanwhaley.com

Gregory R. Swygert (admitted *pro hac vice*)
Center on Wrongful Convictions
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611
Tel: (312) 503-8576
gregory.swygert@law.northwestern.edu

Robert N. Hochman (admitted *pro hac vice*)
David H. Hoffman (admitted *pro hac vice*)
John G. Levi (admitted *pro hac vice*)
Emily Scholtes (admitted *pro hac vice*)
Matthew Binder (admitted *pro hac vice*)
William Lawrence (admitted *pro hac vice*)
Sidley Austin LLP
1 South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
rhochman@sidley.com
david.hoffman@sidley.com
jlevi@sidley.com
escholtes@sidley.com
mbinder@sidley.com
bill.lawrence@sidley.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF recipients on file.

/s/ Emily Scholtes
Emily Scholtes (admitted *pro hac vice*)
Sidley Austin LLP
1 South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
escholtes@sidley.com

*Attorney for Thomas Jesse Ward, Petitioner*