# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

THOMAS JESSE WARD,

    Petitioner,

CHANGE OF ADDRESS

V.

CASE NUMBER: CIV-23-146-JFH

DAVID BUSS, WARDEN

Respondent

To the Clerk of this court and all parties of record:

Please note my change of address as counsel in the above styled case for **x** petitioner _____ plaintiff _____ defendant (name of party) **Thomas Jesse Ward**.

s/ Matthew Binder      10/28/2024
_____
Signature      Date

Matthew Binder
_____
Print Name

Sidley Austin LLP
_____
Firm

Notre Dame Law School Exoneration Justice Clinic
B020 Haggar Hall
_____
New Address

Notre Dame, IN 46556
_____
City, State, Zip Code

574-631-2244
_____
Telephone

574-634-1438
_____
Facsimile Number

mbinder@nd.edu
_____
Internet E-mail Address

## Certificate of Service

[X] I hereby certify that on (date) October 28, 2024 , I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Joshua Fanelli
Oklahoma Attorney General (OKC)
313 NE 21st St
Oklahoma City, OK 73105
405-522-4423
Fax: 405-522-4534
Email: joshua.fanelli@oag.ok.gov

Theodore M. Peeper
Oklahoma Attorney General (OKC)
313 NE 21st St
Oklahoma City, OK 73105
405-521-3921
Fax: 405-522-4534
Email: fhc.docket@oag.ok.gov

[ ] I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

Matthew Binder
_____
s/ Attorney Name