IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS JESSE WARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case No. CIV-23-146-JFH-GLJ |
| v. ) | |
| ) | Magistrate Judge Gerald L. Jackson |
| DAVID BUSS, WARDEN, ) | |
| ) | |
| Respondent. ) | |

**PETITIONER'S REQUEST FOR A STATUS CONFERENCE;
BRIEF IN SUPPORT**

Petitioner Thomas Jesse Ward, by and through undersigned counsel, respectfully requests that the Court set a Status Conference, on any date that is convenient for the Court, so that Petitioner may obtain guidance from the Court.

There are currently two motions pending before the Court, in addition to Petitioner's habeas petition: Respondent's Pre-Answer Motion to Dismiss Petition for Writ of Habeas Corpus as Time-Barred by the Statute of Limitations [ECF No. 54]; and Respondent's Pre-Answer Motion to Dismiss Petition for Writ of Habeas Corpus, in the Alternative, for Failure to Exhaust Necessary State Court Remedies [ECF No. 56]. These motions are fully briefed and pending before the Court.

Petitioner submits that a Status Conference may aide the Court in addressing the status of these pending motions and provide guidance to the parties on the next steps in this matter.

A status conference is authorized by Federal Rule of Civil Procedure 16. The general rules of civil procedure, unless there is a conflict with some other provision of law, are made applicable to habeas cases through Rule 12 of the Rules Governing Section 2254 and Section 2255 Proceedings.

Counsel for Respondent oppose this motion. Counsel Mark Barrett met with Assistant Attorneys General Theodore Peeper and Caroline Hunt at their office in Oklahoma City to discuss this motion and to make a sincere attempt to reach an agreement. As a consequence of the meeting, the position of the

Respondent remained that there is no need for a status conference.

Dated this 29th day of October 2025.

Respectfully submitted,

<u>Mark Barrett</u>
*An Attorney for the Petitioner*

Mark Barrett, OBA No. 557
P.O. Box 896
Norman, OK 73070
Tel: (405) 326-4758
barrettlawoffice@gmail.com

Daniel G. Webber, Jr., OBA No. 16332
Ryan Whaley
400 North Walnut Avenue
Oklahoma City, OK 73104
Tel: (405) 239-6040
Facsimile: (405) 239-6766
dwebber@ryanwhaley.com

Gregory R. Swygert
Swygert Law
55 E. Monroe St., Ste. 3250
Chicago, IL 60603
Tel: (312) 285-0610
Greg@swygertlaw.com

David H. Hoffman
William Lawrence
Patrick Musgrave
Sidley Austin LLP
1 South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
david.hoffman@sidley.com
bill.lawrence@sidley.com
pmusgrave@sidley.com

Matthew Binder
Alston & Bird LLP
227 W. Monroe St., Ste. 3900
Chicago, IL 60606
Tel: (312) 702-8733
matt.binder@alston.com

## CERTIFICATE OF SERVICE FOR REQUEST FOR A STATUS CONFERENCE

I, Mark Barrett, an attorney, hereby certify that on October 29, 2025, I caused a true and correct copy of the foregoing Request for a Status Conference to be filed electronically via Court's Electronic Case Filing System that shall constitute the equivalent of service on Ted Peeper and Joshua Fanelli, Office of the Attorney General of Oklahoma.

By: <u>Mark Barrett</u>
Mark Barrett