**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **THOMAS JESSE WARD,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Case No. CIV-23-146-JFH-GLJ** |
| **v.** | ) | |
| | ) | **Chief Judge John F. Heil, III** |
| **DAVID BUSS, WARDEN,** | ) | **Magistrate Judge Gerald L. Jackson** |
| | ) | |
| **Respondent.** | ) | |

**PETITIONER'S NOTICE TO THE COURT OF MATTER UNDER ADVISEMENT**

Pursuant to Eastern District of Oklahoma Local Civil Rule 7.1(l), Petitioner Thomas Jesse Ward, by and through undersigned counsel, respectfully submits this Notice to the Court.

Petitioner Ward filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254, ECF No. 2 ("Petition"), on May 1, 2023. In his Petition, Mr. Ward established that he is actually innocent of the crime of which he was convicted and that the prosecution withheld from him exculpatory evidence in violation of the Fourteenth Amendment. *See generally* Petition. Mr. Ward also showed that his former co-defendant and alleged co-conspirator, Karl Fontenot, was released from prison in 2019 by order of this Court. That order was affirmed by the Tenth Circuit, which held that Mr. Fontenot established his actual innocence and that the prosecution buried exculpatory evidence. Petition at 7, 64–65, 69–70, 79, 80 (citing *Fontenot v. Allbaugh*, 402 F. Supp. 3d 1110 (E.D. Okla. 2019); *Fontenot v. Crow*, 4 F.4th 982 (10th Cir. 2021)).

In addition to Mr. Ward's Petition, there are two motions currently pending before the Court: Respondent's Pre-Answer Motion to Dismiss Petition for Writ of Habeas Corpus as Time-Barred by the Statute of Limitations, ECF No. 54; and Respondent's Pre-Answer Motion to Dismiss Petition for Writ of Habeas Corpus, in the Alternative, for Failure to Exhaust Necessary State Court Remedies, ECF No. 56. Both motions were filed on June 30, 2023 and

1

were fully briefed on August 21, 2023. *See* Respondent's Replies, ECF Nos. 65, 66. Both motions to dismiss have been fully briefed for 29 months, and Mr. Ward's Petition has been pending before the Court for 33 months. Mr. Ward respectfully submits this Notice to the Court pursuant to Local Rule 7.1(l) and requests ruling on the pending motions and his Petition. *Cf. Johnson v. Rogers*, 917 F.2d 1283, 1284 (10th Cir. 1990) (holding as impermissible a fourteen-month delay in resolving a petition for writ of habeas corpus).

Dated this 3rd day of February, 2026.    Respectfully submitted,

*/s/ William J. Lawrence*
*An Attorney for the Petitioner*

Mark H. Barrett, OBA No. 557
P.O. Box 896
Norman, OK 73070
Tel: (405) 326-4758
barrettlawoffice@gmail.com

Daniel G. Webber, Jr., OBA No. 16332
Ryan Whaley
400 North Walnut Avenue
Oklahoma City, OK 73104
Tel: (405) 239-6040
Facsimile: (405) 239-6766
dwebber@ryanwhaley.com

Gregory R. Swygert
Swygert Law
55 E. Monroe St., Ste. 3250
Chicago, IL 60603
Tel: (312) 285-0610
Greg@swygertlaw.com

David H. Hoffman
William J. Lawrence
Patrick Musgrave
Sidley Austin LLP
1 South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000

2

david.hoffman@sidley.com
bill.lawrence@sidley.com
pmusgrave@sidley.com

Matthew Binder
Alston & Bird LLP
227 W. Monroe St., Ste. 3900
Chicago, IL 60606
Tel: (312) 702-8733
matt.binder@alston.com

3

## <u>CERTIFICATE OF SERVICE OF NOTICE OF MATTER UNDER ADVISEMENT</u>

I, William Lawrence, an attorney, hereby certify that on February 3, 2026, I caused a true and correct copy of the foregoing Notice to be filed electronically via the Court's Electronic Case Filing System that shall constitute the equivalent of service on Theodore Peeper and Christina Ann Burns, Office of the Attorney General of Oklahoma.

By:   <u>*William J. Lawrence*</u>

William J. Lawrence
Sidley Austin LLP
1 South Dearborn
Chicago, IL 60603
bill.lawrence@sidley.com

*Attorney for Thomas Ward, Petitioner*