FILED
United States Court of Appeals
Tenth Circuit

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

June 1, 2026

Christopher M. Wolpert
Clerk of Court

In re: THOMAS JESSE WARD,

Petitioner.

No. 26-7029
(D.C. No. 6:23-CV-00146-JFH-GLJ)
(E.D. Okla.)

### ORDER

Before **MATHESON**, **McHUGH**, and **FEDERICO**, Circuit Judges.

Thomas Jesse Ward filed a 28 U.S.C. § 2254 application in the United States District Court for the Eastern District of Oklahoma on May 1, 2023, attacking his state criminal convictions and life sentence. The application has been fully briefed for thirty-three months (since August 2023).

Ward has petitioned this court for a writ of mandamus directing the district court to rule on his pending habeas application. The district court filed a response, and Ward replied.

A writ of mandamus may be used to compel a district court "to exercise its authority when it is its duty to do so." *In re Cooper Tire & Rubber Co.*, 568 F.3d 1180, 1186 (10th Cir. 2009) (internal quotation marks omitted). To be entitled to the extraordinary remedy of a writ of mandamus, Ward "must have no other adequate means to attain the relief he desires"; his right to the writ must be "clear and indisputable"; and we must be satisfied that the writ is an appropriate exercise of our discretion under the circumstances. *Id.* at 1187 (internal quotation marks omitted).

We conclude that Ward has established a clear and indisputable right to an expeditious ruling on his federal habeas application, and no other adequate remedy is available.  We grant his request for mandamus relief.  *Cf. Johnson v. Rogers*, 917 F.2d 1283, 1285 (10th Cir. 1990) (granting mandamus relief after a fourteen-month delay in a habeas proceeding).

At the same  time, we appreciate the "unprecedented caseloads and jurisdictional complexities" the district court has experienced in the wake of *McGirt v. Oklahoma*, 591 U.S. 894 (2020).  Resp. at 1.  We therefore instruct the district court to hear and decide Ward's habeas application within 120 days of the date of this order.

Entered for the Court

Per Curiam