**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **THOMAS J. WARD,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| **v.** | ) | **Case No. 23-CV-146-JFH-GLJ** |
| | ) | |
| **TOMMY SHARP, Interim Warden,** | ) | |
| | ) | |
| Respondent. | ) | |

**<u>RESPONDENT'S OPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE PETITION FOR WRIT OF HABEAS CORPUS</u>**

COMES NOW Respondent, by and through the Oklahoma Attorney General, and respectfully requests an extension of time of thirty days in which to file a response to the Petition for Writ of Habeas Corpus. In support of this Motion for Extension of Time, Respondent states as follows:

1. On May 1, 2023, Petitioner, appearing through counsel, filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 in this Court alleging various due process violations. Dkt. No. 2. On September 21, 2026, this Court entered an Opinion and Order directing Respondent to file an answer to the Petition within thirty days, *i.e.,* by October 21, 2026. Dkt. No. 93.

2. This is Respondent's first request for an extension of time to answer the Petition, following this Court's September 21, 2026, Opinion and Order. One prior motion for extension of time was filed on June 8, 2023, prior to the filing of Respondent's motions to dismiss. Dkt. No. 52.

3. Respondent requests an extension of time based upon undersigned counsel's workload, as will be detailed below, as well as record preparation purposes.

4. Undersigned counsel's workload and the substantial record in this case have

prevented counsel from fully reviewing, researching, and preparing a response in this case. This Court has recognized "the complexities of the case at bar." Dkt. No. 91 at 3 (detailing the more than 4,000 pages of documents provided by Petitioner to review, more than 7,000 pages of transcripts and records provided by Respondent). There is a "voluminous record and evidence presented" in this case that has spanned more than four decades. *Id.* at 4. Addressing Petitioner's claims brought pursuant to *Brady* and *Napue* is a "fact-intensive and time-intensive process[]" *Id.* Aside from this case, undersigned counsel filed briefs:

a. on September 16, 2026, in *David Christopher Cochlin v. Kameron Harvanek, Warden*, Tenth Circuit Court of Appeals Case No. 25-6142,

b. on September 24, 2026, in *James Willie Manuel v. State*, Oklahoma Court of Criminal Appeals Case No. F-2025-756, and

c. on October 9, 2026, in *Dominique Anthony Lyon v. State*, Oklahoma Court of Criminal Appeals Case No. Case No. F-2025-1049.

d. on October 15, 2026, in *Christopher Dallas Norton v. Casey Hamilton, Warden*, Western District Court Case No. CIV-26-2171-D (brief in support of motion to dismiss).

In addition, the undersigned has been working on the cases of:

a. *Warren James Losch v. State*, Oklahoma Court of Criminal Appeals Case No. F-2026-124 (State's brief due November 14, 2026),

b. *Robert Lamont Deane v. State*, Oklahoma Court of Criminal Appeals Case No. F-2025-191 (State's brief due November 10, 2026), and

c. *Joshua Joseph Dacosta v. State*, Oklahoma Court of Criminal Appeals Case No. F-2026-147 (State's brief due on November 17, 2026).

Moreover, in addition, the undersigned is a peer review team leader for four attorneys and has

reviewed numerous briefs in the past thirty days as part of the peer review process.

5. Co-counsel entered in this case, Assistant Attorney General Christina Burns, was not able to assist in or complete the response in this case because she has been working on the following matters since the September 21 order for response:

a. Motion to Dismiss and Brief in Support in *Tremane Wood v. the State of Oklahoma*, Western District Court Case No. CIV-26-2043-HE, filed October 16, 2026. This is a formerly capital case with a voluminous record.

b. Preparation for, and representation of the State during, motion hearing in *State of Oklahoma v. Karl Fontenot*, Pontotoc County Case No. CFR-1984-183, ahead of Fontenot's retrial, on September 29, 2026. This motion hearing involved numerous motions filed by both the State and the defense and required extensive preparation.

c. Preparation for evidentiary hearing in *Channen Smith v. Margaret Green*, Northern District of Oklahoma Case No. 24-CV-77-SEH-MTS. It is anticipated that several witnesses will be called at this hearing, and Ms. Burns is handling the questioning of multiple of them.[1]

6. Counsel for Petitioner was contacted and is opposed to this request for an extension of time.

7. In light of the foregoing reasons, Respondent respectfully requests the current deadline of October 21, 2026, be extended thirty days to November 20, 2026, within which to file a Response to the Petition for Writ of Habeas Corpus.

---

[1] Similarly, Assistant Attorney General Chris Howard, who is assisting co-counsel on the case and whose application for admission to practice in this Court is forthcoming, is working on pre-execution litigation concerning Clarance Goode, including a brief in opposition to the petition for writ of certiorari in *Goode v. Oklahoma*, Supreme Court Case No. 26-5833, due November 13, 2026.

8. There are no other dates or deadlines in this case that will be impacted by the filing of this pleading after an extension of thirty days.

9. Respondent makes this request in good faith and not for the purpose of delay. Respondent also asserts that good cause exists for this request.

**RELIEF REQUESTED**

WHEREFORE, Respondent respectfully requests that the current deadline to file a Response to the Petition for Writ of Habeas Corpus of October 21, 2026, be extended thirty days to November 20, 2026.

Respectfully submitted,

**GENTNER F. DRUMMOND**
**ATTORNEY GENERAL OF OKLAHOMA**

**s/THEODORE M. PEEPER**
**THEODORE M. PEEPER, OBA #19909**
**SENIOR ASSISTANT ATTORNEY GENERAL**
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921, Fax 522-4534
Fax: (405) 522-4534
Service email: fhc.docket@oag.ok.gov

**ATTORNEYS FOR RESPONDENT**

**CERTIFICATE OF SERVICE**

**X** I hereby certify that on October 20, 2026, I electronically transmitted the above document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the clerk of court will transmit a Notice of Electronic Filing to ECF registrants and counsel of record in this case.

**s/THEODORE M. PEEPER**