**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **THOMAS JESSE WARD,** | ) | |
| | ) | |
| **Petitioner,** | ) | **Case No. CIV-23-146-JFH-GLJ** |
| | ) | |
| **v.** | ) | **Chief Judge John F. Heil III** |
| | ) | |
| **TOMMY SHARP, INTERIM WARDEN,** | ) | **Magistrate Judge Gerald L. Jackson** |
| | ) | |
| **Respondent.** | ) | |

**PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION FOR EXTENSION OF TIME**

Petitioner Thomas Jesse Ward opposes Respondent's motion for a thirty-day extension of time to answer the Petition. Pursuant to Local Rule 7.1, the bases of Petitioner's objection are as follows:

***First, further delay continues to harm Mr. Ward.*** Although this Court has already concluded that Tommy Ward has presented "evidence of innocence so strong that [this] [C]ourt cannot have confidence in the outcome of the trial," ECF No. 93 at 66–68 (quoting *Fontenot v. Crow*, 4 F.4th 982, 1056 (10th Cir. 2021)), and counsel for petitioner is not aware of any material facts in dispute in this case, Mr. Ward remains incarcerated today. *Id.* at 1 n.1. Where a showing of actual innocence has been made, it is "imperative [to] correct[] [the] fundamentally unjust incarceration," *Engle v. Isaac*, 456 U.S. 107, 135 (1982). An extension at this point will further delay justice for Mr. Ward.

***Second, the Court was aware of the size of the record when it set the deadline.*** The Court described the record as "voluminous" in the same order that allowed Respondent thirty days to file its Answer. ECF No. 93 at 5 n.3. The existing deadline thus factors in the complexity of the case and need not be adjusted on that basis.

***Third, Respondent's counsel is already thoroughly familiar with this case and the governing law.*** Mr. Peeper has represented the State in this matter since at least April 2018, when he co-signed the State's motion to dismiss Mr. Ward's application for post-conviction relief. ECF No. 56 at 2. The record should be familiar to Respondent's counsel; the 7,000 pages of transcripts and records Respondent cites are its own production. *See* ECF No. 58. Three years ago, when the petition was filed, Respondent chose to file motions to dismiss rather than an answer, and its briefing on those motions addressed the evidence of innocence and Mr. Ward's confession at length. ECF No. 94 ¶ 2; *see* ECF No. 55 at 15–23; ECF No. 93 at 67 & n.50.

Moreover, Mr. Ward's co-defendant has already obtained habeas relief in this District, invoking parallel evidence and a parallel *Brady* claim; the Tenth Circuit affirmed; and the Attorney General's office litigated that case through certiorari. ECF No. 93 at 11 n.10; *see Fontenot*, 4 F.4th 982; *see also Crow v. Fontenot*, 142 S. Ct. 2777 (2022) (mem.) (denying certiorari). And Respondent's co-counsel spent part of the past month preparing for the State's retrial of Mr. Fontenot. ECF No. 94 ¶ 5(b). Respondent's counsel has significant experience with the facts and law governing these parallel cases.

The motion should be denied.

Dated this 20th day of October 2026

Respectfully submitted,

*/s/ William J. Lawrence*
*An Attorney for the Petitioner*

Mark H. Barrett, OBA No. 557
P.O. Box 896
Norman, OK 73070
Tel: (405) 326-4758
barrettlawoffice@gmail.com

Daniel G. Webber, Jr., OBA No. 16332
Ryan Whaley
400 North Walnut Avenue
Oklahoma City, OK 73104
Tel: (405) 239-6040
Facsimile: (405) 239-6766
dwebber@ryanwhaley.com

Gregory R. Swygert
Swygert Law
55 E. Monroe St., Ste. 3250
Chicago, IL 60603
Tel: (312) 285-0610
Greg@swygertlaw.com

David H. Hoffman
William Lawrence
Patrick Musgrave
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
david.hoffman@sidley.com
bill.lawrence@sidley.com
pmusgrave@sidley.com

Matthew Binder
Alston & Bird LLP
227 W. Monroe St., Ste. 3900
Chicago, IL 60606
Tel: (312) 702-8733
matt.binder@alston.com

**CERTIFICATE OF SERVICE FOR**
**PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION FOR EXTENSION OF TIME**

I, William J. Lawrence, an attorney, hereby certify that on October 20, 2025, I caused a true and correct copy of the foregoing Petitioner's Opposition to Respondent's Motion For Extension of Time that shall constitute the equivalent of service on Theodore M. Peeper, Office of the Attorney General of Oklahoma.

By: *William J. Lawrence*

Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
bill.lawrence@sidley.com

*Attorney for Thomas Ward, Petitioner*